## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ETTA JALLOH,** | ) | |
| **Plaintiff,** | ) | |
|  | ) | **Civil Action No. 07-63** |
| **v.** | ) | **RMC** |
|  | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| **Defendant.** | ) | |
|  | ) | |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

### Joint Statement of the Case and its Bases

This is a case brought under the Individuals with Disabilities Education Act of 2004, 20 U.S.C. § 1400 *et. seq.*("IDEA"), following an administrative decision dismissing some of the Plaintiff's original claims. The Plaintiff seeks funding for a private placement and other related relief.

### Parties' Proposed Schedule

The Parties have conferred regarding scheduling, and state as follows:

1.      The Parties expect the case to be resolved by dispositive motion.

2.      The Parties have discussed the issues in the case, and do not expect to narrow the issues any further.

3.      The Parties do not wish the case to be referred to a magistrate judge.

4.      The Parties do not believe that settlement will be possible.

5.      The Parties do not think that this case would benefit from ADR.

6.      The parties have agreed to the following schedule of deadlines:

- April 30, 2007 – Defendant's filing of administrative record;

- May 31, 2007 – Plaintiff's Motion for Summary Judgment;

1

- July 6, 2007 – Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment;

- July 27, 2007 – Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition;

- August 17, 2007 – Defendant's Reply to Plaintiff's Opposition.

7.   The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8.   The Parties do not currently believe that discovery or experts will be necessary.

9.   The Parties do not recommend bifurcation.

10.  The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.


Respectfully submitted,


/s/_____ _
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264


/s/_____ _
Maria Merkowitz #312967
Senior Assistant Attorney General
for the District of Columbia
Civil Division, Equity II
441 4th St., N.W., 6th Fl. S
Washington, D.C. 20001
(ph) 202-442-9842
 (f) 202-727-3625
Email- maria.merkowitz@dc.gov


2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **ETTA JALLOH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 07-63** |
| **v.** | ) | **RMC** |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| **Defendant.** | ) | |
| | ) | |

_____ )

### ORDER

This matter having come before the Court for an initial scheduling conference and

the Court having considered the requests of the Parties, this Court issues the following

scheduling order.  It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendant shall file the administrative record and the transcript of the

administrative hearing on or before April 30, 2007;

2) The Plaintiff shall file her Motion for Summary Judgment by May 31, 2007;

3) The Defendant shall file its Motion for Summary Judgment and Opposition to

Plaintiff's Motion for Summary Judgment by July 6, 2007;

4) The Plaintiff shall file her Plaintiff Opposition to Defendant's Motion for

Summary Judgment and Reply to Defendant's Opposition by July 27, 2007;

5) The Defendant shall file its Reply to Plaintiff's Opposition by August 17,

2007.

It is further ORDERED that this matter is exempt from the requirements of FRCP

26(a)(1).

SO ORDERED.

_____
Judge Rosemary M. Collyer
United States District Judge