UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ETTA JALLOH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-63 (RMC) |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on March 30, 2007, it is hereby **ORDERED** that:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be dispensed with.

2. Defendant shall file the Administrative Record no later than April 30, 2007.

3. Defendant shall investigate whether the documents referenced in paragraphs 10, 16, 26-29, and 34 of the Complaint in fact exist. If they do not exist, Defendant shall amend its Answer accordingly. If they do exist, Defendant shall file copies of those documents at the same time that it files the Administrative Record.

4. Plaintiff's motion for summary judgment shall be filed no later than May 31, 2007; Defendant's opposition and cross-motion for summary judgment shall be filed no later than July 6, 2007; Plaintiff's opposition and reply shall be filed no later than July 27, 2007; and Defendant's Reply shall be filed no later than August 17, 2007. A motion for extension of time to file a motion, opposition, or reply will be denied except upon a showing of good

cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

5. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

6. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

7. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: April 2, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge