UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| Etta Jalloh, on behalf of her | |
| minor child, R.H., ) | |
| | |
| Plaintiffs, ) | |
| | |
| v. ) | Civil Action No.07-0063 (RMC) |
| District of Columbia, | |
| ) | |
| Defendant. | |
| _____) | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Defendant herewith submits for filing a copy of the administrative record in the above captioned case.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
E-mail – maria.merkowitz@dc.gov

April 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
Etta Jalloh, next friend of         )
minor child R.H.,                   )
                                    )
          Plaintiff,                )
                                    )
          v.                        )    Civil Action No. 07-0063
                                         (RMC)
District of Columbia                )
                                    )
          Defendant.                )
_____)
```

## **INDEX OF RECORD**

Certification of Record                              -     1

Hearing Officer's Determination (HOD) issued 10/12/06     -     2

Due Process Hearing Attendance sheet                 -     17

Plaintiff's disclosure letter dated 9/22/06 w/att.   -     18

          Letter compelling DCPS witnesses by Tyrka  -     22

          Clinical Psychological Evaluation dated 7/18/06   -     23

          IEP dated 6/16/04                          -     31

          IEP Meeting Notes dated 6/16/04            -     42

          MDT Eligibility Meeting Notes dated 6/16/04     -     45

          Advocates IEP Meeting notes dated 6/16/04  -     48

          MDT Student Evaluation Plan dated 6/16/04  -     50

          Initial Placement dated 6/16/04            -     51

          MDT Prior to Action Notice dated 6/16/04   -     52

IEP dated 7/19/06 - 58

MDT Meeting Notes dated 7/19.06 - 61

Advocates MDT meeting notes dated 7/19/06 - 64

IEP Meeting notes dated 8/31/06 - 66

Advocates MDT meeting notes dated 8/31/06 - 68

Encounter Tracker Forms - 69

Letter from Keith Coyle, Tyrka, to Mr. Ugoji,
to confirm MDT meeting and dated 7/18/06 - 106

Due Process Complaint Notice dated 7/31/06 - 111

DCPS Response to Due Process Complaint
 Notice dated 8/16/06 - 116

Hearing Notice dated 8/29/06 - 118

Letter from Mike Tchorni, Tyrka to Chuck Ugoji,
Hamilton Center, requesting records and dated 9/5/06- 119

DCPS Disclosure letter dated 9/22/06 w/att. - 122

MDT Meeting Notes dated 8/31/06 - 124

IEP Identification Information dated 7/19/06 - 127

IEP Meeting notes dated 7/19/06 - 135

Intervention Behavior Plan dated 5/26/06 - 141

DCPS Student Transportation Data Form - 142

Due Process Complaint Notice dated 7/31/06 - 144

Hearing Notice dated 8/29/06 - 148

Scheduling Memorandum dated - 151

Transcript of Hearing dated 9/29/06 - 155

# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *STUDENT HEARING OFFICE*
#### SPECIAL EDUCATION

In the Matter RE:  H█████, R█████ vs. DCPS

Case Information:        Hearing Dates: **09/29/2006**
                         Held at: **District of Columbia Public Schools Headquarters**
                                  **825 N. Capitol Street, N.E.**
                                  **Washington, D.C. 20002**
                         Student Identification Number:  **9077317**
                         Student's Date of Birth: ████/1995
                         Attending School: **Hamilton Center**
                         Managing School: **Center for Life Enrichment**
                         Hearing Request Date(s) **07/31/2006**

## <u>CERTIFICATION OF RECORD</u>

    I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting  of all letters, pleadings, orders,

exhibits and depositions.

    I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this 12th day of February 2007.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigation Division*
### CONFIDENTIAL
## Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of R█████ H█████ )<br>Date of Birth: ██████, 1995 )<br> )<br> )<br>Petitioner, )<br> )<br>v. )<br> )<br> )<br>District of Columbia Public Schools )<br>("DCPS" or "District") )<br>Attending School: Hamilton Center )<br>Respondent. )<br>_____ ) | **IMPARTIAL DUE PROCESS**<br><br>**HEARING OFFICER'S DECISION**<br><br>Hearing Date: September 29, 2006<br><br>Held at: 825 North Capitol St. NE<br>Washington, DC |

Counsel for Student:                        Douglas Tyrka, Esq.
                                             1726 Connecticut Ave. NW  #400
                                           Washington, DC  20009

Counsel for DCPS:                     Stephanie Ramjohn Moore, Esq.
                                               Office of General Counsel
                                           825 North Capitol St. NE
                                           Washington, DC  20002

## JURISDICATION:

      A Due Process Hearing was convened on September 29, 2006, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002, in response to a due process complaint submitted by counsel for the student and parent filed July 31, 2006.  The hearing was conducted and this decision was written pursuant to the *Individuals with Disabilities Act* (I.D.E.A.), P.L. 101-476, as amended by P.L. 105-17 and the *Individuals with Disabilities Education Improvement Act of 2004* (I.D.E.I.A.), the Rules of the Board of Education of the District of Columbia and the DC Appropriations Act, Section 145, effective October 21, 1998.

## DUE PROCESS RIGHTS:

      The parent's counsel waived a formal reading of the due process rights.

(In the Matter of RH   HOD October 12, 2006)

## SUMMARY OF THE RELEVANT EVIDENCE:

The Hearing Officer considered the representations made on the record by each counsel, the testimony of the witness(es) and the documents submitted in the parties' disclosures (RH 1-21 and DCPS 1-5) which were admitted into the record.

## FINDINGS OF FACT: [1]

1. The student has been determined to be eligible for special education and related services with a disability classification of emotional disturbance (ED). He was first determined eligible October 2, 2002, while attending Center for Life Enrichment School (CLE) (RH 4)

2. On June 16, 2004, DCPS convened a multi-disciplinary team/individualized educational program (MDT/IEP) meeting at the student's home school, Walker Jones. The MDT developed a draft IEP that prescribed the following weekly services: 26 hours of specialized instruction and 1.5 hours of psychological services. The MDT notes indicate the MDT could not finalize the IEP because of the "lack of current information." The notes reflect the MDT would conduct a 30-60 day review of the IEP to update the goals following an updated psycho-educational evaluation and speech language evaluation. (RH 4, 5, 8)

3. The MDT concluded at the June 16, 2004, meeting the student was in need of a full time therapeutic placement. The parent and her educational advocate proposed several private placements. DCPS proposed to place the student at the Hamilton Center (Hamilton). The student was ultimately placed at Hamilton and began attending at the start of school year (SY) 2004-05. (RH 5, 6, 9, 10)

4. In March and May 2006, a clinical psychological evaluation was completed for the student. The report of the evaluation was completed July 18, 2006. (RH 3)

5. On July 19, 2006, DCPS convened the MDT/IEP meeting at Hamilton. The parent and her educational advocate attended the meeting. DCPS personnel attending included, among others, Hamilton's special educational coordinator, Mr. Chuck Ugoji, Mr. Paul Williams, DCPS social worker and Ms. Ferlandia Townsend, an "acting teacher."

6. The clinical psychological evaluation was presented to the parent at the July 19, 2006, MDT meeting. The student's special education teacher during SY 2005-06, Ms. Baptiste, was not present for the meeting because she was on summer vacation. [2] After some discussion over rescheduling the meeting the parent and her advocate agreed to proceed with the meeting. Ms. Townsend began to discuss

---

[1] The evidence that is the source of the finding of fact is noted within a parenthesis following the finding.

[2] The MDT notes indicate the meeting had been scheduled for July 14, 2006, and the student's special education teacher had made effort to be at the July 14, 2006, meeting despite being on vacation.

3

the academic goals for the student's updated IEP. The parent's advocate indicated the goals could not be finalized because there were no current levels of the student's academic functioning. In addition, the student's therapist was not available for the meeting. The team agreed to conduct a psycho-educational evaluation and to review the evaluation at a rescheduled meeting. The parent noted her desire for a change in placement for the student based on her perception the student had not progressed at Hamilton. (DCPS 3, RH 12)

7. Parent's counsel filed the current due process complaint July 31, 2006. (RH 18)

8. The MDT reconvened August 31, 2006. The parent's advocate, Mr. Ugoji, Ms. Townsend, a psychologist and a therapist participated in the meeting. The student's special education teacher for the previous school year did not return to Hamilton and did not participate in the meeting. The advocate requested DCPS conduct an updated educational evaluation of the student, a functional behavior assessment (FBA), a behavior intervention plan (BIP) and a social history. The advocate requested the meeting be continued so those items could be completed. The MDT notes reflect the requested items would be completed by October 1, 2006. There was a tentative date for the MDT to reconvene October 4, 2006. (RH 14)

9. The parent's advocate noted in her notes from the July 19, 2006, and August 31, 2006, MDT meetings that there had been no updated IEP for the student since the IEP developed on June 16, 2004. The advocate noted her concern that the proposed goals and objectives for the updated IEP were not supported by any current documentation of the student's academic progress left by the previous special education teacher. The advocate also requested encounter tracking forms to reflect the related services provided to the student. (RH 13, 15)

10. On September 5, 2006, Parent's counsel sent a letter to Mr. Ugoji requesting copies of the student's records. The letter indicated that in order for the parent to meet the evidentiary burden at the upcoming due process hearing the parent requested that the school provide copies of the student's records including among other items the student's report cards and progress reports and attendance and disciplinary records and all encounter tracking forms.   (RH 21)

11. Prior to the due process hearing Parent's counsel sent a letter to the DCPS attorney advisor requesting attendance at the hearing of Mr. Paul E. Williams, Ms. Ferlandia Townsend, the acting teacher and "all of the student's current special and general education teachers."   (RH 2)

12. Mr. Ugoji supervises the individuals who provide the services to the student. The student has received specialized instruction and psychological counseling while attending Hamilton. The student's therapist documents the services delivered to the student on encounter tracking forms. Mr. Williams who provided the student therapy during SY 2005-06 was member of the MDT that convened July 19,

(In the Matter of RH  HOD October 12, 2006)

2006.  Mr. Ugoji provided the parent's advocate some of the student's records as she requested.  (Mr. Ugoji testimony, DCPS 3) [3]

13. At the August 31, 2006, MDT meeting Mr. Ugoji indicated a new psycho-educational evaluation had not been conducted because an evaluation had been conducted January 17, 2005.  (DCPS 1)

14. The evaluations that were ordered at the August 31, 2006, MDT have now been completed.  (Mr. Ugoji's testimony)

15. The parent received reports cards and progress reports from the student's teachers since he has attended Hamilton which indicated the student was progressing academically. However, the parent believes the student's reading and math skills have not improved since he has attended Hamilton.  The student is unable to fill out basic forms and has difficulty in math when the parent assists him with work at home.  (Parent's testimony)

16. The person responsible for receiving and processing any documents sent to by DCPS in the Parent's counsel's office is Mr. Keith Coyle.  In response to the September 5, 2006, request to DCPS for the student's educational records, Mr. Coyle did not receive any educational documents from DCPS.  As far as Mr. Coyle knows no documents were sent by DCPS the parent's counsel's office or to the parent's educational advocate who works closely with parent's counsel. (Mr. Coyle's testimony)

17. The student has been accepted to Rock Creek Academy (Rock Creek).  Rock Creek has reviewed the student's most recent IEP.  Rock Creek can provide the student specialized instruction and related services prescribed by his most recent IEP.  The student would be placed in a classroom with Mr. Herbert Williams who processes the qualifications and applied for provisional certification as a special education teacher.  The school has a certified therapist to provide the student counseling services.  (Ms. Hill's testimony)

**ISSUE(S):[4]**

Did DCPS deny the student FAPE by:

1. Failing to conduct a psycho-educational and speech evaluation of the student following a recommendation by the MDT at the June 16, 2004, MDT meeting?

---

[3] There was a running objection by parent's counsel challenging testimony that was the subject of documents not introduced in the hearing.

[4] The alleged violations and/or issues raised in the complaint may or may/not directly correspond to the issues outlined here.  However, the issues listed here were reviewed during the hearing and clarified and agreed to by the parties as the issues to be adjudicated.

(In the Matter of RH  HOD October 12, 2006)

2. Failing to provide an adequate IEP because the IEP was not updated in the 60-90 days indicated in the June 16, 2004, MDT notes? The parent alleges the IEP was not updated until July 19, 2006.
3. Failing to provide an appropriate IEP at the July 19, 2006, MDT meeting because the IEP was not based on current evaluations?
4. Failing to have the required personnel at the July 19, 2006, MDT meeting? The parent alleges a psychologist was not present and the student's teacher was not present.
5. Failing to provide an inappropriate placement? The parent alleges the student was not educated properly and has not been progressing adequately since attending Hamilton.
6. Failing to implement the IEP? The parent alleges the student was not provided the services at Hamilton even under the IEP that existed.

## CONTENTIONS OF THE PARTIES:[5]

DCPS counsel asserted the following:

1. All the issues in the complaint are addressed in DCPS' response; therefore, a decision on the merits is appropriate, not a default.
2. DCPS is required to provide access to the student's records not to make copies.
3. DCPS made the records available; there is no evidence Parent's counsel has made effort to review and obtain the records.
4. There was no testimony to the lack of academic progress or inappropriateness of Hamilton; the parent's testimony was insufficient.
5. The parent has no educational background that would give her testimony weight on this issue.
6. The MDT meeting notes indicate the psycho-educational evaluation was completed in January 2005.
7. On August 31, 2006, the MDT agreed to conduct the evaluations and to reconvene in October and Mr. Ugoji agreed the student's information would be faxed to the advocate.
8. The parent attended the IEP meeting and there were no objections made by the parent at the MDT meeting.
9. Mr. Ugoji's testimony was credible and indicates the staff at Hamilton has met the student's needs and complied with the law.

The parent's counsel asserted the following:

1. The parent's counsel requested a default decision based on IDEA sec. 1415 which requires DCPS to issue a response to the complaint. Counsel cited Massey [6] in

---

[5] The contentions are the arguments made by opposing counsel and do not reflect any findings or conclusions made by the Hearing Officer.

[6] Massey v. DC 400 F. Supp 2d 66 (2005)

6

support of the assertion that the response comply strictly with the provisions of the Act.

2. DCPS' response was a flat denial of the claim but stated no specific reasons why the evaluations were not conducted and other actions were not taken.

3. DCPS should be deemed to waived defenses that were not raised in the response, particularly because DCPS did not provide the documents that were requested.

4. Parent's counsel made a document request to DCPS for all relevant documents and the parent's counsel has not received any of the documents save the encounter tracking forms from 2003-05 for counseling; there were no records of grades or progress reports.

5. 5 DCMR 3021.8 is the appropriate provision once a complaint has been filed. Under this provision DCPS is required to provide the parent copies of the student's records.

6. DCPS did not call the parent to indicate it could not provide copies of records and did not request the parent come to the school and make the copies.

7. The parent's counsel requested the student's teachers testify in a letter sent to the attorney advisor with the five day disclosure.

8. With the change of the burden of proof discovery is vital; a litigant should not be required to establish facts in possession of its advisory.

9. When discovery rules have been violated a hearing officer is permitted to grant and craft sanctions.

10. The relief should at least be an inference the student was not provided FAPE based on the absence of the witnesses who were compelled and the absence of the student's records that were not provided by DCPS.

11. DCPS presented no evidence to refute the inference.

12. The parent is an experienced mother and does not need to be an expert to know whether the student has made or not made progress.

13. The parent did not check the box that she agreed with the IEP.

14. DCPS acknowledged the 2004 IEP was not complete.

15. The harm to the student cannot be determined until current evaluations are completed and the DCPS has amended the IEP.

## CONCLUSIONS OF LAW:

Pursuant to IDEIA Sec. 1415 (f)(3)(E)(i) a decision made by a hearing officer shall be made on substantive grounds based on a determination of whether the child received a free appropriate public education (FAPE).

Pursuant to IDEIA § 1415 (f)(3)(E)(ii) in matters alleging a procedural violation a hearing officer may find that a child did not receive FAPE only if the procedural inadequacies impeded the child's right to FAPE, significantly impeded the parent's opportunity to participate in the decision making process regarding provision of FAPE, or caused the child a deprivation of educational benefits.

(In the Matter of RH  HOD October 12, 2006)

Pursuant to 5 DCMR 3030.3 the burden of proof is the responsibility of the party seeking relief.[7] In this case the parent is seeking relief and has the burden of proof that the action and /or inaction or proposed placement is inadequate to provide the student with FAPE.

The Hearing Officer concluded during the hearing that DCPS' response to the complaint did not warrant a default decision and concluded that DCPS was not strictly limited to assertions made in its response in presenting its defense to any alleged violations and/or denials of FAPE.

Parent's counsel asserted that because he made a request to the DCPS attorney advisor for the attendance at the due process hearing of Hamilton staff including the student's teachers, because the witnesses were not available for the hearing, and because DCPS did not produce the student's educational records as requested, the parent is entitled to an inference that DCPS denied the student FAPE.

The Hearing Officer during the hearing queried parent's counsel as to the relevant rules for compelling a witness. Parent's counsel indicated that he was unaware of any rule as to compelling witnesses other than to provide notice to DCPS which he did at the time of his five day disclosure. However, the DCPS Student Hearing Office (SHO) Standard Operating Procedures (SOP) set forth the procedures for compelling witnesses:

Section 800.1.4 of SHO-SOP provides:

A party has the right to compel the presence of witnesses. It is the responsibility of the party seeking relief to secure the presence of their witnesses for due process hearings by serving the witness with a Notice to Appear or other form of notification. Only if a relevant witness refuses to appear at the hearing voluntarily, the party requesting the witness has the right to request the hearing officer to issue a "Notice to Appear" to the requested party. Any Notice to Appear shall be issued by the Chief Hearing Officer and shall be served by the party requesting the Notice. The party should complete and file a Notice to Appear no later than fourteen (14) calendar days prior to the date of the scheduled hearing. A copy of the Notice must be served on all counsel of record. The notice to Appear must specifically identify the witness or witnesses who are the subjects of the Notice, and must state the relevance of the requested testimony to the pending case.

The Notice to Appear shall be signed and issued by the Chief Hearing Officer within two (2) business days. Any opposing party has a right to request that the hearing officer withdraw or quash the Notice to Appear.

It is the responsibility of the requesting party to serve the Notice to Appear. The notice to appear must be served by delivering a copy to the witness by certified mail, fax transmission or hand delivery. If the witness is a party, or an employee of a party, the Notice to Appear shall be served on the witness' attorney of record.

---

[7] Based solely upon the evidence presented at the hearing, an impartial hearing officer shall determine whether the party seeking relief presented sufficient evidence to meet the burden of proof that the action and /or inaction or proposed placement is inadequate or adequate to provide the student with FAPE.

(In the Matter of RH   HOD October 12, 2006)

Although Parent's counsel notified DCPS counsel of the desire to compel the student's teachers counsel did not follow the procedures set forth in the SHO-SOP.

34 CFR 300.501 provides:

> Parents of a child with a disability must be afforded, in accordance with the procedures of 300.613-621, an opportunity to inspect and review all education records with respect to the identification, evaluation and educational placement of the child and the provision of FAPE to the child.

The relevant section of the DCMR regarding the parent's access to student's educational records is 5 DCMR 3021 which provides:

> In accordance with the confidentiality procedures of 34 CFR 300.560-300.576 and 34 CFR 99, the parent of a child with a disability shall be given the opportunity to inspect and review and to copy at no cost to the parent all of the child's records relating to the identification, evaluation, and educational placement and the provision of FAPE.

Section 800.2 of SHO-SOP provides:

> Right to examine pupil records: Parents have the right to examine all records maintained by the school that are related to their child. Parents should call or write their individual LEA or school(s) to request access to the pupil records. Parents may authorize counsel, advocates, investigators or other individuals to review and obtain copies of their children's records.

Although Parent's counsel requested in writing a copy of the student's records in a letter dated September 5, 2006, there was no evidence offered which indicated that after the complaint was filed the parent or parent's counsel or a representative thereof actually went to the school where the student's records are maintained and made effort to copy the records that were available. The above cited provisions indicate counsel must do more than merely request copies of documents by letter. There was no evidence DCPS denied the parent or her counsel assess to the student's records.

Although the Hearing Officer indicated during the hearing that an inference would be drawn from the absence of the DCPS witnesses and from DCPS not providing the student's records, the Hearing Officer clearly indicated the inference without additional evidence, would not be dispositive of the alleged claims of denial of FAPE.

There was no evidence Parent's counsel complied with the SHO-SOP procedures for compelling witnesses and no evidence the parent and/or her representative made an effort to go to Hamilton and copy the student's records. The Hearing Officer, therefore, cannot conclude, based solely on the absence of records or absence the testimony of DCPS staff who Parent's counsel wished to testify at the Hearing, that DCPS denied the student FAPE.

9

(In the Matter of RH  HOD October 12, 2006)

1. Did DCPS deny the student FAPE by failing to conduct a psycho-educational and speech evaluation of the student following a recommendation by the MDT at the June 16, 2004, MDT meeting?    Conclusion:  Parent's counsel did not sustain the burden of proof.

Mr. Ugoji testified, and there is indication in the August 31, 2006, MDT notes, that DCPS conducted a psycho-educational in January 2005.  Although Mr. Ugoji did not testify that a speech language evaluation was ever completed, it was not DCPS' burden to prove the evaluation was conducted.  It was the parent's burden to prove that it was not.  Other than the blanket claim DCPS did not provide the student's records following the September 5, 2006, request, Parent's counsel presented no evidence to indicate the speech language evaluation was not conducted.  Based on the reasoning related to the parent's assess to records discussed above, the Hearing Officer will not conclude that there was a denial FAPE because the psycho-educational and/or speech language evaluation was not produced by DCPS at the hearing.

2.  Did DCPS deny the student FAPE by failing to provide an adequate IEP because the IEP was not updated in the 60-90 days indicated in the June 16, 2004, MDT notes?  Conclusion:  Parent's counsel sustained the burden of proof.

Although Mr. Ugogi testified that he made attempts to contact the parent's counsel to conduct a MDT meeting and update the student's IEP prior to the July 19, 2006, meeting, the Hearing Officer finds it unreasonable that a MDT meeting was not held for over two years.   Even if the parent could not attend DCPS had an obligation to proceed with the MDT and update of the IEP within a reasonable time following a diligent effort to secure the parent's presence at the MDT meeting.  The Hearing Officer concludes that a two year period was an unreasonable delay for updating the student's IEP.

Although the MDT convened in July and August 2006, any update of the IEP made at those meetings was not based on the evaluations that were ordered by the June 16, 2004, MDT.   Nether the July 19, 2006, nor August 31, 2006, MDT notes indicate any evaluations were ever reviewed, rather additional evaluations were ordered.

The cornerstone of the provision of FAPE is the provision of an appropriate IEP.  The MDT notes of June 2004 indicate the student was without an appropriate IEP and the student remains without an appropriate IEP because the evaluations have not been completed and/or reviewed.  Therefore, the Hearing Officer concludes the student was denied FAPE in this regard.

3.  Did DCPS deny the student FAPE by failing to provide an appropriate IEP at the July 19, 2006, MDT meeting because the IEP was not based on current evaluations?  Conclusion: Parent's counsel sustained the burden of proof.

As indicated the paragraph above, the July 2006 IEP meeting notes do not indicate updated evaluations ordered at the student's June 14, 2004, MDT meeting were ever reviewed by a MDT.  Because the evaluations still have not been reviewed by the MDT the student's IEP remains inappropriate and the student was denied FAPE.

(In the Matter of RH   HOD October 12, 2006)

As acknowledged by Parent's counsel during the hearing the measurement of harm to the student cannot be made until the evaluations are completed and the IEP is amended. Therefore, the appropriate remedy at this point is that the evaluations be conducted and the MDT meet to review and/or revise the student's IEP as appropriate.

4. Did DCPS deny the student FAPE by failing to have the required personnel at the July 19, 2006, MDT meeting? The parent alleges a psychologist was not present and the student's teacher was not present.   Conclusion:  Parent's counsel did not sustain the burden proof.

Mr. Ugoji testified the student's teacher for SY 2005-06 was not available during the summer, and it became apparent during the hearing the teacher did not return to Hamilton.  The student's current special teacher attended that meeting and the subsequent MDT meeting on August 31, 2006.  IDEA requires that a special education teacher be a member of the MDT.  This requirement was satisfied with the participation of the student's current special education teacher.  As discussed above the MDT has yet to review a psycho-educational evaluation and there does not appear that a psychologist was a necessary participant in the July 19, 2006, MDT because the evaluation was not reviewed.  There was, however, a psychologist present at the August 31, 2006, MDT meeting.

5.  Did DCPS deny the student FAPE by failing to provide an inappropriate placement? Conclusion:  Parent's counsel did not sustain the burden of proof.

The appropriateness of a student's placement must be based on the IEP.  The student's 2004 IEP, although determined to be inappropriate, required the student be provided full time specialized instruction and related services.  Mr. Ugoji credibly testified the student received the services under that IEP since he attended Hamilton.  The parent testified that she has received report cards and progress reports for the student that indicated he is making academic progress.

Although the parent testified she does not believe he has made progress, her testimony alone was insufficient for the Hearing Officer to conclude Hamilton is an inappropriate placement.  Simply because the student's IEP has been determined inappropriate does not automatically render student is in need of a different placement.  There was insufficient evidence presented by Parent's counsel, given the student was provided specialized instruction and related services at Hamilton, that the student was denied FAPE.  The student's IEP should be reviewed and revised based on current evaluations and the appropriate placement then determined by a MDT.

6.  Did DCPS deny the student FAPE by failing to implement the IEP?   Conclusion: Parent's counsel did not sustain the burden of proof.

Mr. Ugoji credibly testified the student has been provided the services under the existing IEP since he attended Hamilton.  Although parent's counsel presented encounter tracking

(In the Matter of RH  HOD October 12, 2006)

forms for some of the student's therapy services Parent's counsel did not present sufficient evidence during the hearing that the services were not provided. Counsel was apparently relying upon a mistaken understanding of the procedural requirement for the production of the student's records. However, based upon the evidence presented during the hearing the Hearing Officer cannot conclude the student was not provided services at Hamilton and cannot conclude the student was denied FAPE in this regard.

**ORDER:**

1. DCPS shall within twenty (20) calendar days of the issuance of this Order conduct the following evaluations of the student if they have not already been conducted: psycho-educational and speech/language.

2. If DCPS does not provide parent's counsel copies of the above evaluations within twenty-five (25) calendar days of issuance of this Order the parent shall obtain the evaluations independently with DCPS funding consistent with the Superintendent's cost guidelines. [8]

3. DCPS shall, within fifteen (10) school days of the completion or receipt of the above listed evaluations convene a multi-disciplinary team/individualized educational program (MDT/IEP) meeting to review the student's evaluations, review and revise the student's IEP, discuss and determine placement, and discuss compensatory education and develop a compensatory education plan if warranted.[9]

4. If the student's placement is changed DCPS shall issue a prior notice of placement within five (5) school days of the MDT/IEP meeting if the recommended placement is public and thirty (30) calendar days if the recommended placement is private.

5. Scheduling of the MDT/IEP meeting is to be arranged through parent's counsel.

6. DCPS will be given a day for a day extension of any of the prescribed time frames in this Order for any delay caused by the student, the parent and/or their representative(s).

---

[8] Superintendent Directive 530.6 dated March 20, 2002.

[9] The MDT shall consider in determining if compensatory education is warranted the student being without the benefit of the evaluations that should have been conducted following the June 16, 2006, MDT meeting.

(In the Matter of RH  HOD October 12, 2006)

## APPEAL PROCESS:

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 90 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: October 12, 2006

Issued: _____

12

13

(In the Matter of RH   HOD October 12, 2006)

## In the MATTER OF R▬▬ H▬▬ V. DCPS

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| RH 1-21 | Parent's Disclosures | Yes |
| DCPS 1-5 | DCPS Disclosures | Yes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | * A detailed list of the documents disclosed is contained in the parties' disclosure notices |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

14

(In the Matter of RH  HOD October 12, 2006)

## In the MATTER OF R~~ashaw Henry~~ V. DCPS

## RECORD OF PROCEEDING

| DATE | DESCRIPTION |
|---|---|
| 7/31/06 | Request for Due Process |
| | Notice of Pre-Hearing Conference (as applicable) |
| 8/29/06 | Notice of Due Process Hearing |
| | SETS Disposition Form |
| | Transcripts or audio tapes of hearing |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

15

(In the Matter of RH   HOD October 12, 2006)

# INDEX OF NAMES

## In the MATTER OF R~~ahma~~ H~~enry~~ V. DCPS

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | |
| Special Education Coordinator | Mr. Chuck Ugoji  * |
| School Psychologist | |
| Regular Education Teacher | |
| | |
| Speech/Language Therapist | |
| Occupational Therapist | |
| Physical Therapist | |
| Private Psychologist | |
| Child and Child's DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | |
| Child's Parent(s) (specific relationship) | Ms. Etta Jalloh (Mother) |
| | |
| Child/Parent's Representative | Douglas Tyrka, Esq. |
| School System's Representative | Stephanie Ramjohn Moore, Esq. |
| Parent's Educational Advocate | |
| Rock Creek Academy | Ms. Kendra Hill   * |
| Witness | Mr. Keith Coyle  * |
| | |
| | * Testified by telephone |

15

8115    11:00 A

**ATTENDANCE SHEET**

| | | |
|---|---|---|
| **STUDENT'S NAME:** | ~~Ro____ H____~~ | /95 |
| **HEARING DATE:** | September 29 2006 | Hamil Ctr. |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| Douglas Tyrka | student | Counsel for Parent |
| Etta Jallon | student | mother |
| Stephanie Ramjohn Moore | DCPS | Attorney Advisor |
| Tierra Sterman | DCPS "via telephone" | ~~Attorney~~ Psychologist |
| Chuck C. Ugoji | DCPS "via telephone" | Special Ed. Coordinator |
| Keith Coyle | Parent | Employe of Tyrka & Assoc |
| Kendra Hill | Parent | Coordinator Student Services Rock Creek Academy |
| | | |

Coles Ruff
**Impartial Hearing Officer**

17

# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264

**September 22, 2006**

Stephanie Ramjohn Moore
Office of the General Counsel
District of Columbia Public Schools
Washington, DC 20002-4232



RECEIVED
SEP 2 2 2006
STUDENT HEARING OFFICE

### RE: R████ H████ (D.O.B. ████05) 

Ms. Ramjohn Moore:

    A hearing has been scheduled for **11:00 a.m. on September 29, 2006**, to adjudicate a due process complaint filed on behalf of the above-captioned student, R████ H████. In addition to any documents and witnesses disclosed by DCPS, the parent reserves the right to rely on the following witnesses and documents, as well as any other documents previously disclosed or offered into evidence in any other matter concerning this student.

Documents:

1. 09/22/06  Disclosure Letter
2. 09/22/06  Notice Compelling DCPS Witness(es)
**Evaluation**
3. 07/18/06  Clinical Psychological Evaluation
**IEPs and MDT Meeting Notes**
4. 06/16/04  IEP
5. 06/16/04  IEP Notes
6. 06/16/04  MDT Notes
7. 06/16/04  Advocate's MDT Meeting Notes
8. 06/16/04  SEP
9. 06/16/04  Initial Placement
10. 06/16/04 Prior Notice
11. 07/19/06  IEP
12. 07/19/06  MDT Meeting Notes
13. 07/19/06  Advocate's MDT Meeting Notes
14. 08/31/06  MDT Meeting Notes
15. 08/31/06  Advocate's MDT Meeting Notes
**Other Documents**
16. 10/31/02-5/23/05  Encounter Tracking Forms
17. 07/18/06  Letter, Keith Coyle to Chuck Ugoji, Hamilton Center
18. 07/31/06  Due Process Complaint Notice
19. 08/16/06  DCPS' Response to Due Process Complaint Notice
20. 08/29/06  Hearing Notice

21. 09/05/06   Due Process Hearing Records Request

Witnesses:[1]

1. Ms. Etta Jalloh, Parent
2. Ms. Kendra Hill, Rock Creek Academy
3. Ms. Sharon Millis, Special Education Advocate & Expert
4. Mr. Keith Coyle, Associate
5. Ms. Camille McKenzie, Office Assistant
6. Mr. Michael Tchorni, Law Clerk

Respectfully submitted,

Douglas Tyrka
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

---

[1] Some witnesses may be testifying by telephone and/or use a designee.

```
                    ┌─────────────────────────────────────┐
                    │  TRANSMISSION VERIFICATION REPORT    │
                    └─────────────────────────────────────┘

                              TIME  : 09/22/2006 17:54
                              NAME  : TYRKA & ASSOCIATES
                              FAX   : 2022654264
                              TEL   : 2022654260
                              SER.# : 000A6J693992
```

```
┌───────────────────────────────────────────────────────────────────┐
│                                                                     │
│   DATE,TIME                    09/22  17:35                          │
│   FAX NO./NAME                 OGC1                                  │
│   DURATION                     00:18:50                             │
│   PAGE(S)                      57                                   │
│   RESULT                       OK                                   │
│   MODE                         STANDARD                             │
│                                ECM                                  │
│                                                                     │
└───────────────────────────────────────────────────────────────────┘
```

# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW  ♦  Suite 400  ♦  Washington DC 20009  ♦  Phone: (202)265-4260  ♦  Fax: (202)265-4264  ♦

*Recipient:*      OGC

*Fax Number:*

*From:*          Douglas Tyrka

*Regarding:*     R████ H████

*# of pages:*    57

*Notes:*         DISCLOSURES part 1

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/22/2006 18:12
NAME   : TYRKA & ASSOCIATES
FAX    : 2022654264
TEL    : 2022654260
SER.#  : 000A6J693992
```

```
DATE,TIME              09/22  17:55
FAX NO./NAME           OGC1
DURATION               00:16:32
PAGE(S)                47
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264 ♦

*Recipient:*          OGC

*Fax Number:*

*From:*               Douglas Tyrka

*Regarding:*          ~~Reshaur Henry~~

*# of pages:*         47

*Notes:*              DISCLOSURES part 2

21



# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264

Stephanie Ramjohn Moore
Office of the General Counsel
District of Columbia Public Schools
Washington, DC 20002-4232

RE: R███ H███ (D.O.B. ███/95)

Ms. Ramjohn Moore:

Pursuant to 34 C.F.R. § 300.509(a)(2) and D.C. Mun. Regs. tit. 5 § 3031.1(b), Petitioner hereby compels the following necessary and material witnesses:

1. Any DCPS employee and/or agent who has drafted notes of any meeting or telephone conversation, which DCPS intends to submit as evidence at this hearing.
2. Mr. Chuck Ugoji, Special Education Coordinator, Hamilton Center.
3. Mr. Paul E. Williams, Social Worker, Hamilton Center.
4. Ms. Ferlandia Townsend, Acting Teacher, Hamilton Center
5. All of this child's current special and general education teachers.
6. All of this child's current special and general education teachers while at Hamilton Center.


Respectfully submitted,

Douglas Tyrka
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC 20009
(ph) (202) 265-4260
(f) (202) 265-4264



# Atlantic Health Services, Inc.
*Commitment to Excellence*

600 Jefferson Plaza, Suite 305, Rockville, MD 20852; Tel. 301-838-3430, Fax: 301-838-3063

## CLINICAL PSYCHOLOGICAL REPORT

**Pupil's Name:** R████ H████
**Address:** ████████████
**Parent/Guardian:** MS. Etta Jalloh
**Date(s )of Assessment:** 3/7, 5/10/06
**Report Date:** 7/18/06

**School:** Hamilton Center
**DOB:** ████95
**Age:** 11-2
**Grade:** 5th
**Examiner:** Cheri McNeil, PsyD

### Reason(s) for Referral

R████ is an 11-year-old fifth-grader at Hamilton Center. He was referred for his triennial assessment to determine his progress and identify any additional or remaining areas of need. R████ is currently receiving special education services as a student with an Emotional Disability (ED). He receives 24.5 hours per week of special instruction, with the related services of counseling.

### Background Information

Based on a review of previous reports and R████ confidential file, R████ has been in the custody of his grandmother, Ms. Etta Jalloh, his legal guardian, since birth. She also has custody of R████ older brother. Previous reports indicate that R████ birth history was unknown, but that his developmental history was within normal limits.

A psychoeducational evaluation done in April of 2002 revealed overall intellectual functioning in the Low Average range (SS = 86) as measured by the EISC-III. His Verbal IQ score was in the Average range with a Standard Score of 95, and his Performance IQ was in the Borderline range with a score of 79.

A clinical evaluation review was done in January, 2003 and culminated in a diagnosis of Generalized Anxiety Disorder and Disruptive Disorder, Not Otherwise Specified. At that time it was reported that R████ needed a lot of support, acceptance and security. He was experiencing anxiety and had a poor self image, which the examiner reported to be interfering with his academic progress. School-based interventions were recommended, including counseling and academic support.

RH3

R███ H████     2

## Sources of Data

Review of Records
Clinical Interview
Interviews with school staff
Behavioral Assessment Scale for Children – Second Edition (BASC-II):
      Parent Form (BASC II-PRS-C)
      Teacher Form (BASC II – TRS-C)
      Children's Apperception Test (CAT)
Children's Sentence Completion Sheet (Sentence Completion)
Draw-A-Person (DAP)
Kinetic Family Drawing (KFD)

## Behavioral Observations

    R████ was appropriately dressed and groomed for the current testing session, dressed in slacks and a long sleeved shirt. His behavior was appropriate for the evaluation and he appeared motivated to participate in the testing. He engaged in some spontaneous conversation with the examiner, and showed a pleasant disposition. His speech was normal for rate, fluency, and audibility. He was oriented to date, place, time, and purpose of the evaluation. R████ showed no signs of elevated activity level or inattentiveness. He generally focused on each task presented to him and maintained focus and attention throughout the testing sessions. The results of the current evaluation appear valid for scholastic programming and placement.

## Data Interpretation and Integration

*Objective Measures*

    The Behavior Assessment System for Children (BASC) is a multidimensional system of evaluating behavior problems, and emotional disturbance in children. The BASC provides T-scores on four Composite scales: Externalizing Problems, Internalizing Problems, Behavioral Symptoms Index, and Adaptive Skills. T-scores of 41-59 are considered Average, scores between 60 and 69 are considered At Risk, and scores 70 and above are considered Clinically Significant. Scores 30 and below on the adaptive scales are considered clinically significant, and scores 31-40 are considered At Risk. Scores in the At-Risk range may indicate a problem that may not be severe enough to require formal treatment. However, these problems may require monitoring, as they may develop into more severe problems.

    R████ teacher, Ms. Baptiste, completed the BASC 2 – TRS-A, the teacher rating scale for children. R████ Externalizing Composite score was not in the Clinically Significant range, nor were any of the scale scores that make up the Externalizing Composite. Scales in this

24

domain included Hyperactivity, Aggression and Conduct Problems. According to his teacher's responses, R____ displays these types of behaviors no more than other children his age.

R____ Internalizing Problems Composite score was not in the Clinically Significant range. Furthermore, none of the scale scores in this domain were clinically significant. These scale scores included Anxiety, Depression, and Somatization. R____ does not display anxiety-based behaviors, depressive behaviors, or complain of health-related problem any more than others his age.

R____ School Problems Composite was not in the Clinically Significant range, nor were any of the scales scores: Attention Problems and Learning Problems. Based on his teacher's responses, R____ shows just as much ability to sustain attention as others his age. He also does not appear to display any more learning problems than others his age based on his teacher's responses. His teacher reported that he does not have unusual difficulty comprehending and completing his school work.

R____ Behavioral Symptoms Index (BSI) Composite score was not in the Clinically Significant range. Furthermore, none of the scales in this domain were in the clinically significant range. These scales included Hyperactivity, Aggression, Depression, Attention Problems, Atypicality, and Withdrawal. Based on Ms. Dixon's responses, R____ does not display these types of behaviors any more than others his age.

R____ Adaptive Skills Composite score was not in the Clinically Significant range, nor were any of the scales in this domain. His leadership and functional communication skills were among the better developed skills in this domain

R____ grandmother, Ms. Jalloh, completed the parent version of the BASC, the BASC II-PRS (Parent Rating Scale). R____ Externalizing Composite score was in the Clinically Significant range, with a T-Score of 76. Two scores in this composite were in the Clinically Significant range as well: Aggression = 93; Conduct Problems = 94. The Hyperactivity scale was not Clinically Significant, but was in the At-Risk range. In terms of aggressive behaviors, Ms. Jalloh reported that R____ "often" teases others, threatens to hurt others, and annoys and seeks revenge on others. She also reported that he "sometimes" bullies and hits other children. In terms of conduct problems, Ms. Jalloh reported that R____ often breaks the rules, and lies to get out of trouble. She also reported that he "sometimes" disobeys, steals, sneaks around and deceives others.

R____ Internalizing Problems Composite score was in the At-Risk range. One of the scales in this domain was in the Clinically Significant range, namely Depression, with a T-Score of 72. R____ grandmother reported that he "almost always" is easily upset, cries easily, and changes moods quickly. She also indicated that he "sometimes" is sad, seems lonely, and says 'nobody understands me." Also in this domain, R____ score on Somatization was in the At-Risk range. Ms. Jalloh reported the R____ sometimes complains of stomach problems and of being sick "when nothing is wrong with him." His score on Anxiety was not in the Clinically Significant range.

R██████ Behavioral Symptoms Index (BSI) Composite score was Clinically Significant, with a T-Score of 73. The scores for the Hyperactivity, Aggression, and Depression scales are discussed above. One the remaining scales was all clinically significant, Atypicality, with a T-Score of 70. Ms. Jalloh reported that R█████ "often" says things that do not make sense, and babbles to himself. R██████ Attention Problems scale score was in the At-Risk range. His grandmother reported that he "often" has a short attention span and is easily distracted. However, these behaviors did not reach clinically significant levels. The remaining scale in this domain, Withdrawal, was in the normal range.

R██████ Adaptive Skills Composite score was in the At-Risk range according to his grandmother's responses. None of the scales in this domain were in the Clinically Significant range. However, is scores on Adaptability, Leadership and Activities of Daily were all in the At-Risk range as well. Types of behaviors and skills measured by these scales include adjusting well to changes in routines, adjusting to new teachers, being a good sport, sharing and interacting well with others, being able to express himself in a clear manner, responding to others requests, speaking up when appropriate, problem-solving, being a self-starter, and having the ability to serve as a leader.

Overall, based on behavior ratings from BASC, R█████ appears to be exhibiting more problem behaviors at home than at school. While his teacher reports minimal problems in the classroom, Ms. Jalloh reported several problems areas in the home primarily related to conduct and attention problems. Hyperactivity is a problem sometimes, but these types of behaviors do no occur as frequently as those mentioned previously. Differences between his behaviors at home and at school might be related to a relatively more structured school setting. R█████, himself, reported that when he is at home and cannot get his way, he might react by becoming angry and slamming his door. However, he denied displaying such anger at school, and reaching a point of anger to where he gets into fights with his peers.

*Projective Measures*

R██████ stories on the CAT contained themes of violence, and in some instances, death. Many of his stories also contained themes of severe punishment for wrongdoings. For example, in one of his stories he described a King Lion who becomes angry when he apparently loses control when a mouse causes destruction to his home. The King becomes "really really mad" and says he does not want to be King anymore and tells his wife they are leaving. When the Queen protests, he "smacked her and scratched her on the face." When she calls for assistance, he "got locked up" and sentenced to "10 years to life."

R██████ stories involving familial themes depicted strained familial relationships. These stories included children rebelling against not receiving enough food, a family whose Christmas was ruined when a "bad Santa" stole all of the gifts. Apparent in R██████ stories were themes of a longing for nurturance, and protection. Young characters acted out aggressively when these needs were threatened. Adult figures in his stories had little self-control, little control over their children, and little control over their situations. Relationships were strained and households were chaotic, and punishment for wrongdoing was excessive.

Despite the chaos in his stories, what also came through was a father's desire to protect his children and his family, but not quite equipped to do so.

The strong and frequent themes of anger and aggression in R____ stories may also indicate that he is struggling to contain these and other negative behaviors. He may be more successful with this at school where his day is structured and planned, but less likely to do so at home, where his grandmother reports more of his behavioral problems. His constant attempts at containing these behaviors may be contributing to feelings of depression, as indicated by his grandmother. R____ also mentioned that his grandmother has some medical problems, but it unsure exactly what is wrong, although he mentioned leg, back, and stomach problems. This, too, might be contributing to feelings of anxiety and stress.

When questioned about his sad feelings during the clinical interview, R____ admitted to feelings of sadness, and said that, although it does not happen often, he usually cries when he is feeling unhappy. Other things that R____ revealed during the evaluation was trouble he is having with "big kids" in the school who pick fights with him or "get other kids to beat me up." However, he denied suicidal thoughts or behaviors when questions about possible intent to harm himself. He also denied having any characteristics that he believe are "the worst" things about himself. He identified having several best friends in the school, and said that he gets along best with them and his teacher, whom he described as being "nice to me everyday."

Despite the violent themes in R____ CAT stories, his responses on the Children's Sentence Completion indicated a strong affection for his family, and his grandmother. He described his family as the "best family in the world," and of his grandmother, said she "is nice. I like her." He appears to recognize and appreciate times when she needs to set boundaries when "she yells 'cause I am not in the house on time." R____ described his father as "an intelligent man," but understanding that there are times when his father must be a disciplinarian.

R____ Family Drawing consisted of him and some of his siblings helping his grandmother with yard work. Perhaps indicating a longing to be closer to his grandmother, R____ drew himself closest to his grandmother, with his sibling on the other side of the house, seemingly behind a fence. While he and his grandmother rake, his siblings, he explained, are taking out the trash in the back yard.

R____ seemed to have some difficulty getting his Draw-a-Person to his liking. He complained by saying "I can't draw," but continued upon reassurance from the examiner. He first drew a small boy, but then proclaimed "I messed up." His second drawing was of a young girl, whom he said was "happy." His second drawing contained more detail than the first and was consistent with his age and ability.

## Summary and Diagnostic Impression

R____ is an 11-year-old 5th-grader in a special education program at Hamilton Center. He was referred for the current evaluation to determine his current educational and emotional

needs.  Primary respondents for the BASC were R████current teacher and his grandmother, who reported conflicting behaviors between home and school.

R████teacher reported minimal problems with his behaviors at school.  None of the composite or scale scores on the BASC-TRS were in the clinically significant range based on his teacher's responses.  Ms. Baptiste indicated that R████ displays problems within attention, self-control, conduct, hyperactivity, etc, no more than other students his age, and within the normal range.  However, Ms. Jalloh, R████ grandmother, reported problems in several areas, most notable with hyperactivity, aggression, conduct problems, and depressive symptomatology.  Differences in the reporting may be attributed to a somewhat more structured environment in school.  Because he is not seen as exhibiting severe, overt acting out behaviors at school, more subtle inner feelings of sadness and negativity may be going undetected.

R████responses to projective measures indicate that he may be struggling with containing feelings of anger, which are likely contributing to a depressed mood, which is suggested by his grandmother's behavior ratings.  His behavioral problems at home may also indicate an inability to successfully cope with negative thoughts and feelings he is having.  His grandmother's illness, whether real or perceived – may also be contributing to feelings of irritability, distractibility and depression.  However, he denied having any self-deprecating feelings and denied intent to cause harm to himself.  Based on the current findings, R████ behaviors are most consistent with Dysthymic Disorder, a mood disorder characterized by mild depressive symptoms that last for a prolonged period of time.

## Recommendations

It is recommended that these results be shared and integrated with other data in order to determine which services are most appropriate to meet R████ educational and emotional needs.  Based on the finding of this evaluation, R████ continues to need educational and emotional support.  The findings from the current evaluation support a continuing classification of Emotional Disturbance (ED).  Specific recommendations are as follows:

1.  R████ should be encouraged to talk, write or draw about his feelings as much as possible.  He seems to be trying to contain a lot of negative feelings.  Exploration of these feelings should be encouraged in a safe environment where he is free to talk about them openly.

2.  R████ should be encouraged to continue to participate in appropriate peer relationships and building social skills.  The peer group's interactions should be monitored by an adult who can use corrective techniques for any inappropriate behaviors that R████ or any of his peers may engage in.

R██████ H██████    7

3. Exploring feelings regarding R██████ family may be useful in his counseling sessions. Focus should be placed on helping R██████ build a strong repertoire of coping strategies to help him cope in times of stress.

_____                        _____
Cheri McNeil, PsyD                               P. Douglass Frey, PhD
Examiner                                         Licensed Clinical Psychologist
                                                 DC# 0170

29

R█████ H█████     8

# APPENDIX

## BASC-2 COMPOSITE AND SCALE SCORES

| Composites/Scales | TEACHER | | PARENT | |
|---|---|---|---|---|
| | T-Score | %ile | T-Score | %ile |
| Externalizing Problems | 48 | 50 | 76 | 98 |
| Hyperactivity | 41 | 95 | 61 | 86 |
| Aggression | 54 | 97 | 84 | 99 |
| Conduct Problems | 49 | 99 | 75 | 97 |
| | | | | |
| Internalizing Problems | 39 | 7 | 65 | 92 |
| Anxiety | 38 | 7 | 50 | 54 |
| Depression | 42 | 17 | 72 | 96 |
| Somatization | 43 | 21 | 64 | 90 |
| | | | | |
| School Problems | 39 | 12 | n/a | n/a |
| Attention Problems | 38 | 13 | n/a | n/a |
| Learning Problems | 42 | 22 | n/a | n/a |
| | | | | |
| Behavioral Symptoms | 41 | 16 | 73 | 97 |
| Hyperactivity | | | | |
| Aggression | | SEE SCORES ABOVE | | |
| Depression | | | | |
| Attention Problems | | | 70 | 95 |
| Atypicality | 43 | 20 | 56 | 76 |
| Withdrawal | 39 | 5 | | |
| | | | | |
| Adaptive Skills | 61 | 87 | 36 | 9 |
| Adaptability | 56 | 70 | 37 | 10 |
| Social Skills | 56 | 71 | 42 | 21 |
| Leadership | 68 | 96 | 38 | 12 |
| Study Skills | 58 | 76 | n/a | n/a |
| Act. Of Daily Liv. | n/a | n/a | 31 | 4 |
| Functional Comm. | 61 | 86 | 42 | 20 |

n/a = not applicable (scale not found on form)
-- = no score generated

07/18/2006  17:12    2022654264                    TYRKA HOUCK LLP                              PAGE  37/55

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

**II. CURRENT INFORMATION**

Date of IEP Meeting: 06/16/2004
Date of Last
IEP Meeting:
Date of Most Recent
Eligibility Decision:  10/02/2002

Student Name: Last H_____    First R_____ A_____    MI

Student ID 9077317    Soc. Sec. No. _____    Age: 9    Grade 33

Gender ☒ M ☐ F    Date of Birth ____/1995    Ethnic Group  B

Purpose of IEP Conference:
☒ Initial IEP            ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Address _____    NW
Street Name    Apartment #
Washington    DC    20001
City    State    Zip Code

Indicate Level of Standardized Assessment:  ____

☐ Non-attending    Home School  Walker Jones

Attending School  Center For Life Enrichment

**ADDENDA TO BE ATTACHED AS NEEDED**
Check the appropriate box(es)

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent   ETTA JALLOH

| X | BEHAVIOR | | TRANSPORTATION |
|---|---|---|---|
| X | ESY | X | TRANSITION |

Address or (if different from student):    ☐ Parent ☐ Guardian ☒ Surrogate

Street Name    Apt. No.    City    State    Zip Code
Telephone: Home (202) 371-6667 ext. 2    Work (202) 874-8823

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

Oral _____
Rdg./ Written _____
Instrument: _____
Date: _____

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING Gen Ed Out Ed Total | FREQUENCY Hr./ Min. | DY/WK | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. |
|---|---|---|---|---|---|---|
| Specialized Instruction | 26 26 | Hrs | Week | Special Education Teacher | | 36 Weeks |
| Psychological Services | 1.5 1.5 | Hrs | Week | School Social Worker | | 36 Weeks |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| | 0.00 | | | | | |
| TOTAL | 0.00 27.9 27.9 | Hours Per Week | | | | |

Percent of time in Specialized Instruction and Related Services
☐ 0-20%    ☐ 21-60%    ☒ 61-100%

## V. Disability(ies)  Emotionally Disturbed

☐ Check if setting is general Ed.

Percent of time NOT in a General Education Setting  100%

## VI. IEP TEAM (Participants in the development of the IEP)    Print and sign your name below.

Etta Jalloh    _Etta Jalloh_    Student

Martin Cherry    _Martin Cherry_    Denise Daniels    Psychologist
Special Ed Teacher

Sharon Millis    Advocate

Gen'l Ed Teacher _____

Martin Cherry    _Brenda ____ Psychologist_
LEA Representative

Martin Cherry
Principal or Designee _____

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____    Date _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

**RH**

07/18/2006   17:12    2022654264                   TYRKA HOUCK LLP

06/16/2004

| | | DCPS - IEP |
|---|---|---|
| | | Page 2 of 4 |

| Student Name  R____ A____ H____ | Managing School  Center For Life Enrichment |
|---|---|
| Student ID Number 9077317          DOB ____1995 | Attending School  Center For Life Enrichment |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Academic Areas: (Evaluator)** Jennifer Dunston
**Math Strengths:**
Knows basic addition and subtraction facts, geometric measurement.

Impact of disability on educational performance in general education curriculum:
None

**Reading Strengths:**
Can match sounds to printed words, good comprehension when stories are read to him.

Impact of disability on educational performance in general education curriculum:
Limited sight word vocabulary and spelling skills impact his ability to do grade level work.

**Communication (Speech & Language) (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Motor/Health (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Social Emotional Behavioral Areas: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Cognitive/Adaptive Behavior: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Prevocational Skills: (Evaluator)**
Strengths:

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**

| Math Cal. | 111=ss | 1.9 GE |
|---|---|---|
| Math Res. | 97=ss | K:9=0 |

See goal page: 1
Date:  04/15/2002

| Rdg. Com | ss=91 | 1.0 GE |
|---|---|---|
| Rdg. Basic | ss=90 | k:5=GE |
| Written Ex. | ss=90 | K:9=GE |

See goal page: 3
Date:  04/15/2002

**Score(s) When Available**

| Exp.Lang. | |
|---|---|
| Rec- Lang. | |
| Artic | |
| Voice | |
| Fluency | |
| Exp. Voc. | |
| Rec. Voc. | |

See goal page:
Date:

**Score(s) /Results When Available**

See goal page:
Date:

**Score(s) When Available**

See goal page:
Date:

**Score(s) When Available**

See goal page:
Date:

**Score(s) When Available**

See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

06/16/2004  03:44    3018705715                                PAGE  03

| Student Name  R▓▓▓▓▓ A▓▓▓▓ H▓▓▓▓ | Managing School  Center For Life Enrichment | DCPS - IEP |
|---|---|---|
| Student ID Number  9077317    DOB  ▓▓/1995 | Attending School  Center For Life Enrichment | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐                    Goal Number: 1.

Area addressed by goal:  Academic Areas: Math

**ANNUAL GOAL: (including mastery criteria.)**

R▓▓▓▓▓ will improve math skills at grade level.

* Unless otherwise noted, student will show 75% compliance to demonstrate mastery of skill.

Provider(s):  Special Education Teacher/Resource Room Teacher, S

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. R▓▓▓▓▓ will learn the multiplication tables. | | Quarterly |
| 2. Multiply two digits by one digit without regrouping. | | Quarterly |
| 3. Multiply two digits by two without regrouping. | | Quarterly |
| 4. Divide using multiples of ten. | | Quarterly |
| 5. Divide by a two-digit divisor with a remainder. | | Quarterly |
| 6. Solve simple word problems. | | Quarterly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

33

| Student Name R_____ A____ H_____ | Managing School Center For Life Enrichment | DCPS - IEP |
|---|---|---|
| Student ID Number 9077317          DOB ____/1995 | Attending School Center For Life Enrichment | Page 3 of 4 |

Goal Number: **7**

**VII. SPECIALIZED SERVICES**   Additional Comments: ☐

Area addressed by goal: Academic Areas: Math

**ANNUAL GOAL:** (including mastery criteria.)

R_____ will improve math skills at grade level.

* Unless otherwise noted, student will show 75% compliance to demonstrate mastery of skill.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7. Add and subtract like fractions | | Quarterly |
| 8. Add and subtract unlike fractions. | | Quarterly |
| 9. Count nickel and penny combinations up to 30¢. | | Quarterly |
| 10. Identify and count dimes up to $1.00 | | Quarterly |
| 11. Identify dime, nickel, penny combinations up to 70¢. | | Quarterly |
| 12. Identify and count quarters up to $1.00. | | Quarterly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☐ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

| Student Name  Ra██████/ A.████ M████ | Managing School  Center For Life Enrichment | DCPS - IEP |
|---|---|---|
| Student ID Number 9077317       DOB ████1995 | Attending School  Center For Life Enrichment | Page 3 of 4 |

Goal Number: ⌐3⌐

**VIII. SPECIALIZED SERVICES**       Additional Comments: ☐

Area addressed by goal:  Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria.)**

Ra██████ will improve reading comprehension skills.

\* Unless otherwise noted, student will show 75% compliance to demonstrate mastery.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Data Measured | Evaluation Schedule |
|---|---|---|
| 1. Recall the main idea from a reading selections. | | Quarterly |
| 2. Recall details from a reading selection. | | Quarterly |
| 3. Sequence events in a reading selection. | | Quarterly |
| 4. Draw logical conclusions from material read. | | Quarterly |
| 5. Summarize material read. | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☐ Other ____

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

| Student Name  R_____ A_____ H_____ | | Managing School  Center For Life Enrichment | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9077317 | DOB ____1995 | Attending School  Center For Life Enrichment | Page 3 of 4 |
| | | | Goal Number: 4 |

**VII. SPECIALIZED SERVICES**      Additional Comments: ☐

Area addressed by goal:   Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria)**

R_____ will improve spelling and decoding skills.

\* Unless otherwise noted, student will demonstrate 75% compliance to show mastery.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Associate a sound with to appropriate beginning consonant. | | Quarterly |
| 2. Associate a sound with the appropriate medial consonant. | | Quarterly |
| 3. Associate a sound with the appropriate final consonant. | | Quarterly |
| 4. Identify, pronounce and define common prefixes. | | Quarterly |
| 5. Identify, pronounce and define common suffixes. | | Quarterly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools       07-02-2001       Division of Special Education       Appendix - A       IEP Page 3 of 4

36

| Student Name  R___ A___ H___ | | Managing School  Center For Life Enrichment | DCPS - IEP |
|---|---|---|---|
| | | Attending School  Center For Life Enrichment | Page 3 of 4 |
| Student ID Number 9077317 | DOB ___1995 | | Goal Number: 5 |

**VII. SPECIALIZED SERVICES**   Additional Comments: ☐

Area addressed by goal:  Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

IMPROVE PROBLEM SOLVING ABILITIES

Provider(s): School Social Worker / PSYCHOLOGIST

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| IN A GIVEN SITUATION, R___ WILL IDENTIFY THE ISSUE/ISSUES THAT CAUSE CONFLICT. | | Quarterly |
| IN A GIVEN SITUATION, R___ WILL IDENTIFY ALL POSSIBLE SOLUTIONS TO THE CONFLICT AND SELECT THE MOST APPROPRIATE SOLUTION. | | |
| R___ WILL IDENTIFY HIS ROLE IN CONFLICTUAL SITUATIONS | | |
| R___ WILL TAKE RESPONSIBILITY FOR HIS ACTIONS | | |
| R___ WILL ACCEPT RESPONSIBILITIES FOR HIS ACTIONS. | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other ___

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

07/18/2006  17:12    2022654264    TYRKA HOUCK LLP    PAGE  44/55

| Student Name  R___ H___ | | Managing School _____ | DCPS - IEP Page 3 of 4 |
| Student ID Number 9077317 | DOB ___ /95 | Attending School _____ | |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: [ ] |

Area addressed by goal: _Counseling_ —

**ANNUAL GOAL:** (including mastery criteria.)

R___ will learn coping strategies to help him control his negative behavior.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| R___ will be able to identify when he is becoming upset and ask for help. 50% of the time | | Quartely |
| R___ will be able to discuss his frustration and other negative feeling in therapy 40% of the time. | | Quartely |
| R___ will role model adaptive responses to classroom stressors with 50% success. | | Quartely |
| R___ will role model appropriate peer interactions in therapy with 50% accuracy. | | Quartely |
| When R___ become angry, he will practice minimizing name calling and other statement and will learn how to forth negative | | Quartely |

**EVALUATION PROCEDURE(S)**

Portfolio    (Log)    Chart    Test    Documented Observation    (Report)    Other _Behavioral System_

06/16/2004  03:44    3018785715

PAGE  10

| | | | DCPS - IEP Page 3 of 4 |
|---|---|---|---|
| Student Name ~~Hidden~~ | | Home School _____ | |
| Student ID Number | DOB ~~Hidden~~/95 | Attending School _____ | Goal Number: [ ] |

**VIII. SPECIALIZED SERVICES**    Additional Comments: [ ]

Area addressed by goal:   SOCIAL/EMOTIONAL

**ANNUAL GOAL: (including mastery criteria.)**

IMPROVE SELF ESTEEM

Provider(s):   SOCIAL WORKER | PSYCHOLOGIST

| Consider audience, behavior, condition, degree and evaluation. SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ~~Name~~ WILL IDENTIFY HIS POSITIVE AND NEGATIVE ATTRIBUTES | | |
| ~~Name~~ WILL DISCUSS HOW HIS ATTRIBUTES AFFECT HIS BEHAVIOR (MANIFEST THEMSELVES IN HIS BEHAVIOR) | | |
| ~~Name~~ WILL DISCUSS HOW HIS ATTRIBUTES AFFECT THE BEHAVIOR OF OTHERS | | |
| ~~Name~~ WILL DISCUSS HOW NEGATIVE ATTRIBUTES CAN BE MODIFIED INTO ACCEPTABLE ATTRIBUTES | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

[ ] Portfolio   [X] Log   [X] Chart   [ ] Test   [X] Documented Observation   [ ] Report   [ ] Other _____

| Student Name H___ B_____ | | Managing School _____ | DCPS - IEP |
|---|---|---|---|
| Student ID Number _____ | DOB ___25 | Attending School _____ | Page 3 of 4 |
| | | | Goal Number: [  ] |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal: _____

**ANNUAL GOAL: (including mastery criteria.)** _____

DECREASE AGGRESSIVE BEHAVIOR

Provider(s): SOCIAL WORKER / PSYCHOLOGIST

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| R_____ WILL IDENTIFY SITUATIONS THAT WILL RESULT IN AGGRESSIVE BEHAVIOR. | | |
| R_____ WILL IDENTIFY FEELINGS THAT ARISE BEFORE ENGAGING IN AGGRESSIVE BEHAVIOR. | | |
| R_____ WILL DEVELOP STRATEGIES TO USE TO DISENGAGE SITUATIONS THAT WILL RESULT IN ..... AGGRESSIVE BEHAVIOR. | | |
| R_____ WILL USE STRATEGIES TO DIFFUSE FEELINGS ASSOCIATED WITH AGGRESSIVE BEHAVIOR. | | |
| R_____ WILL VERBALIZE FEELINGS APPROPRIATELY RATHER THAN ENGAGE IN AGGRESSIVE BEHAVIOR. | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | R█████ A█████ H█████ | Managing School | Center For Life Enrichment | DCPS - IEP |
| Student ID Number 9877317 | | DOB ████1995 | Attending School Center For Life Enrichment | |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modifications, accommodation and/or supplemental aids and services be used for a LRE setting in general education?  ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

*Because of the intensity necessary, R█████ cannot be educated in general ed setting.*

## X. Supplementary Aids and Services

| Classroom Needs | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
| (Do not name products or companies.) | GenEd | SpEd | Total | Hr/ Min | D/Wk. | (by discipline) | (mm/dd/yyyy) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for **testing**.    ☐ None needed

Timing/Scheduling: Breaks, varied activities, opportunity to move, Extended time

Setting: Reduced, minimized distractions, Preferential seating

Presentation:

Response:

Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III  (Describe non-uniform conditions for level III)  Tested under non-standard conditions with permissible accommodations

☐ Level V Portfolio:

☐ Level II  (Describe accommodations for level II)  Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading          ☐ Physical/Sensory       ☐ Transition
☒ Mathematics      ☒ Social Emotional       ☐ Vocational
☒ Written Expression ☐ Physical Development  ☐ Independent Living
☐ Other:                                     ☐ Speech/Language
☐ None

Modifications:
☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goals, objectives and/or modifications to address barriers in each area checked above.

## XII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| In General Education Classroom Setting | Rejected | Continued school failure |
| Gen ed w/sp ed | Rejected | Continued failure |
| Out of general ed | Accepted. | |

Modification(s)/Accommodation(s) to address the harmful effects:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT R~~~~ A~~~~ H~~~~            SCHOOL Center For Life Enrichment   DATE: 06/16/2004

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| | | Surrogate |
| Etta Jalloh | | Special Ed Teacher |
| Martin Cherry | | General Ed Teacher |
| | | LEA Representative |
| Martin Cherry | | Principal or Designee |
| Martin Cherry | | Student |
| | | Psychologist |
| Denise Daniels Ph.D. | | Advocate |
| Sharon Millis | | |
| BRENDA K. KINSLER | | |

...Draft of IEP submitted by DCPS. Because of the lack of current information, goals are not as accurate as we would hope. Therefore, we are recommending a 30-60 day Review of the IEP to Review goals.

Millis of the IEP to Review goals.

Parent/Advocate feel uneasy with the lack of information, the goals/objectives are not appropriate and do not address the intensity/degree of this disability/deficits and have modifications/additions to what has been proposed here now.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)          PAGE: __ of __
CONTINUATION MEETING NOTES
MEETING TYPE: _____

MDT REFERRAL DATE: _____

STUDENT: ▓▓▓▓▓          SCHOOL: WJ          DATE: 6/16/04

Cherry - Given the fact that the information we have is limited none of us can be more accurate at this time. For that reason we have asked for the psycho-ed eval and a 30-60 day Review. At that time we can be more accurate and make any changes, if necessary. We will accept academic goal as is.

Team has discussed ESY and we feel that the severity of his behavior warrants ESY services.

Placement discussion - Millis has proposed Episcopal, Rock Creek & High Roads. She feel that they offer very small class size, Beh. intervention, support staff that includes sed. specialist, psychologist in very small setting.

Brenda Kinsler & DCPS are proposing Hamilton Center. Hamilton also offers small class size, behavior intervention, related services

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)        Page: __3__ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: __IEP__

STUDENT: ~~Raymond H~~    SCHOOL: Walker Jones    DATE: 6/16/04

Millis objects to the fact that there is the presence of the Noyes program in the building and the police presence. She also feels that the other programs are better in quality and offer more.

Kinsler. Noyes program is moving out at the end of the school year. Kinsler, who has review his records, feels that Hamilton can offer an appropriate placement.

DCPS feels that Hamilton center is an appropriate setting and can meet the IEP requirements.

07/18/2006  17:12   2022654264              TYRKA HOUCK LLP                    PAGE 29/55
                                                                               6/04

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

| | MDT |
|---|---|

MULTIDISCIPLINARY TEAM (MDT)
**Eligibility Meeting Notes**

MEETING DATE: 06/16/2004

SCHOOL: Center For Life Enrichment

STUDENT: R⬛⬛⬛ A⬛⬛ H⬛⬛

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | ~Etta Jalloh~ | Parent/Guardian |
| Etta Jalloh | ~Martin Cherry~ | Special Ed Teacher |
| Martin Cherry | | General Ed Teacher |
| | | LEA Representative |
| Martin Cherry | | Principal or Designee |
| Martin Cherry | | Student |
| Denise Daniels Ph.D | ~(signature)~ | Psychologist |
| Sharon Millis | | Advocate |
| BRENDA K. KINSLEY | Brenda K. ⬛ | |

*Denise Daniels - Review of clinical evals as well as
observation + beh. Assessment. Based on eval
he qualifies as E.D student. Extreme behaviors
kicking, name calling, acting out behavior. lack
of ability to control behavior + frustration.*

*Kinsler - Review of 2001 Psycho-ed eval. - Cooperative.
was quick to say he didn't know. VIQ = 95.
PIQ = 79    FSIQ - 86 - Not significant. -*

*Daniels - agrees that he needs full time program and
counseling of 45 min group + 45 min individual.*

THE PARENT ☒ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING
AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT RASHAW AARON    HENRY

☒ IS ELIGIBLE FOR SPECIAL EDUCATION AND RELATED SERVICES
  ☒ TEAM WILL COMPLETE IEP
  ☐ TEAM WILL SCHEDULE IEP MEETING
  ☐ ADDITIONAL ASSESSMENT WILL BE ORDERED

  ☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION
    ☐ STUDENT IS REFERRED BACK TO THE TAT
    ☐ ADDITIONAL ASSESSMENT WILL BE ORDERED

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   MDT MEETING NOTES   APPENDIX - A

**RH6**
45

07/18/2006  17:12    2022654264    TYRKA HOUCK LLP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

Pg - 2-    [ MDT ]

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

STUDENT: _____    SCHOOL: Center For Life Enrichment    DATE: 06/16/2004

Millis - Question disability and wants Obs I for
ADHD.
Daniels - no documentation indicating ADHO.
Millis - Based on Tina Nguyen observation, that
indicates very active behavior, DCPS should do
a psychiatric.
Ms Tullol - brother died about 1 month before
Tina Observation. ~~this could be~~
Daniels - This could explain behavior. Does not
feel that psychiatric needed.
Millis - Still feels that eval should be done -
family history with older brother.
Kinsler - ~~the~~ Academic scores commensurate
with abilities. Current interpretation of
comparison of VIQ & PIQ not significant.
Personnel from CLE have not submitted
any reports and have not come to this
meeting. Because of the lack of their
participation we will have to make
educated approximation for goals

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)                    Page 3 of
CONTINUATION MEETING NOTES
MDT REFERRAL DATE: _____     MEETING TYPE: MDT

STUDENT: ~~Ryoshin Houck~~     SCHOOL: WJ          DATE: 6/16/04

because we have no current data. In addition,
DCPS will do a new psycho-ed & speech
eval to get present levels.

   Based upon available information, Team
is in agreement that ~~Ryoshin~~ qualifies
as an ED student. When new evals are
completed, other classification may be
considered. Team is also in agreement
that he requires a full time therapeutic
program for ED students and that
he receive 1½ hrs of counseling per week.

07/18/2006  17:12   2022654264                TYRKA HOUCK LLP                    PAGE  35/55

~~[redacted]~~ IEP  6/16/04        (1)

Denise Daniels Clinician was unable
to stay past 12.5 Stated she qualified
for EI Advocate feels she is LD as
well as ADHD to the level of OHI
and has requested a Psychiatric
Report. Present CLE is inadequate and
contradictory to the observation of
Parent report. Parent/Advocate also
requested a new SL/Language
eval.

CLE did not attend, did not provide
adequate information concerning his
current level of academic functioning
or goals & objectives.
Advocate/Parent feel the proposed
goals/objectives are much too general
and do not address the intensity and
degree of disability and deficits. Goals
are vague and unmeasurable. So
actually the Parent/Advocate was
overruled in their attempt to participate
in the IEP and the coordinator felt
a 30/60 review would handle the
problem. Advocate concern was that
any Program could implement an
inappropriate IEP.

**RH**

06/16/2004  03:44   3018705715

By 1:00 only Brenda Kinsler, Martin Christy
and myself remained at the meeting
Hamilton was proposed. Currently not all
staff is trained in Crisis Intervention
Prevention. Noyes ES still shares
the building space. Class size is
8-10. It meant OT

Brenda Kinsler who is supposedly
to be reinstated back in Hamilton
as Principal reviewed the file
So currently Psychologist at Winston-
Jones and stated he was
appropriate for the Mamie Lee Center
School has no behavior specialist
So recommended in the education
Currently 80 students in program

07/18/2006  17:12    2022654264                 TYRKA HOUCK LLP

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)

STUDENT EVALUATION PLAN
(SEP)

MEETING DATE: _____

MDT SEP

MDT REFERRAL DATE: 6/16/04

STUDENT: Raphen H_____    DOB: _/95 AGE: 9 GRADE: 2 SCHOOL: Walker Jones

STUDENT IDENTIFICATION NUMBER: 9077317    TEACHER / HOMEROOM: _____

ADDRESS: _____ NW    Wash, DC 20001

PARENT(S)/GUARDIAN: Etta Jalloh    TELEPHONE (H): 371-5412 (W): 874-5823

Summarize Area(s) of Concern:
Team feels that there is a lack of current data to base goals on + Advocate disagrees with special education eval/data to some extent.

Team Recommendations:
Psycho-ed eval
Speech eval

EVALUATION(S) IN AREA(S) OF LEARNING CONCERN(S)

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TIMELINE ASSIGNED | DUE DATE |
|---|---|---|---|---|
| ☐ Psychological |  |  |  |  |
| ☒ Speech/Language | DCPS |  |  |  |
| ☐ Social History |  |  |  |  |
| ☐ Audiological |  |  |  |  |
| ☐ Vision Screening |  |  |  |  |
| ☐ Medical | DCPS |  |  |  |
| ☒ Educational |  |  |  |  |
| ☐ Hearing Screening |  |  |  |  |
| ☐ Other    Other____ | Other____ |  |  |  |

| TEAM MEMBERS: | NAME | POSITION | TEAM MEMBERS: | NAME | POSITION |
|---|---|---|---|---|---|
| Etta Jalloh | Parent |  |  |  |  |
| Wardi Cherry | Coordinator |  |  |  |  |
| Sharon Miller | Sped Instructor |  |  |  |  |

in room _____

The MDT meeting to discuss the evaluation results is scheduled on _____

Place completed form in MDT folder.
DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    MDT - SEP    APPENDIX - A

07/18/2006  17:12    2022654264                    TYRKA HOUCK LLP



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

### INITIAL PLACEMENT

Student : ~~Rumphen Hamson~~     DOB ~~____~~ Age  9  Meeting Date  6/16/04

Address _____    Telephone (W) _____ (H) _____

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet.  We
would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide appropriate service(s) and may be required t initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

_X_  Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive
special education and related services at _Hamilton Center_ school, for:

___ 0% - 20%,          ___ 21% - 60%,  or     _X_ 61% - 100%,

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial placement
for my child.

_____          _____
Parent/Guardian Signature                Date

*Parent & Advocate Refuse to sign*

06/15/2004  03:44    3018705715

07/18/2006  17:12    2022654264

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**Prior to Action Notice**

Check Purpose:
- [x] Initial Evaluation
- [x] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Annual
  - [ ] Other _____

Date _6/16/04_
Student _____ H____    DOB __/__/95
School _Hamilton Center_
Current Disability Category _ED_
Setting _Out of general ed_

Dear _Ms Jelloh_

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [x] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)
- [ ] Your child is not eligible for special education service(s).
- [x] Your child is eligible or continues to be eligible to receive special education services as a student with _ED_
- [x] Your child will begin receiving _Counseling_ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [x] Your child's alternative placement on continuum (next setting) is being changed, from _CLC_ to _Hamilton Center_
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

Location of Services _Hamilton Center - to start wk ES4 2004_

**Description and Explanation of agency action proposed or refused.**
_DCPS feels that Hamilton Center is an appropriate placement that can meet _____ needs._

**Description of Other Options Considered and reasons for rejection of each option**
_Parents advocate disagree and have proposed Episcopal, High Roads + Oak creek. When DCPS has an appropriate program it gives first priority to that prog._

Other relevant factors to the decision-
MDT Members:
- [x] Principal or Designee
- [x] Parent
- [ ] Student
- [ ] Social Worker
- [x] General Education Teacher
- [x] Special Education Teacher
- [ ] Speech and Language
- [ ] *LEA & Interpreter (*may be one)
- [x] Psychologist
- [x] Other: _Advocate_

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information. _____
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact _Brenda Ziegler_ at _____ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior to Action Notice
07-02-2001

**RH10**

Attending School *Hamiltn Centre*    Page 2 of 4

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments:

### Academic Areas: (Evaluator)

**Math Strengths:**

*Student has knowledge of multiplication and division facts*

**Impact of disability on educational performance in general education curriculum:**

*Disability impacts on ~~Kevin's~~ ability to complete grade level assignments.*

**Reading Strengths:**

*Able to 80% of 5th grade readers.*

**Impact of disability on educational performance in general education curriculum:**

*Disability impacts on ~~Kevin's~~ ability to complete grade level assignments.*

| Score(s) When Available | |
|---|---|
| Math Cal. | |
| Math Rea. | |
| See goal page: | |
| Date: | |
| Rdg. Com | |
| Rdg. Basic | |
| Written Ex. | |
| See goal page: | |
| Date: | |

### Communication (Speech & Language) (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

| Score(s) When Available | |
|---|---|
| Exp.Lang. | |
| Rec- Lang. | |
| Artic | |
| Voice | |
| Fluency | |
| Exp. Voc. | |
| Rec. Voc. | |
| See goal page: | |
| Date: | |

### Motor/Health (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

| Score(s) /Results When Available | |
|---|---|
| | |
| | |
| | |
| See goal page: | |
| Date: | |

### Social Emotional Behavioral Areas: (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

| Score(s) When Available | |
|---|---|
| | |
| | |
| See goal page: | |
| Date: | |

### Cognitive/Adaptive Behavior: (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

| Score(s) When Available | |
|---|---|
| | |
| | |
| See goal page: | |
| Date: | |

### Prevocational Skills: (Evaluator)

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

| Score(s) When Available | |
|---|---|
| | |
| See goal page: | |
| Date: | |

53

| Student Name    R▓▓▓ A▓▓▓ I▓▓▓ | Managing School  Hamilton Center | DCPS - IEP |
|---|---|---|
| Student ID Number 9077317          DOB ▓▓/1995 | Attending School Hamilton Center | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐         Goal Number: 2

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

Student will improve social/emotional functioning as evidenced by achievement of the following short-term objectives.

Provider(s): Other Service Provider

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will use appropriate language/gestures to express feelings of anger, frustration, and disappointment in 4 of 5 trials.  Student will increase use of anger management skills, including controlled breathing, self time-outs, counting to ten, and seeking staff support in 4 of 5 trials. | | Monthly |
| Student will improve self-control in 4 of 5 trials as evidenced by a decrease in: threatening, joning, provoking, muttering under his breath, oppositionality, walking/turning away while being spoken to, bullying smaller/younger peers, and instigating peers while staff is not looking.  Student will improve group participation by decreasing incidents of intrusive talking/laughing and by participating in all assignments. | | Monthly |
| Student will improve ability to accept responsibility for his behaviors in 4 of 5 trials as evidenced by rendering a truthful account of his role in a conflicted situation, by accepting consequences for his behaviors, and by remaining calm while processing problems. | | Monthly |
| Student will improve problem-solving skills in 4 of 5 trials as evidenced by an increased ability to: discern a problem situation, to sequence events leading to a problem, to understand the perspectives of others, and to distinguish between an appropriate and an inappropriate solution to a problem. | | Monthly |
| Student will respond to directives designed to improve his self-esteem in 4 of 5 trials as evidenced by a decrease in instances of comparing himself to others, improved willingness to take on challenging work, and improved frustration tolerence. | | Monthly |
| Student will repsond to directives designed to address issues pertaining to familial loss. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | Re_____ H___ | | Managing School | Hamilton Ctr | | DCPS - IEP Page 3 of 4 |
| Student ID Number | 9077317 | DOB | ___95 | Attending School | Hari Ha Center | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: _____    Goal Number: [  ]

Area addressed by goal: *Academics – Math*

ANNUAL GOAL: (including mastery criteria)

Re_____ will demonstrate 6-9 months growths in Math skills by mastering short-term objectives with 80% accuracy.

Provider(s): *Special Ed. Teacher.*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 4.N.8 student will be able to: Demonstrate an understanding of fractions as parts of unit wholes, as parts of a collection, as locations on a number line, and as locations on the number line. | | Monthly |
| 4.N.9. Know the relationships among halves, fourths, and eighths and among thirds, sixths and twelfths; compare and order such fractions | | Monthly |
| 4.N.10 Recognize, name, and generate equivalent forms of common decimals (0.5, 0.25, 0.1...) and fractions (halves, quarters, fifths and tenths) and explain why they are equivalent. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)    Log    Chart    (Test)    Documented Observation    (Report)    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

55

| Student Name | R███ H███ | | Managing School | Hamilton Cntr | DCPS - IEP |
| Student ID Number | 9077317 | DOB ██/██/95 | Attending School | Hamilton Ctr | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:                    Goal Number: [  ]

Area addressed by goal: _Academics – Reading_

ANNUAL GOAL: (including mastery criteria.)

R███ will demonstrate 6-9 months growth in reading skills by mastering the short-term objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 6.I.1 Student will be able to identify and analyze main idea, supporting ideas, and supporting evidence. 4 out of 5 trials. | | Monthly |
| 6.I.2 Identify and use knowledge of common textual features (paragraphs, topic sentences, concluding sentences, glossary, index, bibliography) 4 out of 5 times. | | Monthly |
| 6.I.3 Identify and use organizational structures in text including chronological order, compare and contrast, cause and effect, logical order, and classification schemes. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)  Log  Chart  (Test)  Documented Observation  (Report)  Other

**District of Columbia Public Schools**
**Washington, D.C.**

| | I.E.P. Attachment A |
| --- | Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**          Date Developed: 5/26/06

Student Name ___ Rashawn Hawkins ___     ID# 9077317     DOB ___ /95   Grade 7th

Address _____ NW ___ Washington ___ DC 20001
                Street #   Street Name,   Quadrant   Apartment #   City,   State,   Zip Code

Telephone (H) (202) 371-9462 (W) _____   Counselor Leslie Milofsky, MA, ATR-BC

Attending School Hamilton Center     Teacher Ms. Cy Baptiste ___ Room _____ Section _____

**TARGETED BEHAVIOR(S):**                        Additional Comments: [ ]

- impulse control
- anger management
- oppositionality
- social skills

**POSITIVE INTERVENTION STRATEGIES:** Student Objective - with 80% mastery.

- Rashawn will refrain from peer provocation, joining & physical/verbal aggression.
- Rashawn will express anger, frustration and disappointment appropriately.
- Rashawn will respond to redirection with one prompt and will refrain from using a disrespectful voice tone/language.
- Rashawn will work to improve his ability to empathize and to ignore negativity.

Implementation description -

Student will participate in Hamilton Center behavior management system which offers incentives for positive behavior including: points, Hamilton dollars and privileges of school store, field trips, assemblies, and progression up the level system. Student will receive consequences for negative bx which includes withholding of above incentives. And visits to ISS-CRC and therapist are available for clinical interventions which include: affirmation, engagement & art studio pets, access to toys, games and art materials and additional material incentives earned through point system.

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

**MONITORING SYSTEM:** Responsible Teacher - _____
**Describe System -**

Data collection timeline -

**FOLLOW-UP MEETING:** Date - _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION       IEP ATTACHMENT A     INTERVENTION BEHAVIOR PLAN

57

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ~~H████~~    First ~~R██████~~    MI

Student ID: 907731    Soc. Soc. No. ~~████~~    Age: 10    Grade

Gender ☒M ☐F    Date of Birth ~~████~~ 95    Ethnic Group: African American

Address: House No. ~~████~~    Street Name ~~████~~    NW

☐ Non-attending    Washington    DC    20001
                    City    State    Zip Code

Attending School: Hamilton Ctr    Home School

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/    Home School

Parent: Etta Jalloh

Address of (if different from student):    ☒ Parent ☐ Guardian ☐ Surrogate

House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code
Telephone: Home (202) 371-9412    Work (202) 874-8823

## II. CURRENT INFORMATION

Date of IEP Meeting: 7/9/06
Date of Last IEP Meeting: 6/6/04
Date of Most Recent Eligibility Decision: 10/02/02

Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval. ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: ___

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ | BEHAVIOR | ☒ | TRANSPORTATION |
| | ESY | | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | none | Oral |
| Parent | English | English | English | none | Rdg / Written |
| Home | English | English | English | none | Instrument: / Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | GenEd | SETTING SpEd | Total | FREQUENCY Hr./Min. | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 26 | 26 | Hr | W | Special Ed teacher | | 10 | Mons |
| Psychological Serv | | 1.5 | 1.5 | Hr | W | Social worker | | 10 | Mons |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 27.5 | 27.5 | Hours Per Week | | | | | |

## V. Disability(ies)

Emotionally Disturbed

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☐ 21-60% ☒ 61-100%
Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Etta Jalloh - mother
Cyd Baptiste - Cyd Baptiste, Teacher — Absent
Perlandia Townsend - Acting Teacher
Paul Milbury - Social Worker
Chuck ___ ___
Sharon Mill ___ BESA Advocate ___

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature ___ Date ___

Parent/Advocate ___

5 RH1

Student ID Number 907 7317    DOB ___ 9 9 Attending School Hamilton Ctr    Page 4 of 4

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modifications, accommodations and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    No

Explanation for removal out of regular education classroom:

_____ requires behavior interventions and a small, structured environment that cannot be met in the general education setting.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

| | |
|---|---|
| Timing/Scheduling: | frequent breaks, extended time |
| Setting: | small group |
| Presentation: | |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I    Tested with non-disabled peers under standard conditions without accommodations

(Level III) (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V  Portfolio:

Level II    (Describe accommodations for level II) Tested under standard conditions with special accommodations:

Level IV    (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | | Modifications: |
|---|---|---|---|
| (Reading) | Physical/Sensory | Transition | Language Arts/English |
| (Mathematics) | (Social Emotional) | Vocational | Social Sciences |
| (Written Expression) | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | Speech/Language | Fine Arts |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Rejected – cannot meet students needs. | Continued school failure |
| Combination General Education | Rejected – cannot meet students needs. | Continued school failure |
| Out of General Education | Accept – will meet students needs/impact on self-esteem |

Modification(s)/Accommodation(s) to address the harmful effects:

Behavior intervention plan, individual and group psychosocial counseling, therapeutic setting.

Location for Services  Hamilton Ctr. School

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

59

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

IEP Attachment B
Transportation

TRANSPORTATION DIVISION

**STUDENT TRANSPORTATION
DATA FORM**

2006 - 2007
School Year

9077317
STUDENT IDENTIFICATION NUMBER

(MDT must first determine if student meets the requirements for
transportation services and has it included in the IEP.)

Person Making Request: _Cyd Baptiste_
Date of Request: _5/24/06_
Status of Request: _____
Date Request Received: _____
Person Receiving Request: _____

Etta Jalloh

Parent / Guardian (Print legibly or type)

(202) 371-9412

Telephone (H)

(202) 874-8823

Telephone (W)

(202) 874-8823

Emergency Contact

Danielle Brown - Daughter

Relationship

(202) 289-0023   2043

Telephone No.

Pager / Cell No.

Students will be taken to a central location until
6:00 p.m. if the bus attendants are unable to
deliver them to the designated location. After
6:00 p.m. the police will be contacted. This
year's central location is _____

| Student: | Last Name | First Name | MI |

House No.   Street Name                Quad.  Apt.

Washington DC  20001

City          State   Zip Code

M  English  Hamilton Ctr  (202) 425-3816

DOB  Gender  Primary Language  Submitting School and Telephone Number

Emotionally Disturbed

Disability Classification          Medical Issues

**MODE OF TRANSPORTATION** [X] *Bus  [ ] Tokens  [ ] Farecards
* SPECIAL ACCOMMODATIONS FOR BUS

Height _____ Weight _____

Oxygen       Tracheotomy tube    Seizures    Helmet

Harness      1:1 Aide    Behavioral issues

Medication _____  Specific allergies _____

Dosage required during transportation :
[ ] Yes  [ ] No   Dosage _____   [ ] PM [ ] AM

[ ] Mobility  [ ] Ambulatory ( [ ] Cane, [ ] Crutch, [ ] Walker)
         [ ] Ambulatory w/ assistance ( [ ] Cane, [ ] Crutch, [ ] Walker)
         [ ] Non Ambulatory ( [ ] Standard, [ ] Motorized, [ ] Oversized
                                     w/ lap tray  [ ] Yes  [ ] No)
[ ] Car Seat         [ ] Positioning Device
[ ] Special Restraint  [ ] Other, Describe: _____

Click one of the following:

[X]  AM Pick-up & PM Drop-off is the same as the student address.

[ ]  _____
      AM Pick-up Address                           Telephone No.

[ ]  _____
      PM Drop-off Address                          Telephone No.

**Transportation will NOT be provided without confirmed placement through the proper procedures.
Justification for other than neighborhood settings must be explained on the back by the school official
requesting the transportation services.**

Cyd Baptiste          (202) 698-3888      5/24/06

School Official requesting transportation service:    Telephone No.        Date

Hamilton Ctr  1401 Brentwood Pkwy  (202) 425-3816

School to Attend:       Address of School            Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

60

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)**
**MEETING NOTES**

STUDENT ~~Re_____ H____~~     SCHOOL HAMILTON CTR DATE: 7/19/06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Chuck C. Ugoji | _____ Ugoji | Interim Principal |
| Paul E. Williams | Paul E Williams | Social Worker |
| Sharon Millis | _____ | SF____ |
| Etta Jallon | Etta _____ | mother |
| Ferlandia Townsend | Ferlandia Towne | Acting teacher |

The purpose of this meeting is to develop Individualized Education Plan, review provided services and discuss Current placement for R_____.
All participants present were introduced for the record. Parent was presented with a Procedural Manual for Parents.
Ms Millis expressed concern about the meeting scheduled for 7/19/06 that there was no confirmation letter. There was also a issue she raised about the copy of the clinical evaluation done which was presented to her. Mr Ugoji stated that we can have an IEP with recomm...

RH12

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: 2 of 2
CONTINUATION MEETING NOTES
MEETING TYPE: ___IEP___

STUDENT: ~~R█████ H█████~~     SCHOOL: Hamilton Center     DATE: 7/14/06

mendations for evaluations and other needed requirements
Mr Ugor also requested to either move forward or
reschedule as Ms Mills requests were becoming monotonous. Mr William suggested available dates, and Ms
Jallow requested next wednesday date. After much
haggling and hagging on why the teacher was not
present and report card, progress reports, Ms Mills
agreed to move forward with the meeting. R█████
special education teacher is on summer vacation
and made effort to be at the meeting when it was
previously scheduled for 7/14/06 at 10 a.m.

Teachers Report: Ms Townsend, Head teacher presented on behalf of Ms Baptiste. As Ms Townsend beg
to present the academic goals but Ms Mills expresse
that Ms Townsend can hand over the goals since the
level of academic functioning was not determined.
Ms Mills requested for progress not from the Clinician
but we were unable to produce the notes as mc
Milofsky is on summer vacation. We attempted
to print out the notes but was unsuccessful.
I requested to contact the Clinician and to make the
notes available to her by next business day. Ms Mills
objected to sending the notes to her. Ms Jollo

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____    **MULTIDISCIPLINARY TEAM (MDT)**    Page: _3_ of _3_
**CONTINUATION MEETING NOTES**
MEETING TYPE: ____IEP____

STUDENT: ~~Re——— H————~~    SCHOOL: Hamilton Ctr    DATE: 7/19/06

Student Parent requested for a change in place-
ment. Hamilton Center staff believes that ~~Re———~~
has made progress in the program and current
placement is adequate.
Ms Millis and Ms Fullo were present in the IEP but
did not participate in the development of said IEP.

Recommendations
1. Psychoeducational Evaluation.
2. Parent requested a change in placement.
3. Review of Current evaluation during next meeting

63

~~Roderick Hersey~~ MDT   7/19/06

Progress reports and portfolio information to determine if his goals/objectives have been met and construct new goals/objectives that the Advocate requested were not available. A Clinical Psychological evaluation that was done in March, but not written until July 18 2006 was presented at the MDT. There has been no IEP since 10/16/04 and the clinician states he verbally confirmed a meeting for 7/14/06 with the Advocate but it could not provide the telephone # he used to contact me or a contact log. Neither Parent nor Advocate had written notice of the MDT. No documentation of progress & current academic level. Partial Behavior Plan but no FBA to support this Plan. There is no current academic level for him so it is impossible to determine if goals/objectives are appropriate.

**64**
**RH**

Neither his Teacher nor his
Therapist was available no
documentation on progress or his
current level was available
Encounter tracking forms in his
File stop at 4/6/05 so there is
no documentation of service
beyond this.
The Clinician stated that it was
not necessary to review the
Clinical Psychological at this
meeting or to draft goals
objectives but can be reviewed
later.
Parent is requesting a change
of placement. Clinician states
he is making progress but
there are no documents to
support this.
Parent/Advocate were unable
to participate in the development
of the IEP but were present
at the meeting. —

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**INDIVIDUALIZED EDUCATION PROGRAM**
**(IEP)** Psych ed. Review
**MEETING NOTES**

STUDENT R_____ H_____     SCHOOL HAMILTON CTR DATE: 8/31/06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Chuck C. Ugoji | C. Ugoji | Sp. Ed. Coord. |
| Ilene Sterman, LPC | | Psychology |
| Leslie Milofsky, MA, ATR-BC | Leslie Milofsky, MA, ATR-BC | Art Therapist |
| Ferlandia Townsend | Ferlandia Townsend | Special Ed Teacher |
| Shasan Millis | | DCPS Advocate |

The purpose of this meeting is to review R_____ H_____ Psychoeducational Evaluation and also to process service notes provided by the clinician. All participants introduced themselves for the record. Ms Millis expressed that R_____ care giver was unable to attend this meeting but will be available by phone.
Ms Millis expressed that she had requested for a new psychoed but mr Ugoji responded that the psychoed on file was current. Evaluation was done on 1/17/05. Ms Millis also wanted DCPS to provide her with an FBA and BIP.

DISTRICT OF COLUMBIA PUBLIC SC... OLS
WASHINGTON, DC

MDT REFERRAL DATE: _____       MULTIDISCIPLINARY TEAM (MDT)        Page: 2 of 2
                                   CONTINUATION MEETING NOTES
                                   MEETING TYPE: EVAL REVIEW

STUDENT: ~~R_____ M_____~~    SCHOOL: HAMILTON CENTER DATE: 8/31/06

Ms Mills is requesting for educational evaluation
Ms Mills expressed some of ~~R_____~~ parent concerns.
ⓐ How did the teacher come up with the goals?
ⓑ To complete FBA, BIP and Educational Asessment
ⓒ Social History

Ms Mills asked if the team wants to continue the meeting.
She expressed that it will be prudent to continue the
meeting upon completion of the requested items.
~~Docees~~ Ms Steinan expressed that she will
The team agrees to tentatively meet on 10/04/06
at 9:30 a.m. All requested items will be faxed to
Ms Mills on 202 265 4264 Fax


        Recommendations
⓵ Educational Evaluation (WAIT and or woodcock
② Functional Behavior assessment (Due oct 1)
③ Behavior Intervention Plan  (Due oct 1)
④ Social History to be Completed (Due oct 1)

~~Redacted Name~~ MDT   8/31/06

Encounter teaching forms need to be printed out for review. Hamilton states they will provide this. He gets only Art therapy as an intervention.

There is still no FBA and only a partial BIP. There was a BIP produced dove 1/16/05 but never reviewed and there was no IEP for 05/06 school year.

Concerns about the development of the goals/objectives since the teacher who is no longer at the school did not leave any documentation supporting progress or how goals/objectives were developed which was raised at the last meeting are still an issue. Hamilton states they will do an educational assessment as well as an FBA within 30 days as well as Social history. Team agreed that a review of all documents including new evaluations will be done within 30 days

68
RH1

District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: H_____  Student FN: A_____

Student ID: 9 0 7 7 3 1 7   Social Security No: _____   DOB: _____ 9 5

School Code: 5 6 7 □   School Name: H A M I L A D D C R H H   Primary Disability: E D □

Provider LN: W I L L I A M S □ □ □   Provider FN: P A U L □ □ □   Provider Code: 7 5 □

Servicing School Code: 5 6 7 □   School District: W D C   Provider ID: ■■■■■■■■

EP Service – Actual Start Date: 0 6 1 6 0 4   EP Service Code: 0 1 2   Presenting Problem: 3 0 3 . 9 □
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 0 6 0 5 | 9 0 8 5 7 - A J | B | 0 3 | 0 6 0 | 1 2 | 1 0 | |

Progress Notes (Continued): Student Unavailable for Group Counseling / School Activity

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 0 7 0 5 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued): Indl. Counseling focused on Processing a fight that R_____ got into obj #1 = 50%

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 6 7 0 5 | 9 0 8 5 7 - A J | A | 0 1 | 0 3 0 | 1 0 | 1 0 | |

Progress Notes (Continued): Group Counseling focused on Correct Behavior. K_____ was in Therapeutic Lunch

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 1 3 0 5 | 9 0 8 5 7 - A J | B | 3 | 0 6 0 | 0 4 | 1 0 | |

Progress Notes (Continued): Student Unavailable for Scheduled Group Counseling / School Activity

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_   Credentials _LGSWLH_   Date Signed: 5.23.05

Supervisor's Signature: _____   Credentials _____   Date Signed: ___/___/___

September 2003

69
RH1



District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: H‗‗‗‗‗ | | | | | | | | | | Student FN: R‗‗‗ | | | |

Student ID: 9 0 7 7 3 1 7    Social Security No: ‗‗‗‗‗‗‗‗‗    DOB: ‗‗‗‗ 9 5

School Code: 5 6 7    School Name: H A M I L T O N C E N T    Primary Disability: E D

Provider LN: W I L L I A M S | | |    Provider FN: P A U L | | |    Provider Code: 7 5 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ‗‗‗‗‗‗‗‗

IEP Service – Actual Start Date/ 0 6 1 6 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 8
Assessment Order Date:

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 4 2 0 0 5 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 | 0 6 | 1 0 | |

Progress Notes (Continued)

Group Counseling focused on
Affirmations R‗‗‗‗, needed Verbal
reminders to stay on task

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 2 1 0 5 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

Ind. Counseling focused on Self Esteem
obj #1 - 60%, obj #2 - 80%

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 2 7 0 5 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 | 0 8 | 1 0 | |

Progress Notes (Continued)

Group Counseling focused on Respect.
R‗‗‗‗ needed a lot of verbal redirection to
stay on task

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 4 2 8 0 5 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

Ind. Counseling focused on Self Control
obj #1 - 60%, obj #2 = 60%

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials: LGSW LICSW    Date Signed: 5.23.05

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

70

District of Columbia Public Schools
COUNTER TRACKER FORM
School Year 2003-2004

Student LN: `H` [redacted]   Student FN: `A` [redacted]

Student ID: `9` `6` `7` `3` `1` `7`   Social Security No: [redacted]   DOB: [redacted] `7` `5`

School Code: `5` `6` `7`   School Name: `Hamilton Cent`   Primary Disability: `E` `D`

Provider LN: `W` `I` `L` `L` `I` `A` `M` `S`   Provider FN: `A` `U` `L`   Provider Code: `7` `5` `0`

Servicing School Code: `5` `6` `7`   School District: `W` `D` `C`   Provider ID: [redacted]

IEP Service – Actual Start Date: `0` `6` `1` `6` `0` `4`   IEP Service Code: `0` `1` `2`   Presenting Problem: `3` `1` `3` . `8` `1`
Assessment Order Date:

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `3` `0` `2` `0` `5` | `9` `0` `8` `5` `7` - `A` `J` `A` | | `0` `1` | `0` `6` `0` | `0` `8` | `1` `0` | |

Progress Notes (Continued): Group Counseling focused on Classroom Behavior. [redacted] was disruptive during the session and was given to therapeutic [...]

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `3` `0` `3` `0` `5` | `9` `0` `8` `0` `4` - `A` `J` `B` | | `0` `2` | `0` `3` `0` `0` | `1` | `1` `0` | |

Progress Notes (Continued): Student Absent for Scheduled Ind. Counseling

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `3` `0` `9` `0` `5` | `9` `0` `8` `5` `7` - `A` `J` `A` | | `0` `1` | `0` `6` `0` `0` | `7` | `1` `0` | |

Progress Notes (Continued): Group Counseling focused on Self Control

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `3` `1` `0` `0` `5` | `9` `0` `8` `0` `4` - `A` `J` `A` | | `0` `1` | `0` `3` `0` `0` | `1` | `1` `0` | |

Progress Notes (Continued): Ind. Counseling focused on "You Can't Always Get What You Want". obj #1 = 60%

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_   Credentials _LCSW_   Date Signed: _5/2/05_

Supervisor's Signature: _____   Credentials _____   Date Signed: ___/___/___

September 2003

71

District of Columbia Public Schools
## COUNTER TRACKER FORM
### School Year 2003-2004

Student LN: H██████████

Student FN: A█████

Student ID: `9` `0` `7` `7` `3` `1` `7`   Social Security No: ████████   DOB: ██████ `9` `5`

School Code: `5` `6` `7`   School Name: `H` `a` `m` `i` `l` `t` `o` `n` `C` `e` `n` `t`   Primary Disability: `E` `D`

Provider LN: `W` `I` `L` `L` `I` `a` `m` `S`   Provider FN: `P` `a` `u` `l`   Provider Code: `7` `5` `0`

Servicing School Code: `5` `6` `7`   School District: `W` `D` `C`   Provider ID: ████████

IEP Service – Actual Start Date: `0` `6` `/` `1` `6` `0` `4`   IEP Service Code: `8` `1` `2`   Presenting Problem: `3` `1` `3` . `8`
Assessment Order Date:

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `3` `1` `4` `0` `5` | `9` `0` `8` `5` `7` - `A` | `A` | `0` `1` | `0` `3` `0` | `0` `7` | `1` `0` | |

Progress Notes (Continued)  Group Counseling focused on "Think Before you Act". R█████ Was in Therapeutic Mem

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: Paul Williams   Credentials: LICSW, LPC   Date Signed: 5/21/05

Supervisor's Signature: _____   Credentials _____   Date Signed: ___/___/___

September 2003

72

District of Columbia Public Schools
# COUNTER TRACKER FORM
### School Year 2003-2004

Student LN: H█████████  Student FN: R████████

Student ID: 9 0 7 7 3 1 7   Social Security No: ████████████  DOB: █████ 5

School Code: 5 6 7   School Name: H a m i l t o n C n t r   Primary Disability: E D

Provider LN: W i l l i a m s   Provider FN: A █ █   Provider Code: 7 5 0

Servicing School Code: 5 6 7   School District: W D C   Provider ID: ████████████

IEP Service – Actual Start Date: 0 6 1 6 0 4   IEP Service Code: 0 1 2   Presenting Problem: 3 1 3 . 9

Assessment Order Date:

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 1 6 0 5 | 9 0 8 0 4 - A | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

Ind. Counseling focused on,
correct behavior. R████ bites in
therapeutic lunch. today.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 1 6 0 5 | 9 0 8 5 7 - A | A | 0 1 | 0 6 0 | 0 7 | 1 0 | |

Progress Notes (Continued)

Group Counseling focused on
the Pros and Cons of going to jail. R███ was
disruptive during this session.

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 1 7 0 5 | 9 0 8 0 4 - A | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)

Ind. Counseling focused on
Group Counseling focused on Group rules and
respect. 0 3 1 - 1 6 0 5 0 0 1 - 2   5 0 0

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 2 3 0 5 | 9 0 8 5 7 - A | A | 0 1 | 0 6 0 | 0 6 | 1 0 | |

Progress Notes (Continued)

Group Counseling focused on
Self-Control

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: Paul Williams   Credentials L C S W   Date Signed: 5 2 1 05

Supervisor's Signature: _____   Credentials _____   Date Signed: ___/___/___

September 2003

73

**District of Columbia Public Schools**
**COUNTER TRACKER FORM**
School Year 2003-2004

Student LN: H▓▓▓▓▓▓          Student FN: A▓▓▓▓▓

Student ID: 9 0 7 7 3 1 7    Social Security No: ▓▓▓▓▓▓▓▓▓    DOB: ▓▓▓ 7 95

School Code: 5 6 7    School Name: H a m i l t o n  C n t r    Primary Disability: E D

Provider LN: W I L L I A M S    Provider FN: P A U L    Provider Code: 7 5 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ▓▓▓▓▓▓▓▓

IEP Service – Actual Start Date/ 0 6 1 6 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 8
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 2 4 0 5 | 9 0 8 0 4 - AH | A | 0 1 | 0 3 5 | 0 1 | 0 | |

Progress Notes (Continued)

Ind. counseling focused on
"On Task Behavior"  Obj #1=60%

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 3 0 0 5 | 9 0 8 5 7 - AH | F | 0 1 | 0 6 0 | 0 9 | 0 | |

Progress Notes (Continued)

School Closed (Spring Break)
No Group Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 3 3 1 0 5 | 9 0 8 0 4 - AH | F | 0 1 | 0 3 0 | 0 1 | 0 | |

Progress Notes (Continued)

School Closed (Spring Break)
No Ind. Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Progress Notes (Continued)

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials _LGSW_    Date Signed: _5 21 05_

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

74

**Cat "A"**
**Worked with**

...
...udent
...udent/Parent
...udent/Teacher
...udent/Other Related Service Prov
...udent/Other NOT GROUP
...udent/Other Student-not group

**Cat "B"**
**Student Unavailable**

...fused Services
...sent for scheduled session
...hool Activity
...spension
...rdy
...ting
...ansferred with DCPS
...ansferred outside DCPS
...ansferred-Location unknown
...able to Locate Student

**Cat "C"**
**Consultation**

...rent/Guardian
...her Related Service Provider
...ocial Education Teacher
...neral Education Teacher
...tside Service Provider

**Cat "D"**
**Provider Unavailable**

...sent
...tending Spec. Ed. Meeting
...tending Other Meeting
...ntral Admin Assignment
...hool Building Assignment

**Cat "E"**
**Administrative Duties**

...port Writing
...riting Quarterly Progress Notes
...nducting Classroom Observ.
...viewing Records
...ssion Planning
...eparing for Manifest Hearing
...eparing for Due Process Hearing
...tending Prof. Development
...AT Consultation
...4 Planning
...4 Implementation/Intervention
...tending Due Process Hearing
...tending a MDT/IEP Meeting
...as a Student
...tending a Manifestation
...etermination Meeting

**Cat "F"**
**School Closed**

...cheduled Holiday or Admin Close
...nscheduled Incl. (Emerg.) Closing

| | |
|---|---|
| 317 | Min...ental Retardation |
| 318.0 | Mod. Mental Retardation |
| 318.1 | Severe Mental Retardation |
| 318.2 | Profound Mental Retardation |
| 758.0 | Downs Syndrome |

**Speech or Language Impairment**
| | |
|---|---|
| 784.5 | Developmental Speech/Lang disorder |
| 749.00 | Cleft Palate-Unspecified |

**Specific Learning Disability**
| | |
|---|---|
| 314.9 | Hyperkinetic Syndrome in Children |
| 313.83 | Academic Under Achiever Disorder |
| 314.00 | Attention Deficit Disorder |
| V40.0 | Problems with Learning |
| V40.9 | Mental & Behavioral Problems |

**Social Problems**
| | |
|---|---|
| 309.9 | Adjustment Reaction |
| 312.9 | Disturbance of Conduct |
| 313.9 | Disturbance of Emotions |
| V61.0 | Family Disturbance |
| V61.20 | Parent-Child Problem |
| 995.52 | Neglect |

**Orthopedic Impairment**
| | |
|---|---|
| 343.9 | Infantile Cerebral Palsy |
| 344.9 | Other Paralytic Syndromes |
| 359.1 | Muscular Dyst & Other Myopathies |
| 741.0 | Spina Bifida-with Hydrocephalus |
| 741.9 | Spina Bifida-without Hydrocephalus |
| 756.51 | Osteogenesis |
| 754.89 | Arthogryposis |

**Multi-Handicapped**
| | |
|---|---|
| 315.5 | Mixed-Development Disorder |

**Other Health Impairment**
| | |
|---|---|
| 345.00 | Epilepsy |
| 783.40 | Lack of Expected Physiological Devel |
| 759.7 | Mult. Congenital Anomalies |
| 758.9 | Chromosomal Anomalies |
| 984.9 | Lead Poisoning/Plumbism |
| 765.1 | Prematurity |
| 854.0 | Intracranial Injury/Closed Head Injury |
| 299.0 | Infantile Autism |

**Hard of Hearing**
| | |
|---|---|
| 389.9 | Hearing Loss |
| V41.2 | Problems with Hearing |

**Visual Impairment**
| | |
|---|---|
| 368.60 | Blindness and Low Vision |
| V41.0 | Problems with Sight |

**Codes**

**DD** Developmental Delay (ages 3-7)

**MR** Mental Retardation

**HI** Hearing Impairment (including Deaf)

**VI** Vision Impaired (including Blind)

**ED** Emotional Disturbance

**OI** Orthopedic Impairment

**OHI** Other Health Impairment

**LD** Learning Disability

**MD** Multiple disabilities (other than deaf blind)

**SLI** Speech/Lang. impairments

**DB** Deaf-Blindness

**TBI** Traumatic Brain Injury

**AUT** Autism

**CC** Cross Categorical (ages 3-5)

**504** 504

**REG** Regular Education

**ANE** Assessed Not Eligible

**Teacher**
| | |
|---|---|
| | Adapted P.E. |
| 602 | Art Therapist |
| 630 | Music Therapist |
| 700 | Audiologist |
| 705 | Clinical Psychologist |
| 715 | Occupational Therapist |
| 730 | Phys Therapist |
| 745 | Psychologist |
| 750 | Social Worker |
| 755 | Speech Lang. Pathologist |

**Procedure Specialist Instruction**
| | |
|---|---|
| 002 | Physical Therapy |
| 003 | Audiology |
| 004 | Family Therapy |
| 005 | Medical Services |
| 006 | Occupational Therapy |
| 007 | Orientation/Mobility |
| 008 | Adapt. Physical Ed. |
| 009 | Psychological Services |
| 010 | School Counseling |
| 011 | School Health Services |
| 012 | Social Work Services |
| 013 | Speech Lang. Services |
| 014 | Transition Services |
| 016 | Other (Art/Music Therapy) |
| 017 | Assessment Only |

**Procedure Codes by Service Providers**

**Audiologist**
| | |
|---|---|
| 90804-U3 | Audiology Treatment/Service (Ind.) |
| 90857-U3 | Audiology Treatment/Service (group) |
| 90846-U3 | Fam Counseling/Training w/o Student Present |
| 90847-U3 | Fam Counseling/Training with Student Present |
| 92590-87 | Hearing Aid Exam and Selection-Monaural |
| 92591-87 | Hearing Aid Exam and Selection-Binaural |
| 92594-87 | Electroacoustic Eval for Hearing Aid-Monaural |
| 92595-87 | Electroacoustic Eval for Hearing Aid-Binaural |
| V5008-S7 | Hearing Screening |
| V5010-S7 | Assessment for Hearing Aid |
| 99211-S7 | Reevaluation/IEP Meeting |
| H2000-S7 | Eligibility/IEP Meeting |

**Speech and Lang**
| | |
|---|---|
| 92506-U3 | Comprehensive Diagnostic Assessment |
| 92507-U3 | Speech/Language therapy Session (Ind.) |
| 90857-U3 | Speech/Language therapy Session (Group) |
| V5008-U3 | Hearing Screen |
| 99211-U3 | Reevaluation/IEP Meeting |
| H2000-U3 | Eligibility/IEP Meeting |

**Social Work**
| | |
|---|---|
| 96100-U3 | Written Evaluation Report |
| 90804-AJ | Individual Counseling 1-44 mins |
| 90806-AJ | Individual Counseling 45-74 mins |
| 90808-AJ | Individual Counseling 75-80 mins |
| 99211-AJ | Reevaluation/IEP Meeting |
| H2000-AJ | Eligibility/IEP Meeting |
| 90857-AJ | Group Therapy |

**Occupational Therapy**
| | |
|---|---|
| 97003-U1 | Written Evaluation Report |
| 97110-U1 | Occupational Therapy Service/Treatment (Ind.) |
| 90857-U1 | Occupational Therapy Serv/Treatment (Group) |
| 99211-U1 | Reevaluation/IEP Meeting |
| H2000-U1 | Eligibility/IEP Meeting |

**Physical Therapy**
| | |
|---|---|
| 97001-U2 | Written Evaluation Report |
| 97110-U2 | Physical Therapy Service/Treatment (Ind.) |
| 90857-U2 | Physical Therapy Service/Treatment (Group) |
| 99211-U2 | Reevaluation/IEP Meeting |
| H2000-U2 | Eligibility/IEP Meeting |

**Psychologist**
| | |
|---|---|
| 90804-AH | Individual Counseling 1-44 mins |
| 90806-AH | Individual Counseling 45-74 mins |
| 90808-AH | Individual Counseling 75-80 mins |
| 90857-AH | Group Counseling |
| 96100-AH | Written Evaluation Report |
| 99211-AH | Reevaluation/IEP Meeting |
| H2000-AH | Eligibility/IEP Meeting |

**Adapted PE**
| | |
|---|---|
| 72000-PE | Adapted PE Services (Ind.) |
| 72003-PE | Adapted PE Services (Group) |
| 60034-PE | Written Evaluation Report |
| 99211-PE | Reevaluation/IEP Meeting |
| H2000-PE | Eligibility/IEP Meeting |

**Art and Music Therapist**
| | |
|---|---|
| 75016-I7 | Student Progress Assessment (Ind.) |
| 75017-I7 | Student Progress Assessment (Group) |
| G0176-I7 | Therapeutic Integration Service |
| G0176-HA | Group and Individual Counseling |

**Response To Treatment**

**10 Continue:** **Intervention:** Continuing current course of treatment as related to IEP goals. **Assessment:** Continue current course of assessment process as Related to the SEP

**20 Modify:** **Intervention:** Modify current course of treatment as related to IEP or change the goal being worked on. **Assessment:** Modify current course of assessment process as related to the SEP (change the assessment tool being used)

**30 Discontinue:** **Intervention:** Discontinue current course of treatment (discontinue specific goal, IEP or service). **Assessment:** Assessment process concluded via an eligibility determination meeting

**General Procedure Codes For All Providers**

...ssments
1-HA Case Management
2-HA Comprehensive Screening
3-HA Direct Contact w/Others
4-HA Direct Contact w/Parent
5-HA Contact w/ Parent/Student Representative
7-HA Contact with School Staff
8-HA Draft IEP Goal/Objective Preparation
9-HA Eligibility Meeting-Not Eligible
0-HA Observation
1-HA Reevaluation Meeting-Not Eligible
2-HA Reevaluation Prep Meeting (Develop SEP)
3-HA Referral Meeting (Develop SEP)
4-HA Review of Outside/Independent Evaluations
5-HA Review Reports
6-HA Test Administered
7-HA Test Scoring

**Interventions**
30000-NA Annual IEP Review Meeting
30001-NA Case Management
30002-NA Contact with Others
30003-NA Contact with Parent
30004-NA Contact with Parent/Student Representative
30005-NA Contact with School Staff
30006-NA Crisis Intervention
30007-NA Draft IEP Goal/Objective Preparation
30009-NA Review of Outside/Independent Evaluation
30010-NA Review Reports
30011-NA Written Quarterly/Annual Progress Report
30012-NA Psychological Consultation



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
School Year 2003-2004

Student LN: [redacted]    Student FN: [redacted]

Student ID: 9 0 7 7 3 7    Social Security No: [redacted]    DOB: [redacted] 9 5

School Code: 5 6 7    School Name: H a m i l t o n C e n t    Primary Disability: A D

Provider LN: W i l l i a m s    Provider FN: P a u l    Provider Code: 7 5 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: [redacted]

IEP Service – Actual Start Date: 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 9

Assessment Order Date:

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 1 6 0 5 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 | 0 7 | 1 0 | |

Progress Notes (Continued): Group counseling focused on Affermations and Goal Trigger [redacted] needed verbal reminders to stay on task

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 1 7 0 5 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued): Ind. Counseling focused on "Think And Plan" ahead. A contract was also made to help improve classroom behaviors. (Goal #1-Goal

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 2 3 0 5 | 9 0 8 5 7 - A J | D | 0 1 | 0 6 0 | 0 8 | 1 0 | |

Progress Notes (Continued): Provider Absent for scheduled Group Counseling

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 2 4 0 5 | 9 0 8 0 4 - A J | D | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued): Provider Absent for scheduled Ind. Counseling

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials _LGSW, LIC_    Date Signed: _4/1/05_

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

76



**District of Columbia Public Schools**
**COUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: H_____    Student FN: R_____

Student ID: 9 0 7 7 3 1 7    Social Security No: _____    DOB: __ __ 95

School Code: 5 6 7    School Name: H a m i l t o n   c e n t    Primary Disability: E D

Provider LN: W i l l i a m s    Provider FN: P a u l    Provider Code: 7 5 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: _____

IEP Service – Actual Start Date: 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 5 2 0 2 0 5 | 9 0 8 5 7 - A J | B | 0 1 | 0 6 0 0 | 0 5 | 1 0 | |

Progress Notes (Continued): Student Unavailable for scheduled Group Counseling /Group Activity

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 7 0 3 0 5 | 9 0 8 0 4 - A J | D | 0 1 | 0 3 0 0 | 0 | C | |

Progress Notes (Continued): Provider Absent for scheduled Ind Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 0 9 0 5 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 0 | 7 | 0 | |

Progress Notes (Continued): Group counseling focused on following Directions. R_____ was attentive

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 1 0 0 5 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 0 | 1 | 0 | |

Progress Notes (Continued): Ind. Counseling focused on Bad habits Goal#1/obj#2-50%

UIRED:

___ning this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

der Signature: Paul Williams    Credentials LG34 X    Date Signed: 2 / 10 05

___visor's Signature: _____    Credentials _____    Date Signed: __/__/__
September 2003

77



### District of Columbia Public Schools
### COUNTER TRACKER FORM
#### School Year 2003-2004

Student LN: H [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Student FN: R [ ][ ][ ][ ][ ][ ][ ]

Student ID: 9 0 7 7 3 1 7   Social Security No: [ ][ ][ ][ ][ ][ ][ ][ ][ ]   DOB: [ ][ ][ ][ ] 9 5

School Code: 5 6 7 [ ]   School Name: H a m i l t o n  C e n t [ ]   Primary Disability: E D [ ]

Provider LN: W i l l i a m s [ ][ ][ ]   Provider FN: P a u l [ ][ ][ ]   Provider Code: 7 5 0

Servicing School Code: 5 6 7 [ ]   School District: W D C   Provider ID: [ ][ ][ ][ ][ ][ ][ ][ ]

IEP Service – Actual Start Date/   0 6 1 8 0 4   IEP Service Code: 0 1 2   Presenting Problem: 3 1 3 . 7 [ ]
Assessment Order Date:

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 1 0 5 0 5 | 9 0 8 0 4 - A | J | A 0 1 | 0 4 0 0 | V 1 | 0 | |

Progress Notes (Continued)  *Ind. Counseling focused on Emotions*
*R——— was in Therapeutic Lunch Today*

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 1 0 5 0 5 | 9 0 8 5 7 - A | J | A 0 1 | 0 6 0 | 0 7 | V 0 | |

Progress Notes (Continued)  *Group Counseling focused on "Teamwork"*
*R——— needed verbal reminders to stay on task*

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 6 0 5 | 9 0 8 0 4 - A | J | B 0 3 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)  *Student unavailable for scheduled*
*Ind. Counseling (School Activity / Bowling Trip)*

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 3 0 5 | 9 0 8 0 4 - A | J | A 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)  *Ind. Counseling focused on*
*Self control. obj #2 = 50%*

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: *Paul Williams*   Credentials LGSW/LIC   Date Signed: _____

Supervisor's Signature: _____   Credentials _____   Date Signed: _____

September 2003

78



**District of Columbia Public Schools**
**COUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: | H | | | | | | | | | | |    Student FN: | R | | | | | | | |

Student ID: | 9 | 0 | 7 | 3 | 1 | 7 |    Social Security No: | | | | | | | | |    DOB: | | | | 9 | 5 |

School Code: | 5 | 6 | 7 |    School Name: | H | a | m | i | l | t | o | n | | C | e | n | t |    Primary Disability: | E | D |

Provider LN: | W | i | l | l | i | a | m | s | | | |    Provider FN: | P | a | u | L |    Provider Code: | 7 | 5 | 0 |

Servicing School Code: | 5 | 6 | 7 |    School District: | W | D | C |    Provider ID: | | | | | | | | |

IEP Service – Actual Start Date: | 0 | 6 | 1 | 8 | 0 | 4 |    IEP Service Code: | 0 | 1 | 2 |    Presenting Problem: | 3 | 1 | 3 | . | 7 | |
Assessment Order Date:

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 1 1 2 0 5 | 9 0 8 5 7 - A J A | 0 1 | 0 4 5 | 0 8 | 1 0 | |

Progress Notes (Continued) *Group Counseling focused on Anger Management, ____ need verbal reminders to stay on task*

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Progress Notes (Continued)

| Date of Service (mm/dd/yy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:
By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials _LCSW_    Date Signed: _2  8-05_

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

79

District of Columbia Public Schools
ENCOUNTER TRACKER FORM
School Year 2003-2004

Student LN: H▮▮▮▮▮▮▮▮▮▮ Student FN: R▮▮▮▮▮▮▮

Student ID: 9 0 7 7 3 1 7  Social Security No: ▮▮▮▮▮▮▮▮▮ DOB: ▮▮▮▮ 9 5

School Code: 5 6 7  School Name: H a m i l t o n  C e n t  Primary Disability: E D

Provider LN: W i l l i a m s  Provider FN: P a u l  Provider Code: 7 5 0

Servicing School Code: 5 6 7  School District: W D C  Provider ID: ▮▮▮▮▮▮▮▮

IEP Service – Actual Start Date: 0 6 1 8 0 4  IEP Service Code: 0 1 2  Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 1 0 4 | 9 0 8 5 7 - A J A | 0 1 | 0 4 5 | 0 7 | 1 0 | |

Progress Notes (Continued): Group counseling focused on "choices"
▮▮▮▮▮ needed verbal reminders to stay on task

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 7 0 4 | 9 0 8 0 4 - A J B | 0 3 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued): Student unavailable for scheduled
Ind. Counseling / School Activity

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 8 0 4 | 9 0 8 5 7 - A J D | 0 1 | 0 6 0 | 0 8 | 1 0 | |

Progress Notes (Continued): Provider Absent for Scheduled Group
Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 9 0 4 | 9 0 8 0 4 - A J B | 0 3 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued): Student unavailable for Scheduled
Ind. Counseling / School Activity

REQUIRED:
signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: Paul Williams  Credentials LGSW  LC  Date Signed: 2. 6. 05

Supervisor's Signature: _____  Credentials _____  Date Signed: __/__/__

September 2003

80



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: H▇▇▇▇▇▇▇     Student FN: R▇▇▇▇▇▇

Student ID: 9 0 7 7 3 1 7    Social Security No: ▇▇▇▇▇▇    DOB: ▇▇▇ 9 5

School Code: 5 6 7 ▢    School Name: H a m i l t o n  C e n t    Primary Disability: E D

Provider LN: W i l l i a m s    Provider FN: P a u l    Provider Code: 7 5 0

Servicing School Code: 5 6 7 ▢    School District: W D C    Provider ID: ▇▇▇▇▇▇▇▇

IEP Service – Actual Start Date / Assessment Order Date: 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 7 ▢

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 1 5 0 4 | 9 0 8 0 4 - A | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued) *Ind. Counseling focused on "on task behavior, ▇▇▇ leds in therapeutic lunch*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 1 5 0 4 | 9 0 8 5 7 - A | A | 0 1 | 0 6 0 | 0 5 | 1 0 | |

Progress Notes (Continued) *Group counseling focused on Self-tal ▇▇▇ was Disruptive during session and eventually had to be sent to the In-School Suspension Room*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: *Paul Williams*    Credentials LGSW, LIC    Date Signed: 2.16.05

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

81



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
School Year 2003-2004

Student LN: H [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Student FN: R [ ][ ][ ][ ][ ][ ]

Student ID: 9 0 7 7 3 1 7   Social Security No: [ ][ ][ ][ ][ ][ ][ ][ ]   DOB: [ ][ ][ ] 9 5

School Code: 5 6 7   School Name: H a m i l t o n   C e n t   Primary Disability: E D

Provider LN: W i l l i a m s   Provider FN: P a u l   Provider Code: 7 5 0

Servicing School Code: 5 6 7   School District: W D C   Provider ID: [ ][ ][ ][ ][ ][ ][ ][ ]

IEP Service – Actual Start Date: 0 6 1 8 0 4   IEP Service Code: 0 1 2   Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 1 6 0 4 | 9 0 8 0 4 - A J B | 0 2 | 0 3 0 | 0 1 | 0 | |
| **Progress Notes (Continued)** Student Absent for Scheduled Ind. Counseling | | | | | | | |
| 1 2 1 7 0 4 | 9 0 8 5 7 - A J B | 0 3 | 0 6 0 | 0 8 | 0 | |
| **Progress Notes (Continued)** Student Unavailable for Scheduled Group Counseling / School Activity | | | | | | | |
| 1 2 2 3 0 4 | 9 0 8 0 4 - A J F | 0 1 | 0 3 0 | 0 1 | 0 | |
| **Progress Notes (Continued)** School Closed / Christmas Vacation / No Ind. Counseling | | | | | | | |
| 1 2 2 4 0 4 | 9 0 8 5 7 - A J F | 0 1 | 0 6 0 | 0 8 | 0 | |
| **Progress Notes (Continued)** School Closed / Christmas Vacation No Group counseling | | | | | | | |

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_   Credentials: LGSW, CPC   Date Signed: 2.6.05

Supervisor's Signature: _____   Credentials: _____   Date Signed: ___/___/___



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003-2004

Student LN: H███████          Student FN: R███████

Student ID: 9 0 7 7 3 1 7   Social Security No: ████████   DOB: ██████ 9 5

School Code: 5 6 7   School Name: H a m i l t o n   C e n t   Primary Disability: E D

Provider LN: W i l l i a m s   Provider FN: P a u l   Provider Code: 7 3 0

Servicing School Code: 5 6 7   School District: W D C   Provider ID: ████████

IEP Service – Actual Start Date/ 0 6 1 8 0 4   IEP Service Code: 0 1 2   Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 3 0 0 4 | 9 0 8 0 4 - AJ | F 0 1 | 0 3 9 0 | 1 | 1 0 | |

Progress Notes (Continued)

*School Closed / Christmas Vacation*
*No Ind. Counseling*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul W Williams_   Credentials _LGSW, LPC_   Date Signed: _2.6.05_

Supervisor's Signature: _____   Credentials _____   Date Signed: __/__/__

September 2003

83



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003-2004

Student LN: `H` [redacted]   Student FN: `R` [redacted]

Student ID: `9` `0` `7` `7` `3` `1` `7`   Social Security No: [redacted]   DOB: [redacted] `9` `5`

School Code: `5` `6` `7`   School Name: `H` `a` `m` `i` `l` `t` `o` `n` `C` `e` `n` `t`   Primary Disability: `E` `D`

Provider LN: `W` `i` `l` `l` `i` `a` `m` `s`   Provider FN: `P` `a` `u` `l`   Provider Code: `7` `5` `0`

Servicing School Code: `5` `6` `7`   School District: `W` `D` `C`   Provider ID: [redacted]

IEP Service – Actual Start Date/ `0` `6` `1` `8` `0` `4`   IEP Service Code: `0` `1` `2`   Presenting Problem: `3` `1` `3` . `9`
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 9 0 5 | 9 0 8 5 7 - A J | D | O | 3 0 6 0 | 0 8 | 1 0 | |

Progress Notes (Continued)  Provider unavailable for scheduled Group counseling / Attending out of building Meetings

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 0 5 | 9 0 8 0 4 - A J | F | O | 1 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued)  School Closed / Inauguration Day / No Ind Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 5 | 9 0 8 0 4 - A J | A | O | 1 0 3 0 0 | 0 1 | 1 0 | |

Progress Notes (Continued)  Ind. Counseling focused on [redacted] inappropriate behavior in the classroom yesterda Goal#1/obj#1-5θ

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 6 0 5 | 9 0 8 5 7 - A J | A | O | 1 0 6 0 | 0 6 | 1 0 | |

Progress Notes (Continued)  Group counseling focused on Anger Management. R[redacted] needed verbal redirection to stay on task

QUIRED:
signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_   Credentials _LGSW UPC_  Date Signed: _1 31 05_

Supervisor's Signature: _____   Credentials _____   Date Signed: __/__/__

September 2003

84

District of Columbia Public Schools
ENCOUNTER TRACKER FORM
School Year 2003-2004

Student LN: H_____    Student FN: R_____

Student ID: 9 0 7 7 3 1 7    Social Security No: _____    DOB: ___95

School Code: 5 6 7    School Name: H a m i l t o n  C e n t    Primary Disability: E D

Provider LN: W i l l i a m s    Provider FN: P a u L    Provider Code: 7 5 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ████████

IEP Service – Actual Start Date: 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 8
Assessment Order Date:

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 0 3 0 4 | 9 0 8 5 7 - A | A 0 | 1 | 0 6 0 | 0 3 | 0 | |

Progress Notes (Continued)  Group Counseling focused on Kindness.
R___ needed Verbal reminders to stay on task.

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 1 0 0 4 | 9 0 8 5 7 - A | A 0 | 1 | 0 6 0 | 0 6 | 0 | |

Progress Notes (Continued)  Group Counseling focused on Drugs
R_____ needed Verbal reminders to stay on task

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 1 1 0 4 | 9 0 8 0 4 - A | J F 0 | 1 | 0 3 0 | 0 1 | 0 | |

Progress Notes (Continued)  School Closed / Veterans Day / No Ind.
Counseling

| Date of Service (mm/dd/yr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:
signing this form, I verify that all the information contained on this document is true and accurate.  Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials _LGSW/LPC_    Date Signed: 1 2 9 0 4

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

85



District of Columbia Public Schools
# ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: H‑‑‑‑‑‑    Student FN: R‑‑‑‑‑‑

Student ID: 9 0 7 7 3 1 7    Social Security No: ‑‑‑‑‑‑‑‑    DOB: ‑‑‑‑‑‑ 9 5

School Code: 5 6 7    School Name: H a m i l t o n  C e n t    Primary Disability: E D

Provider LN: W i l l i a m s    Provider FN: P a u l    Provider Code: 7 3 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ‑‑‑‑‑‑‑‑

IEP Service – Actual Start Date/ 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 1 7 0 4 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 | 0 4 | 1 0 | |

Progress Notes (Continued) Group Counseling focused on Thankfulness
‑‑‑‑‑‑ needed Verbal redirection to Stay on task

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 1 8 0 4 | 9 0 8 0 4 - A J | B | 0 2 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued) Student Absent for Scheduled Ind.
Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 2 4 0 4 | 9 0 8 5 7 - A J | B | 0 2 | 0 2 6 | 0 4 | 1 0 | |

Progress Notes (Continued) Student Absent for Scheduled Group
Counseling

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 2 5 0 4 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 | 0 1 | 0 | |

Progress Notes (Continued) School Closed (Thanksgiving) No Ind.
Counseling

QUIRED:
signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

vider Signature: Paul Williams    Credentials LGSW, QC    Date Signed: 12 29 04

ervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

September 2003

86



District of Columbia Public Schools
ENCOUNTER TRACKER FORM
School Year 2003-2004

Student LN: H███████    Student FN: R██████

Student ID: 9 6 7 7 3 7   Social Security No: ████████   DOB: ██████ 9 5

School Code: 5 6 7   School Name: H a m i l t o n C e n t   Primary Disability: E D

Provider LN: W i l l i a m s   Provider FN: P a u l   Provider Code: 7 3 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ██████████

IEP Service – Actual Start Date: 0 6 1 8 0 4   IEP Service Code: 2 1 2   Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 0 0 4 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 | 0 6 | 1 0 | |

Progress Notes (Continued) Group Counseling focused on "Winners don't Use". R██████ was able to stay on task with verbal redirection

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 1 0 4 | 9 0 8 0 6 - A J | A | 0 1 | 0 4 5 | 0 1 | 1 0 | |

Progress Notes (Continued) Ind. Counseling focused on Self-Esteem. R██████ was attentive Obj#1 - 50%

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 5 0 4 | 9 0 8 0 4 - A J | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued) Ind. Counseling focused on Anger Management. R██████ was attentive Obj#2 = 50%

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials _LCSW, LPC_   Date Signed: _12.27.04_

Supervisor's Signature: _____    Credentials _____   Date Signed: _____

September 2003

87



**trict of Columbia Public Schools**
**COUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: H☐☐☐☐☐☐☐☐☐☐☐    Student FN: R☐☐☐☐☐☐☐

Student ID: 9 0 7 7 3 1 7    Social Security No: ☐☐☐☐☐☐☐☐☐    DOB: ☐☐☐ 9 5

School Code: 5 6 7    School Name: H a m i l t o n   C e n t    Primary Disability: E D

Provider LN: W i l l i a m s    Provider FN: P a u l    Provider Code: 7 3 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ☐☐☐☐☐☐☐☐

IEP Service – Actual Start Date/ 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 7 ☐
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 1 4 0 4 | 9 0 8 0 4 -A J | A | 0 1 | 0 3 0 | 0 1 | 0 | |

Progress Notes (Continued)    Ind. counseling focused on "Emotions".
R☐☐☐☐ was attentive. obj #2 = 50%

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**QUIRED:**

signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

vider Signature: _Paul Williams_    Credentials _LGSW, CPC_    Date Signed: _12 27 04_

ervisor's Signature: _____    Credentials _____    Date Signed: _____
September 2003

88



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

| Student LN: | H□□□□□□□□□□□ | Student FN: | R□□□□□□□□□ |
| --- | --- | --- | --- |

Student ID: 9 0 7 7 3 1 7    Social Security No: ██████████    DOB: ████ 9 5

School Code: 5 6 7 □    School Name: H a m i l t o n  C e n t    Primary Disability: E D

Provider LN: W i l l i a m s □□□□    Provider FN: P a u l □□□□    Provider Code: 7 3 0

Servicing School Code: 5 6 7 □    School District: W D C    Provider ID: ████████████

IEP Service – Actual Start Date/ 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 7 □
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 0 0 5 0 4 | 9 0 8 5 7 - A J A | 0 1 | 0 3 0 | 1 2 | 1 0 | |

Progress Notes (Continued) Group Counseling focused on Staying on Task and Obeying Authority, R___ was in therapeutic

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 0 0 6 0 4 | 9 0 8 5 7 - A J A | 0 1 | 0 6 0 | 0 5 | 1 0 | |

Progress Notes (Continued) Group Counseling focused on "Being Responsible". R___ needed Verbal redirection to stay on task

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 0 0 7 0 4 | 9 0 8 0 4 - A J A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued) Ind. Counseling focused on "Respect". R___ was attentive Obj # 1 = 50% (Goal #1)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 0 1 3 0 4 | 9 0 8 5 7 - A J A | 0 1 | 0 6 0 | 0 4 | 1 0 | |

Progress Notes (Continued) Group Counseling focused on "Friendship" Two Friendship Activities were done

REQUIRED:

signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_    Credentials _LGSW_ _UC_    Date Signed: _12 23 04_

Supervisor's Signature: _____    Credentials _____    Date Signed: _/_/_

September 2003

89



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
School Year 2003-2004

Student LN: H▮▮▮▮▮▮▮▮    Student FN: R▮▮▮▮▮▮▮

Student ID: 9 0 7 7 3 1 7    Social Security No: ▮▮▮▮▮▮▮▮    DOB: ▮▮▮▮ 95

School Code: 5 6 7    School Name: H a m i l t o n   C e n t    Primary Disability: E D

Provider LN: W i l l i a m s    Provider FN: P a u l    Provider Code: 7 3 0

Servicing School Code: 5 6 7    School District: W D C    Provider ID: ▮▮▮▮▮▮▮▮▮

IEP Service – Actual Start Date/ 0 6 1 8 0 4    IEP Service Code: 0 1 2    Presenting Problem: 3 1 3 . 7
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 9 0 1 0 4 | 9 0 8 5 7 - A J | A | 0 1 | 0 3 0 | 0 4 | 1 0 | |

Progress Notes (Continued): *Group counseling focused on introduction, getting acquainted.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 9 0 7 0 4 | 9 0 8 0 6 - A J | A | 0 1 | 0 4 5 | 0 1 | 1 0 | |

Progress Notes (Continued): *Ind counseling focused on family constellation / introduction, ▮▮▮ needed verbal reminders to stay on task*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 9 1 5 0 4 | 9 0 8 5 7 - A J | A | 0 1 | 0 6 0 | 0 2 | 1 0 | |

Progress Notes (Continued): *Group counseling focused on affirmation and good mental health. ▮▮▮ needed verbal reminders to st on ta*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued):

REQUIRED:

signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: *Paul Williams*    Credentials LGSW, CK    Date Signed: 10.4.04

ervisor's Signature: _____    Credentials _____    Date Signed: _____

September 2003

90

### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003-2004

Student LN: `H` █████████████████     Student FN: `R` ████████████

Student ID: `9` `0` `7` `3` `1` `7`     Social Security No: ███████████     DOB: ████████ `9` `5`

School Code: `5` `6` `7`     School Name: `H` `a` `m` `i` `l` `t` `o` `n` ` ` `C` `e` `n` `t`     Primary Disability: `E` `D`

Provider LN: `W` `i` `l` `l` `i` `a` `m` `s`     Provider FN: `P` `a` `u` `l`     Provider Code: `7` `3` `0`

Servicing School Code: `5` `6` `7`     School District: `W` `D` `C`     Provider ID: ███████████

IEP Service – Actual Start Date/ `0` `6` `1` `8` `0` `4`    IEP Service Code: `0` `1` `2`    Presenting Problem: `3` `1` `3` . `7`
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `0` `9` `1` `6` `0` `4` | `9` `0` `8` `0` `4` -A# | `A` | `0` `1` | `0` `3` `0` | `0` `1` | `0` | |

Progress Notes (Continued)  *Ind. Counseling focused on "Feeling"*
████ *was attentive obj #2 = 50%*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `2` `9` `2` `2` `0` `4` | `9` `0` `8` `5` `7` -A# | `D` | `0` `1` | `0` `6` `0` | `0` `5` | `0` | |

Progress Notes (Continued)  *Provider Absent for Scheduled Group counseling*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `2` `9` `2` `3` `0` `4` | `9` `0` `8` `0` `4` -A# | `A` | `0` `1` | `0` `3` `0` | `0` `1` | `0` | |

Progress Notes (Continued)  *Ind. Counseling focused on Self-control*
████ *had a hard time staying on task. obj #1 = 0%*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| `2` `9` `2` `4` `0` `4` | `9` `0` `8` `5` `7` -A# | `A` | `0` `1` | `0` `3` `5` | `0` `7` | `0` | |

Progress Notes (Continued)  *Group Counseling focused on classroom Behavior (████ was in Therapeutic Lunch)*

REQUIRED:
signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: *Paul Williams*    Credentials `LGSW/CPC`    Date Signed: `10.4.04`

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__



# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: `H........`  Student FN: `R.......`

Student ID: `9 0 7 7 3 1 7`  Social Security No: `.............`  DOB: `.....9 5`

School Code: `5 6 7`  School Name: `H a m i l t o n   c e n t`  Primary Disability: `E D`

Provider LN: `W i l l i a m s`  Provider FN: `P a u l`  Provider Code: `7 3 0`

Servicing School Code: `5 6 7`  School District: `W D C`  Provider ID: `........`

IEP Service – Actual Start Date/ `0 6 1 8 0 4`  IEP Service Code: `0 1 2`  Presenting Problem: `3 1 3 . 9`
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 9 2 9 0 4 | 9 0 8 5 7 - AJA | A | 0 1 | 0 7 0 | 0 6 | 1 0 | |

Progress Notes (Continued): " Group counseling focused on "correct behavior" and "3 wishes". R...... needs verbal reminder to stay on task.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 2 9 3 0 0 4 | 9 0 8 0 4 - AJA | A | 0 1 | 0 3 0 | 0 1 | 1 0 | |

Progress Notes (Continued): Ind. counseling focused on "Self control" and "Who Am I" obj #2 = 50 %

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

REQUIRED:

signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Paul Williams_  Credentials _LCSW/CA_  Date Signed: 10. 4. 04

Supervisor's Signature: _____  Credentials _____  Date Signed: __/__/__



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
School Year 2003-2004

Student LN: H░░░░░░░░░░    Student FN: R░░░░░░░

Student ID: 9 0 7 2 3 1 7    Social Security No:    DOB: ░░░░░ 9 5

School Code: 0 3 3 2    School Name: W a l k e r J o n e s    Primary Disability:

Provider LN: M a n n    Provider FN: J a c q u e l    Provider Code: 7 5 0

Servicing School Code: 0 3 3 2    School District: W D C    Provider ID: ░░░░░░░░░

IEP Service – Actual Start Date/ Assessment Order Date: 1 0 2 1 0 3    IEP Service Code: 0 1 2    Presenting Problem: V 9 0 . 0

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 1 0 3 | 9 0 8 5 7 - A J | A | 0 1 | 0 3 0 | 0 2 | 1 0 | Intro session |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 8 0 3 | 9 0 8 5 7 - A J | B | 0 3 | 0 0 0 | 0 0 | 1 0 | missed session |

Progress Notes (Continued)    school Audit

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _Jacqueline Mann_    Credentials _LCSW_    Date Signed: 11 , 7 , 03

Supervisor's Signature: _____    Credentials _____    Date Signed: _____

September 2003

93



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

R ████████

**Student's Last Name**

H ████████

**Student's First Name**

████████ | 9 5 | 3 1 5 | 9 0 7 7 3 1 7

**Date of Birth (MM/DD/YY)** | **Problem Code** | **Student ID Number**

████████ | W A L K E R J O N E S E S | 3 8 2

**Student Social Security #** | **Current School Name** | **School Code**

M A M M E N | 7 5 5

**Provider's Last Name** | **Provider Code**

A S H A | S P E E C H P A T H O L

**Provider's First Name** | **Provider Title**

*John* Thesault Leero MS CCC-SLP

0 1 1 3 0 3

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Date Signed**

| Goal to be addressed: | To re-evaluate his speech and language skills. |
| Objective to be addressed: | Administration of Speech & language tests. |

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 3 | 0 | 3 | 4 | 0 | 0 | B | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

**Progress Note** (Must be directly related to the identified goal/objective listed above): *Student was absent today.*

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 6 | 0 | 3 | 4 | 0 | 0 | B | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

**Progress Note** (Must be directly related to the identified goal/objective): *Student was absent today.*

Office Use Only: _____    Batch #
_____    Form #

November 7, 2002 – Version 110702
Student Confidential Information

94

| Student Last Name | Student First Name | Provider Name |
|---|---|---|
| R_____ | H_____ | ASHA · M · MAMMEN |

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 0 1 0 7 0 3 | 4 9 8 | A 0 1 | 1 0 | 0 1 | 0 6 0 |

**Progress Note** (Must be directly related to the identified goal/objective): CELF-3 administered; given a 5min break in between testing. To be continued in next session. She was quit...

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 0 1 0 8 0 3 | 4 0 0 | A 0 1 | 2 0 | 0 1 | 0 4 0 |

**Progress Note** (Must be directly related to the identified goal/objective): CELF-3 was continued and has been administered. He____ was very un co-operative in the session. Did not want to continue testing — straty lying. Had it took 15min to get him to comply with the plan...

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 0 1 0 9 0 3 | 4 2 5 | E 0 1 | 2 0 | 0 0 | 0 6 5 |

**Progress Note** (Must be directly related to the identified goal/objective): Completed the report for Henry's re-evaluation testing. Testing finds him to discontinue speech & language services.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 0 1 1 3 0 3 | 3 2 0 | D 0 2 | 3 0 | 0 7 | 0 4 0 |

**Progress Note** (Must be directly related to the identified goal/objective): Meeting was conducted; wherein Henry R____ was found to be ineligible for further speech & language services.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):



# DISTRICT OF COLUMBIA PUBLIC SCHOOL
## ENCOUNTER TRACKER FORM

R ▓▓▓▓▓▓  **Student's Last Name**

H ▓▓▓▓▓▓  **Student's First Name**

PLEASE
RETURN
FORMS
TWICE
MONTHLY

Forms MAY BE
photocopied

Original
signature
required

Submission
for:

DECEMBER '02
Month/Year

1st – 15th

16th – 31st

Date of Birth (MM/DD/YY): ▓▓▓ 9 5    Problem Code: 3 1 5    Student ID Number: 9 0 7 7 3 1 7

Student Social Security #: ▓▓▓▓▓▓

Current School Name: WALKER JONES    School Code: 3 3 2

Provider's Last Name: MAMMEN    Provider Code: 7 5 5

Provider's First Name: ASHA    Provider Title: SPEECHPATHOL

Provider Signature (REQUIRED) By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.
*Asha Mammen / Rhesa and Lewis MS CCC-SLP*

Date Signed: 1 2 2 0 0 2

**Goal to be addressed:** To improve his understanding and use of language.

**Objective to be addressed:**
* Improve reasoning ability
* Retell and state the main idea about stories/pa

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 2 1 7 0 2 | 1 9 3 | B 0 2 | 1 0 | 0 0 | 0 0 0 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** Student was absent as he was not feeling well.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 2 1 8 0 2 | 1 9 3 | A 0 1 | 1 0 | 0 2 | 0 2 0 |

**Progress Note (Must be directly related to the identified goal/objective):** Shown pictures and asked to make inferences — performed well — 70-75% accuracy. He ▓▓▓ did become hyperactive during the session (disturbing the other students) so could not work on 2nd objective

Office Use Only: _____    Batch #
_____    Form #

| Student Last Name | Student First Name | Provider Name |
|---|---|---|

| ate Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

rogress Note (Must be directly related to the identified goal/objective):

| ate Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

rogress Note (Must be directly related to the identified goal/objective):

| ate Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

rogress Note (Must be directly related to the identified goal/objective):

| ate Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

rogress Note (Must be directly related to the identified goal/objective):

| ate Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

rogress Note (Must be directly related to the identified goal/objective):

| ate Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

rogress Note (Must be directly related to the identified goal/objective):



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

Student's Last Name: R _____

Student's First Name: H _____

**PLEASE RETURN FORMS TWICE MONTHLY**

Forms MAY BE Photocopied

Original Signature Required

Submission for:
DECEMBER '02
Month/Year

☒ 1st – 15th
☐ 16th – 31st

Date of Birth (MM/DD/YY): 95 3 15

Problem Code:

Student ID Number: 9 0 7 7 3 1 7

Student Social Security #: _____

Current School Name: WALKER JONES ES ES

School Code: 5 5 2

Provider's Last Name: MAMMEN

Provider Code: 7 6 5

Provider's First Name: ASHA

Provider Title: SPEECHPATHOL

Provider Signature (REQUIRED) By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Atha W Lewis MS CCC-SLP

Date Signed: 1 2 1 3 0 2

| Goal to be addressed: | To improve his understanding & use of language |
| Objective to be addressed: | *Answering questions about short stories. *Retell & state the main idea about a passages. |

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 2 0 3 0 2 | 1 9 3 | A 0 1 | 2 0 | 0 2 | 0 3 0 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** He answered all the questions asked to him from the story read out – 9/10. He was however quite restless when asked to retell the whole story.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 2 0 4 0 2 | 1 9 3 | A 0 1 | 1 0 | 0 1 | 0 3 0 |

**Progress Note (Must be directly related to the identified goal/objective):** Change goal I to:- Improve reasoning skills by analysing riddles, T/F, listening for missing information. Objective 2 remains the same. For reasoning skills improvement = had to choose the correct word to answer the question; scored – 9/15. For retelling the story that was read out – 50% accuracy.

Office Use Only: _____    Batch # _____    Form # _____

| Student Last Name | Student First Name | Provider Name |
|---|---|---|
| R_____ | H_____ | ASHA M MAMMEN |

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 2 1 0 0 2 1 9 3 | 8 0 5 | 1 | 0 | 0 0 | 0 0 0 |

**Progress Note** (Must be directly related to the identified goal/objective): Henry had been in bad behaviour in school — was at the principal's office — no session taken.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 2 1 1 0 2 1 9 3 | E 1 3 | 1 | 0 | 0 0 | 0 0 0 |

**Progress Note** (Must be directly related to the identified goal/objective): Was to attend staff development meeting — schools closed — rain & sleet.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

99



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## ENCOUNTER TRACKER FORM

**Student's Last Name** R ▊▊▊▊

**Student's First Name** H ▊▊▊▊

PLEASE RETURN FORMS TWICE MONTHLY

Forms MAY BE Photocopied

Original Signature Required

Submission for:

_NOVEMBER 02_
Month/Year

☐ 1st – 15th
☒ 16th – 31st

**Date of Birth (MM/DD/YY):** ▊▊ 95

**Problem Code:** 315

**Student ID Number:** 9 0 7 7 3 1 7

**Student Social Security #:** ▊▊▊▊

**Current School Name:** WALKER JONES ES

**School Code:** 332

**Provider's Last Name:** MAMMEN

**Provider Code:** 755

**Provider's First Name:** ASHA

**Provider Title:** SPEECHPATHOL

**Provider Signature (REQUIRED)** By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

**Date Signed:** 1 1 3 0 0 2

| Goal to be addressed: | To improve his understanding and use of language. |
|---|---|
| Objective to be addressed: | * Answering questions about short stories<br>* Retell and state the main idea about " /passages |

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 1 2 0 0 2 | 1 9 2 | B 0 6 | 1 0 | 0 0 | 0 0 0 |

**Progress Note (Must be directly related to the identified goal/objective listed above):** Session not taken as there was testing conducted for ▊▊▊ in the class today.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 1 2 2 0 2 | 1 9 3 | A 0 1 | 1 0 | 0 2 | 0 3 0 |

**Progress Note (Must be directly related to the identified goal/objective):** Was shown pictures and told 2 stories. Performed with 85% to 90% accuracy for retelling and answering questions on both the stories. He could not, however, recall the title of both the stories.

**Office Use Only:** _____

Batch # _____
Form # _____

| Student Last Name | | Student First Name | | | Provider Name |
|---|---|---|---|---|---|
| R_____ | | H_____ | | | ASHA: M. MAMMEN |

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 6 | 0 | 2 | 1 | 9 | 3 | A | 0 | L | 1 | 0 | 0 | 2 | 0 | 8 | 0 |

**Progress Note** (Must be directly related to the identified goal/objective): For answering questions about
stories / statements read – 95% accuracy. Retells the main idea – 90% accuracy.
Very co-operative in group session – performs well in group.

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 8 | 0 | 2 | 1 | 9 | 3 | E | 1 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

**Progress Note** (Must be directly related to the identified goal/objective): School closed for Thanksgiving.

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

| Date Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

**Progress Note** (Must be directly related to the identified goal/objective):

# DISTRICT OF COLUMBIA PUBLIC SCHOOL
## ENCOUNTER TRACKER FORM

SCHOOL SOLUTIONS

**Student's Last Name:** R

**Student's First Name:** H

**PLEASE RETURN FORMS WICE ONTHLY**

**rms MAY BE hotocopied**

**riginal ignature equired**

**ubmission r:**

_NOVEMBER 02_
**onth/Year**

1st – 15th
16th – 31st

| Date of Birth (MM/DD/YY) | 9 5 | Problem Code 3 1 5 | Student ID Number |
| --- | --- | --- | --- |

| Student Social Security # | Current School Name WALKER JONES | School Code 3 3 2 |
| --- | --- | --- |

| Provider's Last Name M A M M E N | Provider Code Y 5 5 |
| --- | --- |

| Provider's First Name A S H A | Provider Title SPEECH LANGUAGE PATHOLOGIST |
| --- | --- |

| Provider Signature (REQUIRED) Asha. | Date Signed 1 1 1 5 0 2 |
| --- | --- |

**Goal to be addressed:** To improve his understanding and use of language

**Objective to be addressed:** * Drawing questions about short stories
* Retell and state the main idea about stories/passages

| Date Service Provided (MM/DD) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
| --- | --- | --- | --- | --- | --- |
| 1 1 1 0 2 | 9 | A 0 1 | 1 0 | 0 1 | 0 3 0 |

**Progress Note:** Asked questions from a picture story book. Response- main idea of story was very vague and for answering to questions 5/10 +

| Date Service Provided (MM/DD) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
| --- | --- | --- | --- | --- | --- |
| 1 1 0 6 0 2 | 1 9 3 | A 0 1 | 1 0 | 0 2 | 0 3 0 |

**Progress Note:** A story was read out (with pictures) - questions asked about the story and also told to retell in own words; 6/10 and 55% accuracy were the respective score

| Office Use Only: | Batch # _____ |
| --- | --- |
| | Form # _____ |

4UL
SCHOOL SOLUTIONS

| R_____ | H_____ | ASHA · M · MAMMEN |
|---|---|---|
| **Student Last Name** | **Student First Name** | **Provider Name** |

| ate Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 8 | 0 | 2 | 1 | 9 | 8 | E | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 3 | 0 |

ogress Note: Writing quarterly progress report.

| ate Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 4 | 0 | 2 | 1 | 9 | 3 | A | 0 | 1 | 1 | 0 | 0 | 2 | 0 | 3 | 0 |

rogress Note: A story was read to both the students. H___ was asked to summarize it - 50% accuracy. However, w___ able to answer questions with 80% accuracy

| ate Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

rogress Note:

| ate Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

rogress Note:

| ate Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

rogress Note:

| ate Service Provided (MM/DD/YY) | | | | | | Procedure Code | | | Type of Service | | | Response to Treatment | | Ind. or Group (indicate #) | | Duration (in minutes) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

rogress Note:

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**ENCOUNTER TRACKER FORM**

4GL
SCHOOL SOLUTIONS

| R | ████████████ | | | | | | | H | ████████████ | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Student's Last Name** | | | | | | | | **Student's First Name** | | | | |

**PLEASE RETURN FORMS TWICE MONTHLY**

**Forms MAY BE Photocopied**

**Original Signature Required**

**Submission for:**
OCTOBER '02
**Month/Year**

☐ 1st – 15th
☒ 16th – 31st

| ████████ | 9 | 5 | | 3 | 1 | 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Date of Birth (MM/DD/YY)** | | | **Problem Code** | | | **Student ID Number** | | | | |

| | | | | | WALKER JONES | | | 3 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Student Social Security #** | | | | | **Current School Name** | | | **School Code** | | |

| M | A | M | M | E | N | | | | | 5 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Provider's Last Name** | | | | | | | | | **Provider Code** | | |

| A | S | H | A | | SPEECH LANGUAGE PATHOLOGIST | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Provider's First Name** | | | | **Provider Title** | | | | | | |

| *(signature)* Asha Mammen, MS CCC-SLP | | | | 1 | 0 | 3 | 1 | 0 | 2 |
|---|---|---|---|---|---|---|---|---|---|
| **Provider Signature (REQUIRED)** | | | | **Date Signed** | | | | | |

**Goal to be addressed:** * improve his understanding and use of language with 80% accuracy.

**Objective to be addressed:** * Answer questions about short stories
* Retell and get main idea about stories/passages

| Date Service Provided (MM/DD) | | | | | | Procedure Code | | | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | | 6 | 0 | 2 | | 9 | 3 | A 0 1 | 1 0 0 | 1 | 0 3 0 | |

**Progress Note:** short story was read out – scored 2/10 – very poor attention span (1-2 mins-max) noticed. Could not retell the main idea of a story.

| Date Service Provided (MM/DD) | | | | | | Procedure Code | | | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 8 | 0 | 2 | | 9 | 3 | A 0 1 | 1 0 0 | 1 | 0 3 0 | |

**Progress Note:** 2 passages were read out – scored 2/10 – not feeling well, so showed disinterest during the session. Did not co-operate when asked to repeat 2-3 word phrases.

| Office Use Only: | Batch # _____ |
|---|---|
| _____ | Form # _____ |

4GL
SCHOOL SOLUTIONS

| Student Last Name | Student First Name | Provider Name |

R_____  H_____

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| 1 0 2 3 0 2 | 1 9 3 | A 0 1 | 1 0 | 0 1 | 0 3 0 |

**Progress Note:** Much more co-operative in todays session. Asked questions from a story that was read to him. Response - Was able to understand the main idea of the story. When asked questions answered 6/10 correctly.

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note:**

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note:**

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note:**

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note:**

| Date Service Provided (MM/DD/YY) | Procedure Code | Type of Service | Response to Treatment | Ind. or Group (indicate #) | Duration (in minutes) |
|---|---|---|---|---|---|
| | | | | | |

**Progress Note:**

**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

**July 18, 2006**

Mr. Ugoji
Special Education Coordinator
Hamilton Center
1401 Brentwood Parkway, N.E.
Washington, DC

RE:    MDT Meeting
       R████ H███ (D.O.B. ████/95)

Mr. Ugoji:

I am writing on behalf of Etta Jalloh and our firm to confirm an MDT meeting for this student. *This meeting will be held tomorrow, July 19, 2006, at 9:00 a.m.*

The student's special education advocate, Sharon Millis, will be attending. We are also in the process of contacting Ms. Jalloh to confirm her attendance.

Please direct all future inquiries regarding this student to our offices. We can be contacted via phone or fax using the information provided above.

Here is a list of the current members of our staff for your records:

        Douglas Tyrka, Attorney
        Keith Coyle, Attorney
        Camille McKenzie, Office Assistant
        Michael Tchorni, Law Clerk
        Sharon Millis, Special Education Advocate

I hope this information is helpful, and we look forward to working with the staff at Hamilton Center in the future.

Sincerely,

Keith J. Coyle, Associate
PA Bar No. 201128
Tyrka & Houck, LLP
Attorneys for the Petitioner

**RH**

1726 Connecticut Avenue N.W., Suite 400
Washington, D.C. 20009
p. (202) 265-4260
f. (202) 265-4264

```
             TRANSMISSION VERIFICATION REPORT

                                    TIME : 07/18/2006 12:38
                                    NAME : TYRKA HOUCK LLP
                                    FAX  : 2022654264
                                    TEL  :
                                    SER. # : 000A6J693992


    DATE,TIME              —        07/18  12:38            —
    FAX NO./NAME                    2027277534
    DURATION                        00:00:36
    PAGE(S)                         03
    RESULT                          OK
    MODE                            STANDARD
                                    ECM
```

## TYRKA & HOUCK, LLP
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

### CONFIDENTIALITY NOTICE

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient: Mr. Uggji & Ms. North

Fax number: 698.3790 ; 202.727.7534

From: Keith Coyle

Regarding: R̶̶̶ H̶̶̶

Number of pages: 3 (including cover sheet)

Notes:

108

**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

## CONFIDENTIALITY NOTICE

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient: Mr. Ugogi & Ms. North

Fax number: 698.3790 ; 202.727.7534

From: Keith Coyle

Regarding: R█████ H█████

Number of pages: 3 (including cover sheet)

Notes:

109

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 07/18/2006 12:37
                                    NAME : TYRKA HOUCK LLP
                                    FAX  : 2022654264
                                    TEL  :
                                    SER.# : 000A6J693992
```

```
DATE,TIME          07/18  12:36
FAX NO./NAME       6983790
DURATION           00:00:37
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

## TYRKA & HOUCK, LLP
### 1726 Connecticut Ave., NW, Suite 400
### Washington, DC 20009
### (202) 265-4260 (ph)
### (202) 265-4264 (fax)

### CONFIDENTIALITY NOTICE

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient: Mr. Ugoji & Ms. North

Fax number: 698.3790 ; 202.727.7534

From: Keith Coyle

Regarding: R█████ H█████

Number of pages: 3 (including cover sheet)

Notes:

110

## DUE PROCESS COMPLAINT NOTICE
### In re R█████ H█████
### July 31, 2006

**Petitioner:**     Etta Jalloh
**Student:**        R█████ H█████
**DOB:**            █████/95
**Current School:** Hamilton Center
**Residence:**      1125 1st Terrace, N.W.
                    Washington, DC 20001

**Petitioner's Contact Information for Special Education Purposes:**

Tyrka & Houck, LLP
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel: 202-265-4260
Fax: 202-265-4264

### Violations:

1. Failure to conduct and review evaluations in all areas of suspected disability.
2. Failure to develop adequate IEPs.
3. Failure to provide necessary special education and related services.
4. Failure to provide an appropriate placement.

### Facts:

1. At an MDT convened at the Center for Life Enrichment ("CLE") on June 16, 2004:
   a) the Team, *inter alia*:
      i) developed an IEP prescribing:
         (1) 26 hours of specialized instruction;
         (2) 1.5 hours of psychological services;
      ii) recommended completion of psychoeducational and speech and language evaluations by DCPS;
      iii) issued a prior notice placing R█████ at Hamilton Center for ESY in 2004 and for the 2004-2005 SY;
   b) the Petitioner:
      i) refused to sign the June 16, 2004 IEP;
      ii) objected to DCPS' placement for R█████ at the Hamilton Center.
2. DCPS has not completed:
   a) a speech and language evaluation of R█████ since June 16, 2004;
   b) a psychoeducational evaluation of R█████ since June 16, 2004.——
3. At an MDT meeting convened at the Hamilton Center on July 19, 2006:
   a) DCPS:
      i) failed to secure the attendance of all necessary MDT members, including R█████ current teacher, therapist, and evaluators;

111

**RI**

    ii) was unable to review a clinical psychological report of R███████, which was started on
        March 7, 2006, and completed the previous day, June 18, 2006;
    iii) presented encounter tracking forms to document R███████ receipt of psychological
         counseling, but only through April of 2005;
    iv) failed to present any information documenting R███████ educational progress;
    v) drafted goals and objectives without reviewing all necessary evaluations and data;
    vi) developed an IEP without reviewing all necessary evaluations and data;
    vii) recommended completion of a psychoeducational evaluation;
  b) the Petitioner:
    i) objected to the development of and did not sign the IEP;
    ii) requested a change of placement for the 2006-2007 SY.
4. R██████ has not received psychological services from Hamilton Center since April of 2005.
5. The Petitioner is referring R██████ for admission into several appropriate private placements.

**Proposed resolution:**

1. DCPS to immediately fund:
  a) and place R██████ at an appropriate placement of the Petitioner's choosing with
    transportation;
  b) independent speech and language and psychoeducational evaluations of R███████
2. DCPS to convene an MDT meeting within ten (10) days of R███████ placement at an
  appropriate private school of the Petitioner's choosing to:
  a) review all current evaluations of R███████,
  b) revise his IEP, and
  c) develop an appropriate compensatory education for its failure to provide R██████ with:
    i) psychological services since April of 2005;
    ii) an appropriate placement since the summer of 2004.
3. DCPS to convene an MDT meeting within ten (10) days of receiving R███████ independent
  psychiatric and speech and language evaluations to:
  a) review all current evaluations of R███████,
  b) revise R███████ current IEP, and
  c) develop a compensatory education plan for its failure to conduct and review these
    evaluations since June 16, 2004.
4. DCPS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

**Resolution Meeting:**

1. The Petitioner contends that the entire IEP Team and a representative of the LEA with
  authority to:
  a. immediately fund:
    i. and place R██████ at an appropriate placement of the Petitioner's choosing
      with transportation;
    ii. independent speech and language and psychoeducational evaluations of
      R██████;
  b. convene an MDT meeting within ten (10) days of R███████ placement at an
    appropriate private school of the Petitioner's choosing;

112

    c.   convene an MDT meeting within ten (10) days of receiving R████ independent
         speech and language and psychoeducational evaluations

is a necessary attendee at any resolution meeting.

2. If these individuals are not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.

3. The Petitioner contends that any meeting not attended by the identified individuals is not a valid resolution session, but rather an informal settlement discussion.

4. The Petitioner will be accompanied by his or her attorney at any resolution session convened subsequent to the filing of this complaint and will record any resolution session by analog or digital means.

5. Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.


Respectfully Submitted,


Douglas Tyrka
Tyrka & Houck, LLP
Attorneys for the Petitioner
1726 Connecticut Ave., NW, Suite 400
Washington, DC  20008
(ph) (202) 265-4260
(f) (202) 265-4264

113

**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

**CONFIDENTIALITY NOTICE**

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient:     SHO

Fax number:

From:     Douglas Tyrka

Regarding:     R▬▬ H▬ (D.O.B. 4/17/95)

Number of pages:  4 (including cover sheet)

Notes:     Due Process Complaint

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
```

```
                            TIME  : 07/31/2006 14:10
                            NAME  : TYRKA HOUCK LLP
                            FAX   : 2022654264
                            TEL   :
                            SER.# : 000A6J693992
```

```
┌──────────────────────────────────────────────────────┐
│   DATE,TIME              07/31  14:08                  │
│   FAX NO./NAME           SHO                           │
│   DURATION               00:01:08                      │
│   PAGE(S)                04                            │
│   RESULT                 OK                            │
│   MODE                   STANDARD                      │
│                          ECM                           │
└──────────────────────────────────────────────────────┘
```

### TYRKA & HOUCK, LLP
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

#### CONFIDENTIALITY NOTICE

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient:       SHO

Fax number:

From:            Douglas Tyrka

Regarding:       R█████ H████ (D.O.B. ████/95)

Number of pages: 4 (including cover sheet)

Notes:           Due Process Complaint

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**

R███ H████, DOB: ████/95

     Petitioner,

v.

**District of Columbia Public Schools**

     **Respondent**

**District of Columbia Public School's Response to**
**Parent's Administrative Due Process Complaint Notice**

The District of Columbia Public School (hereinafter "DCPS"), by and through the undersigned Attorney Advisor, hereby provides its Response to the Administrative Due Process Complaint Notice ("Complaint") filed on or about August 1, 2006 on behalf of the parent of R███ H████, DOB: ████/95, pursuant to the Individual's with Disabilities Education Improvement Act (hereinafter "IDEA 04"), 20 U.S.C. §1415(c)(2)(B)(i)(I).[1] Specifically, DCPS asserts the following:

1. DCPS denies the allegation it failed to complete a speech and language evaluatin and a psycho-educational evaluation. Recommendations are not mandates for the MDT team to follow. Two years have elapsed since June 16, 2004 and DCPS has no record of the parent requesting either of these evaluations.

2. DCPS denies the allegation the Hamilton Center is not reasonably calculated to provide a Free and Appropriate Education to this student.

Date: August 16, 2006      Submitted by:

                              *Stephanie Ramjohn Moore*

                              Stephanie Ramjohn Moore, Esquire
                              Attorney Advisor

In re R▓▓▓▓ H▓▓▓▓
Response to Due Process Complaint Notice
Page 2

> for DCPS as the Local Educational Agency
> Office of the General Counsel
> District of Columbia Public Schools
> Telephone # 202-442-5173
> Fax # 202-442-5097/8

## CERTIFICATE OF SERVICE

I, Stephanie Ramjohn Moore, Esq., hereby certify that a copy of DCPS' Response to the

Administrative Due Process Complaint Notice was served on August 16, 2006 on Douglas Tyrka

/Carolyn Houck via facsimile at 202-265-4264.

*Stephanie Ramjohn Moore*
Stephanie Ramjohn Moore, Esquire
Attorney Advisor

2

117

08/29/2006  14:16    2024425556             STUDENT HEARINGS OFF              PAGE  01/01

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

**TO:**  Parent (or Representative): _D. TYRKA_          Fax No.: _265-4264_

**LEA Legal Counsel:** _S. RAMJOHN-MOORE_

**RE:**  _H____, R____      and (LEA) DOB: ____/95_
         Student's Name

**FROM:**  __SHARON NEWSOME__
           Special Education Student Hearing Office Coordinator

**DATE SENT:** ___8/29/06___

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on _7/31/06_ . Please be advised that the hearing has been scheduled for:

**DATE:** ___9/29/06___

**TIME:** ___11:00 AM___

**AT:**  825 North Capitol Street, NE, Washington, DC
         8th Floor

**ASSIGNED HEARING OFFICER:** _____

[X] THIS IS A FINAL NOTICE OF HEARING: If you wish to request a continuance of this hearing, you must submit your request in *writing on the attached form* to the Special Education Student Hearing Office at the above address, or by fax at 202 442-5556. All decisions regarding continuances are made *exclusively* by the Hearing Officer, and cannot be made by SHO administrative staff. Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled above.

[ ]  THIS IS A PROVISIONAL NOTICE OF HEARING: The SHO was unable to accommodate any of your proposed dates. If you are unavailable for the above date, you must inform the SHO in writing (letter or fax) that the date is unavailable and specify times during the next four business days when you are either available or unavailable for a teleconference with the Hearing Officer. If the SHO does not receive a response from you within three business days of your receiving this provisional notice, the notice becomes a final notice of hearing that may be modified with only a request for a continuance.

Failure to appear for a properly scheduled hearing may result in dismissal of the case or a default judgment against you. Disclosure of evidence and witnesses to the opposing party is required at least **five business days** prior to the hearing with copies to the Special Education Student Hearing Office.

118
RH2

# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264

September 5, 2006

Chuck Ugoji
Special Education Coordinator
Hamilton Center
By Fax: 202-698-3790

Re:    R████H███ (D.O.B. ███/95)

Dear Mr. Ugoji:

A due process complaint filed on behalf of this student has been scheduled to be heard at 11:00 a.m. on September 29, 2006. In order to meet their evidentiary burden under Section 3030.3 of Title V of the D.C. Municipal Regulations[1], the parent is respectfully requesting that your school provide copies of the following to our offices:

> All form 6s
> All standardized test scores, such as CTBS or SAT-9
> All evaluation reports and DCPS reviews, including triennial review
> IEPs, BLMDT, MDT notes, placement notices, and letters of invitations for all years in special education
> All report cards, including progress reports and attendance records
> All disciplinary records, incident reports, and manifestation determinations
> All encounter tracking forms
> A list of all of the student's special and general education teachers

Any other records or correspondence you believe are relevant.

As counsel for the parent we are entitled by law to receive and review these records. *See* 20 U.S.C. § 1415(b)(1); 34 C.F.R. § 300.562;[2] D.C. Mun. Regs. tit. 5 § 3021.8;[3] D.C.P.S. S.H.O. S.O.P. §800.2 [4] (IDEA records request provisions); 20 U.S.C. § 1232g(1)(A) (Family Educational Rights and Privacy Act of 1974).

---

[1] "The burden of proof shall be the responsibility of the party seeking relief; either the parent/or guardian of a child or the LEA. Based solely upon the evidence presented at the hearing, an impartial hearing officer shall determine whether the party seeking relief presented sufficient evidence to meet the burden of proof that the action and/or inaction or proposed placement is inadequate or adequate to provide the student with a Free Appropriate Public Education (FAPE)."
[2] "The agency shall comply with a [records] request without unnecessary delay . . ., and in no case more than 45 days after the request has been made."
[3] "A person shall have the right to examine all portions of the student's record prior to the hearing, including the right to examine and, upon request, receive copies of any test results, reports, or other data upon which the proposed action is based."
[4] "Parents have the right to examine all records maintained by the school that are related to their child. . . Parents may authorize counsel, advocates, investigators or other individuals to review and obtain copies of their children's records."

The parent respectfully requests that our office be provided with copies of these records immediately, **and that this request be supplemented with any newly obtained records as soon as they become available.**

Please contact our offices as soon as possible to discuss and arrange the manner by which these records will be delivered.

Sincerely,

Mike Tchorni, Law Clerk
Tyrka & Associates, LLC
Attorneys for the Petitioner
1726 Connecticut Avenue, N.W., Suite 400
Washington, D.C. 20009
p. (202) 265-4260
f. (202) 265-4264

Enclosure:    Parent Authorization for Release of Documents

120

```
TRANSMISSION VERIFICATION REPORT
```

```
                    TIME  : 09/05/2006 16:27
                    NAME  : TYRKA & ASSOCIATES
                    FAX   : 2022654264
                    TEL   : 2022654260
                    SER.# : 000A6J693992
```

```
DATE,TIME              —    09/05  16:26
FAX NO./NAME                2026983790
DURATION                    00:01:01
PAGE(S)                     04
RESULT                      OK
MODE                        STANDARD
                            ECM
```

# TYRKA &
## ASSOCIATES, LLC
1726 Connecticut Ave., NW ♦ Suite 400 ♦ Washington DC 20009 ♦ Phone: (202)265-4260 ♦ Fax: (202)265-4264 ♦

**Recipient:**    Mr. Ugoji (Hamilton)

**Fax Number:**    202-698-3790

**From:**    Mike Tchorni

**Regarding:**    R█████ H███y (D.O.B. ████/95)

**# of pages:**    4 (including cover page)

**Notes:**   ___    Due Process Hearing Records Request___

121



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000  Fax # 202-442-5098
*www.k12.dc.us*

September 22, 2006

Douglas Tyrka, Esq.
1726 Connecticut Avenue, NW Suite 400
Washington DC 20002



**By Facsimile**

RE:     R██████ H██████
        DOB: ████7-95
        **Disclosure Notice**

Dear Mr. Tyrka:

At the upcoming due process hearing in the above-referenced matter, that is scheduled for
September 29, 2006 at 11:00 a.m. and pursuant to 34 C.F.R. 300.509(a)(3), in addition to all
documents disclosed by the parent, DCPS may rely upon any of the following witnesses[1] and
documents:

### Witnesses

Gayle Amos or her designee(s), Assistant Superintendent for Differentiated
Learning
Marla Oakes or her designee, Executive Director of Special Education
Dr. Ellsworth Principal, or designee, Hamilton Center
Chuck C. Ugoji or designee, Special Education Coordinator, Hamilton
Center
Leslie Milofsky or designee, Therapist, Hamilton Center
Ferlandia Townsend or designee, Special Education Teacher, Hamilton
Center
Ilena Sterman or designee, Psychologist, Hamilton Center

**Pursuant to 34 C.F.R. 300.509(a)(2) and 5DCMR 3031.1(b), DCPS hereby compels the
attendance of the below named individual as a necessary and material witness(es):**

    **Etta Jollah**

### Documents

- **DCPS-01 Due Process Hearing Complaint 7/31/06**

---

[1] Witnesses may testify by telephone.

---

*Children First*

122

- **DCPS-02 IEP Meeting Notes/Psycho-Ed Review 8/31/06**
- **DCPS-03 Individualized Education Program 7/19/06**
- **DCPS-04 Intervention Behavior Plan 5/26/06**
- **DCPS-05 Student Transportation Form 5/24/06**

DCPS reserves the right to rely on any documents and/or witnesses disclosed by the parent that it deems relevant in this case.

DCPS will object to the testimony of any expert witnesses if a curriculum vitae and/or resume is not provided with the student's 5-day disclosure.

Additionally, DCPS reserves the right to introduce any and all witnesses and/or documents for the purpose of impeachment and rebuttal.

*In the interest of time and efficiency, DCPS will not physically disclose this document, as it is believed to be in the possession of the parent/parent's counsel.

If you wish to discuss any aspect of this case further, or have questions, please contact me at 202/442-5173.

Sincerely,

Stephanie Ramjohn Moore, Esq.
Attorney Advisor

CC:    Student Hearing Office

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP) Psychoed. Review
MEETING NOTES

STUDENT ~~R████ H████~~    SCHOOL HAMILTON CTR DATE: 8/31/06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Chuck C. Ugoji | C. Ugoji | Sp. Ed. Coord. |
| Ilana Sterman, LPC | Ilana ____ | Psychology |
| Leslie Milofsky, MA, ATRBC | Leslie Milofsky, MA, ATRBC | Therapist |
| Ferlandia Townsend | Ferlandia Townsend | Special Ed. Teacher |
| Sharon Millis | ____ | ____ Advocate |

The Purpose of this meeting is to Review ~~R████ H████~~ Psychoeducational Evaluation and also to process service notes provided by the clinician. All Participants introduced themselves for the record. Ms Millis expressed that ~~R████~~ care giver was unable to attend this meeting but will be available by phone.
Ms Millis expressed that she had requested for a new Psychoed but Mr Ugoji responded that the Psychoed on file was current. Evaluation was done on 1/17/05. Ms Millis also wanted DCPS to provide her with an FBA and BIP.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: EVAL REVIEW

Page: 2 of 2

STUDENT: R▒▒▒▒ M▒▒▒▒    SCHOOL: HAMILTON CENTER    DATE: 8/31/06

Ms Mills is requesting for educational evaluation
Ms Mills expressed some of ▒▒▒▒ Parent Concerns.
ⓐ How did the teacher come up with the goals?
ⓑ To Complete FBA, BIP and Educational Assessment
ⓒ Social History

Ms Mills asked if the team wants to Continue the meeting.
she expressed that it will be prudent to continue the
meeting upon Completion of the requested items.
~~Speech~~ Ms Sleiman expressed that she will
the team agrees to tentatively meet on 10/04/06
at 9:30 am. All requested items will be faxed to
Ms Mills on 202 265 4264 Fax

Recommendations
① Educational Evaluation (WAIT and or woodcock
② Functional Behavior assessment (Due oct I)
③ Behavior Intervention Plan (Due oct I)
④ Social History to be Completed (Due oct I)

▓▓▓▓▓▓▓ MDT   8/3/06

Encounter teaching forms need to be printed out for review. Hamilton states they will provide this. He gets only Art Therapy as an intervention.

There is still no FBA and only a partial RIP. There was a teach record done 11/16/05 but never reviewed and there was no IEP for 05/06 school year.

Concerns about the development of the goals/objectives since the teacher who is no longer at the school did not leave any documentation supporting progress or how goals/objectives were developed which was asked at the last meeting are still an issue. Hamilton states they will do an educational assessment as well as an FBA within 30 days as well as Soc. History.

Team agreed that a review of all documents including re-evaluations will be done within 30 days

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ▓▓▓▓  First R▓▓▓▓  MI

Student ID 907731  Soc. Sec. No. ▓▓▓▓

Gender ☒ M ☐ F  Date of Birth ▓▓/95  Ethnic Group African American  Age 10  Grade

Address  House No. ▓▓▓  Street Name ▓▓▓  Quadrant ▓▓  Apartment #

☐ Non-attending  Washington  DC  20001
                  City  State  Zip Code

Attending School Hamilton Ctr  Home School

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/

Parent E+ A Jalloh

Address of (if different from student):  ☒ Parent ☐ Guardian ☐ Surrogate

Telephone: Home (202) 371-9412  Work (202) 874-8823

## II. CURRENT INFORMATION

Date of IEP Meeting: 7/9/06
Date of Last IEP Meeting: 6/16/04
Date of Most Recent Eligibility Decision: 10/02/02

Purpose of IEP Conference:
☐ Initial IEP  ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: ___

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ | BEHAVIOR | ☒ | TRANSPORTATION |
| | ☐ ESY | | ☐ TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | none | Oral |
| Parent | English | English | English | none | Rdg / Written |
| Home | English | English | English | none | Instrument |
| | | | | | Date |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd | FREQUENCY Hr / Min D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Specialized Instruction | 26 26 | Hr W | Special ed teacher | | 10 mons |
| Psychological Serv | 1.5 1.5 | Hr W | Social worker | | 10 mons |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 27.5 27.5 | Hours Per Week | | | |

## V. Disability(ies)

Emotionally Disturbed

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%

Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Etta Jalloh -mother
Cyd Baptiste Cyd Baptiste, teacher — Absent  em
Portaulia Townsend Acting Teacher
Paul Williams Social Worker
Chuck ▓▓▓
Sharon Hill SPED Advocate ▓▓▓

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education. I have received a copy of this IEP.

Parent/Guardian Signature ▓▓▓

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     Date

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas: (Evaluator)**

Math Strengths:

Student has knowledge of multiplication and divisions facts

Impact of disability on educational performance in general education curriculum:

Disability impacts on _____ ability to complete grade level assignments.

Reading Strengths:

Able to 80% of 5th grade readers.

Impact of disability on educational performance in general education curriculum:

Disability impacts on _____ ability to complete grade level assignments.

Score(s) When Available

Math Cal. _____
Math Rea. _____
See goal page: _____
Date: _____

Rdg. Com _____
Rdg. Basic _____
Written Ex. _____
See goal page: _____
Date: _____

**Communication (Speech & Language) (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
Exp. Lang. _____
Rec. Lang. _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. _____
Rec. Voc. _____
See goal page: _____
Date:

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results
When Available
_____
_____
_____
_____
See goal page:
Date: _____

**Social Emotional Behavioral Areas: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
_____
_____
_____
See goal page:
Date: _____

**Cognitive/Adaptive Behavior: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
_____
_____
_____
See goal page:
Date: _____

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available
_____
_____
See goal page: _____
Date: _____

128

Student Name _____  _____  DOB _____ 95   Filed: 04/30/2007  Attending School _Hari HaCenter_

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Student ID Number _____

Goal Number: [ ]

Area addressed by goal: _Academics – Math_

**ANNUAL GOAL: (Including mastery criteria.)**

R_____ will demonstrate 6-9 months growth in Math skills by mastering short-term objectives with 80% accuracy.

Provider(s): _Special Ed. Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 4.N.8 student will be able to: Demonstrate an understanding of fractions as parts of unit wholes, as parts of a collection, as locations on a number line, and as locations on the number line. | | Monthly |
| 4.N.9. Know the relationships among halves, fourths and eighths and among thirds, sixths and twelfths; compare and order such fractions | | Monthly |
| 4.N.10 Recognize, name, and generate equivalent forms of common decimals (0.5, 0.25, 0.1) and fractions (halves, quarters, fifths and tenths) and explain why they are equivalent. | | Monthly |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   Documented Observation   (Report)   Other

Student Name: R___ H___

Student ID Number: 9077317  DOB 0_/__/95

Managing School: Hamilton Center

Attending School: Hamilton Ctr

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Goal Number: [ ]

Area addressed by goal: *Academics — Reading*

**ANNUAL GOAL:** (including mastery criteria.)

R___ will demonstrate 6-9 months growth in reading skills by mastering the short-term objectives with 80% accuracy.

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 6.I.1 Student will be able to identify and analyze main idea, supporting ideas, and supporting evidence. 4 out of 5 trials. | | Monthly |
| 6.I.2. Identify and use knowledge of common textual features (paragraphs, topic sentences, concluding sentences, glossary, index, bibliography) 4 out of 5 times | | Monthly |
| 6.I.3. Identify and use organizational structures in text including chronological order, compare and contrast, cause and effect, logical order, and classification schemes. | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

( Portfolio )    Log    Chart    ( Test )    Documented Observation    ( Report )    Other

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

130

| Student Name | ~~████████~~ | Managing School | *Hamilton Center* | DCPS - IEP |
| Student ID Number | 9077317 | DOB ~~████~~95 | Attending School | *Hamilton Ctr.* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments:     Goal Number: [ ]

Area addressed by goal: *Academics — Written Expression*

**ANNUAL GOAL: (including mastery criteria.)**

~~████~~ will demonstrate 6-9 months growth in written Expression by mastering the short-term objective with 80% accuracy.

**Provider(s):** *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 4. EL.1 Student will be able to identify four basic parts of speech (adjective, noun, verb, adverb) 4 out of 5 times. | | Monthly |
| 4. EL.2 Identify and use correct punctuation, including dates, locations and addresses, apostrophes in possessives and contractions, underlining, quotations, or italics to identify titles. | | Monthly Monthly |
| 4. EL.3 Capitalize names of magazines, newspaper, work of art, musical compositions, names of organization, and the first word in quotations | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)     Log     Chart     (Test)     Documented Observation     (Report)     Other _____

| Student Name | R____ PA____ H___ | | Managing School | Hamilton Center | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9077317 | DOB ___1995 | Attending School | Hamilton Center | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: 2 |
|---|---|---|---|

Area addressed by goal: **Social Emotional Behavioral**

**ANNUAL GOAL:** (Including mastery criteria.)

Student will improve social/emotional functioning as evidenced by achievement of the following short-term objectives.

Provider(s): **Other Service Provider**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (Include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will use appropriate language/gestures to express feelings of anger, frustration, and disappointment in 4 of 5 trials. Student will increase use of anger management skills, including controlled breathing, self time-outs, counting to ten, and seeking staff support in 4 of 5 trials. | | Monthly |
| Student will improve self-control in 4 of 5 trials as evidenced by a decrease in: threatening, joning, provoking, muttering under his breath, oppositionality, walking/turning away while being spoken to, bullying smaller/younger peers, and instigating peers while staff is not looking. Student will improve group participation by decreasing incidents of intrusive talking/laughing and by participating in all assignments. | | Monthly |
| Student will improve ability to accept responsibility for his behaviors in 4 of 5 trials as evidenced by rendering a truthful account of his role in a conflicted situation, by accepting consequences for his behaviors, and by remaining calm while processing problems. | | Monthly |
| Student will improve problem-solving skills in 4 of 5 trials as evidenced by an increased ability to: discern a problem situation, to sequence events leading to a problem, to understand the perspectives of others, and to distinguish between an appropriate and an inappropriate solution to a problem. | | Monthly |
| Student will respond to directives designed to improve his self-esteem in 4 of 5 trials as evidenced by a decrease in instances of comparing himself to others, improved willingness to take on challenging work, and improved frustration tolerance. | | Monthly |
| Student will respond to directives designed to address issues pertaining to familial loss. | | Monthly |

| **EVALUATION PROCEDURE(S)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Portfolio | ☐ Log | ☐ Chart | ☐ Test | ☒ Documented Observation | ☐ Report | ☐ Other | ___ |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
## SERVICE ALTERNATIVES

| | |
|---|---|
| Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in _regular education_? | Yes    No |

Explanation for removal out of regular education classroom.

_____ requires behavior interventions and a small, structured environment that cannot be met in the general education setting._

## X. Supplementary Aids and Services
Classroom Needs
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

| | |
|---|---|
| Timing/Scheduling: | frequent breaks, extended time |
| Setting: | small group |
| Presentation: | |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:
Level I    Tested with non-disabled peers under standard conditions without accommodations.

(Level III)    (Describe non-uniform conditions for level III)
Tested under non-standard conditions with permissible accommodations

Level V  Portfolio: _____

Level II    (Describe accommodations for level II)
Tested under standard conditions with special accommodations

Level IV    (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | | Modifications: |
|---|---|---|---|
| (Reading) | Physical/Sensory | Transition | Language Arts/English |
| (Mathematics) | (Social Emotional) | Vocational | Social Sciences |
| (Written Expression) | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | Speech/Language | Fine Arts |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education | Rejected – cannot meet students needs. | Continued school failure |
| Combination General Education | Rejected – cannot meet students needs. | Continued school failure |
| Out of General Education | Accept – will meet students needs/Impact on self-esteem |  |

Modification(s)/Accommodation(s) to address the harmful effects:

Behavior intervention plan, individual and group psychosocial counseling, therapeutic setting.

| Location for Services | Hamilton Ctr. school |
|---|---|

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

133

| Student Name | R███████ A█████ H███ | Managing School | Hamilton Center | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9077317 | DOB ███/1995 | Attending School | Hamilton Center | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 2 |
|---|---|---|

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL:** (including mastery criteria.)

Student will improve social/emotional functioning as evidenced by achievement of the following short-term objectives.

Provider(s): Other Service Provider

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will use appropriate language/gestures to express feelings of anger, frustration, and disappointment in 4 of 5 trials. Student will increase use of anger management skills, including controlled breathing, self time-outs, counting to ten, and seeking staff support in 4 of 5 trials. | | Monthly |
| Student will improve self-control in 4 of 5 trials as evidenced by a decrease in: threatening, joning, provoking, muttering under his breath, oppositionality, walking/turning away while being spoken to, bullying smaller/younger peers, and instigating peers while staff is not looking. Student will improve group participation by decreasing incidents of intrusive talking/laughing and by participating in all assignments. | | Monthly |
| Student will improve ability to accept responsibility for his behaviors in 4 of 5 trials as evidenced by rendering a truthful account of his role in a conflicted situation, by accepting consequences for his behaviors, and by remaining calm while processing problems. | | Monthly |
| Student will improve problem-solving skills in 4 of 5 trials as evidenced by an increased ability to: discern a problem situation, to sequence events leading to a problem, to understand the perspectives of others, and to distinguish between an appropriate and an inappropriate solution to a problem. | | Monthly |
| Student will respond to directives designed to improve his self-esteem in 4 of 5 trials as evidenced by a decrease in instances of comparing himself to others, improved willingness to take on challenging work, and improved frustration tolerence. | | Monthly |
| Student will repsond to directives designed to address issues pertaining to familial loss. | | Monthly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ▮▮▮▮▮▮ ▮▮▮▮▮▮  SCHOOL Hamilton CFR  DATE: 7/19/06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Chuck C. Ugoji | Chuck Ugoji | Interim Principal |
| Paul E. Williams | Paul E Williams | Social Worker |
| Sharon Millis | Sharon Millis | SpEd Advocate |
| Etta Jallon | Etta Jallon | Mother |
| Ferlandia Townsend | Ferlandia Townsend | Acting teacher |

The purpose of this meeting is to develop Indivi-
dualized Education Plan, review provided services
and discuss Current placement for R▮▮▮▮,
All Participants present were Introduced for the
record. Parent was presented with a Procedural
Manual for Parents.
Ms Millis expressed concern about the meeting schedule
for 7/14/06 that there was no Confirmation letter.
There was also issue she raised about the copy of the
Clinical evaluation done which was presented to her.
Mr Ugoji stated that we can have an IEP with recomm

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: ___IEP___

Page: 2 of 2

STUDENT: ~~Ra████ He████~~   SCHOOL: Hamilton Center   DATE: 7/14/06

mendatione for evaluations and other needed requirement
Mr Ugoi also requested to either move forward or
reschedule as ms mills requests were becoming monotonous. Mr william suggested available dates, and ms
Jallow requested next wednesday date. After much
haggling and nagging on why the teacher was not
present and report card, progress reports, ms mills
agreed to move forward with the meeting, R████
special education teacher is on summer vacation
and made effort to be at the meeting when it was
previously scheduled for 7/14/06 at 10 a.m

Teachers Report : Ms Townsend, head teacher presented on behalf of ms Baptiste. As Ms Townsend began
to present the academic goals but Ms mills expressed
that Ms Townsend can hand over the goals since the
level of academic functioning was not determined.
Ms mills requested for progress not from the clinician
but we were unable to produce the notes as ms
milofsky is on summer vacation. we attempted
to print out the notes but was unsuccessful.
I requested to contact the clinician and to make the
notes available to her by next business day. Ms mills
objected to sending the notes to her. Ms Jollo

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: ___IEP___

Page: 3 of 3

STUDENT: ~~Roslen Hearn~~    SCHOOL: Hamilton Ctr    DATE: 7/19/06

Student Parent requested for a change in placement. The Hamilton Center staff believes that R~~____~~ has made progress in the program and current placement is adequate.

Ms Millis and Ms Fillo were present in the IEP but did not participate in the development of said IEP.

Recommendations
1. Psychoeducational Evaluation
2. Parent requested a change in placement.
3. Review of current evaluation during next meeting

**STATE EDUCATION AGENCY**
**SPECIAL EDUCATION**
**DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS**
825 North Capitol Street, N.E.
Washington, D.C.  20002-4232

<u>Caring for Our Students with Disabilities</u>
<u>A Procedural Manual for Parents</u>

**RECEIPT**

X I, ___Etta Jallon_____, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from __Chuck C. Ugon__ /Title Sp. Ed. Coordinator
(Person Issuing Document)

at __HAMILTON    CENTER__.
(School)

___7 / 19 / 06___
(Date)

X __Etta Jallah_____
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

138

~~Roderick Hawks~~ MDT  7/19/06

Progress reports and portfolio information to determine if his goals/objectives have been met and construct new goals/objectives that the Advocate requested were not available. A Clinical Psychological evaluation that was done in March, but not written until July 18 2006 was presented at the MDT. There has been no IEP since 10/16/04 and the clinician states he verbally confirmed a meeting for 7/14/06 with the Advocate but it could not provide the telephone # he used to contact me or a contact log. Neither Parent nor Advocate had written notice of the MDT. No documentation of progress or current academic levels. Partial Behavior Plan but no FBA to support this Plan. There is no current academic level for him so it is impossible to determine if goals/objectives

139

Neither his Teacher nor his
Therapist was available no
documentation on progress or his
current level was available
Encounter tracking forms in his
file stop at 4/6/05 so there is
no documentation of Service
beyond this.
The Clinician stated that it was
not necessary to review the
Clinical Psychological at this
meeting or to draft goals/
objectives but can be reviewed
later.
Parent is requesting a change
of placement. Clinician states
he is making progress but
there are no documents to
support this.
Parent/Advocate were unable
to participate in the development
of the IEP but were present
at the meeting

140

**District of Columbia Public Schools**
**Washington, D.C.**

| I.E.P.  Attachment A |
| Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**

Date Developed: 5/26/06

Student Name ~~Rashaun H~~    ID# 9077317    DOB __/95    Grade Un

Address ~~_____~~    Washington    DC 20001
            Street #    Street Name,    Quadrant    Apartment #    City,    State,    Zip Code

Telephone (H) (202) 371-9462 (W)    Counselor Leslie Milofsky, MA, ATR-BC

Attending School Hamilton Center    Teacher Ms. Cy Baptiste    Room _____ Section _____

**TARGETED BEHAVIOR(S):**    Additional Comments: ☐

- impulse control
- anger management
- oppositionality
- social skills

**POSITIVE INTERVENTION STRATEGIES:** Student Objective - with 80% mastery

- Rashaun will refrain from peer provocation, joining & physical/verbal aggression.
- Rashaun will express anger, frustration and disappointment appropriately.
- Rashaun will respond to redirection with one prompt and will refrain from using a disrespectful voice tone/language.
- Rashaun will work to improve his ability to empathize and to ignore negativity.

Implementation description -

Student will participate in Hamilton Center behavior management system which offers incentives for positive behavior including: points, Hamilton dollars and privileges of school store, field trips, assemblies, and progression up the level system. Student will receive consequences for negative bx which includes withholding of above incentives, and visits to ISS·CRC and therapist are available for clinical intervention which include: affirmation, engagement ; art studio pets, access to toys, games and art materials and additional material incentives earned through point system.

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

**MONITORING SYSTEM: Responsible Teacher -** _____

Describe System - _____

Data collection timeline - 

**FOLLOW-UP MEETING: Date -** _____



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

IEP Attachment B<br>Transportation

TRANSPORTATION DIVISION

**STUDENT TRANSPORTATION
DATA FORM**

*2006 – 2007*
School Year

*9077317*
STUDENT IDENTIFICATION NUMBER

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: _Cyd Baptiste_
Date of Request: _5/24/06_
Status of Request: _____
Date Request Received: _____
Person Receiving Request: _____

---

_Etta Jollah_
Parent / Guardian (Print legibly or type)

_(202) 371-9412_
Telephone (H)

_(202) 874-8823_
Telephone (W)

_(202) 874-8823_
Emergency Contact

_Danielle Brown - Daughter_
Relationship

_(202) 289-2043_
Telephone No.

_____
Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is

Student: ~~Last Name~~     ~~First Name~~   MI

House No.   Street Name          Quad.  Apt.
_Washington DC    20001_
City                State   Zip Code

_H/1  M  English   Hamilton Ctr (202) 425-3816_
DOB  Gender  Primary Language   Submitting School and Telephone Number

_Emotionally Disturbed_
Disability Classification              Medical Issues

**MODE OF TRANSPORTATION** [X] *Bus  [ ] Tokens  [ ] Farecards
SPECIAL ACCOMMODATIONS FOR BUS

Height _____  Weight _____

Oxygen      Tracheotomy tube    Seizures    Helmet

Harness      1:1 Aide    Behavioral issues _____

Medication _____   Specific allergies _____

Dosage required during transportation :
[ ] Yes  [ ] No   Dosage _____      [ ] PM [ ] AM

[ ] Mobility  [ ] Ambulatory ( [ ] Cane, [ ] Crutch, [ ] Walker)
[ ] Ambulatory w/ assistance ( [ ] Cane, [ ] Crutch, [ ] Walker)
[ ] Non Ambulatory ( [ ] Standard, [ ] Motorized, [ ] Oversized
                                      w/ lap tray  [ ] Yes  [ ] No)
[ ] Car Seat      [ ] Positioning Device
[ ] Special Restraint   [ ] Other, Describe: _____

---

Click one of the following:

[X] AM Pick-up & PM Drop-off is the same as the student address.

[ ] _____
AM Pick-up Address                                          Telephone No.

[ ] _____
PM Drop-off Address                                         Telephone No.

---

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

_Cyd Baptiste_                    _(202) 698-3888_        _5/24/06_
School Official requesting transportation service:   Telephone No.        Date

_Hamilton Ctr   1401 Brentwood Pkwy (202) 425-3816_
School to Attend:        Address of School          Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools     07-02-2001     Division of Special Education     IEP Attachment B



# EVALUATION TO JUSTIFY TRANSPORTATION

Student _____ ID# 9077317 DOB ___/___/95

Attending School _Hamilton Ctr_ Neighborhood School _Walker Jones_

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1.  [ ]  Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2.  [ ]  Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3.  [ ]  A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4.  [ ]  A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5.  [ ]  A severe communication disability prevents the student from communicating for his/her own safety Documentation source _____

6.  [✓]  A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7.  [ ]  The student is eligible for the preschool special education program and could not participate without special transportation.

8.  [✓]  ~~The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.~~

9.  [ ]  The student is medically fragile. Documentation source _____

10. [ ]  The student requires assistance to get on and off the bus. Documentation source _____

11. [ ]  The student is unable to function independently due to the severity of the disability. Documentation source _____

12. [ ]  The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. [ ]  Medical reports document that the student has a physical disability and/or severe health condition that prevents hiniflier from walking to school. Documentation source _____

14. [ ]  A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15. [ ]  Other (Specify)

    _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        APPENDIX-A

143

# DUE PROCESS COMPLAINT NOTICE
## In re R_____ H_____
### July 31, 2006

**Petitioner:**       Etta Jalloh
**Student:**          R_____ H_____
**DOB:**              ___/95
**Current School:**   Hamilton Center
**Residence:**        _____
                      Washington, DC 20001

*2006 JUL 31 PM 2: 21*
*DC PUBLIC SCHOOL SYSTEM*

## Petitioner's Contact Information for Special Education Purposes:

Tyrka & Houck, LLP
1726 Connecticut Ave. N.W. Suite 400
Washington, D.C. 20009
Tel:  202-265-4260
Fax:  202-265-4264

**Violations:**

1. Failure to conduct and review evaluations in all areas of suspected disability.
2. Failure to develop adequate IEPs.
3. Failure to provide necessary special education and related services.
4. Failure to provide an appropriate placement.

**Facts:**

1. At an MDT convened at the Center for Life Enrichment ("CLE") on June 16, 2004:
   a) the Team, *inter alia*:
      i)   developed an IEP prescribing:
           (1) 26 hours of specialized instruction;
           (2) 1.5 hours of psychological services;
      ii)  recommended completion of psychoeducational and speech and language evaluations by DCPS;
      iii) issued a prior notice placing R_____ at Hamilton Center for ESY in 2004 and for the 2004-2005 SY;
   b) the Petitioner:
      i)   refused to sign the June 16, 2004 IEP;
      ii)  objected to DCPS' placement for R_____ at the Hamilton Center.
2. DCPS has not completed:
   a) a speech and language evaluation of R_____ since June 16, 2004;
   b) a psychoeducational evaluation of R_____ since June 16, 2004.
3. At an MDT meeting convened at the Hamilton Center on July 19, 2006:
   a) DCPS:
      i)   failed to secure the attendance of all necessary MDT members, including R_____ current teacher, therapist, and evaluators;

144

    ii)  was unable to review a clinical psychological report of R█████, which was started on March 7, 2006, and completed the previous day, June 18, 2006;

    iii) presented encounter tracking forms to document R██████ receipt of psychological counseling, but only through April of 2005;

    iv) failed to present any information documenting R█████ educational progress;

    v)  drafted goals and objectives without reviewing all necessary evaluations and data;

    vi) developed an IEP without reviewing all necessary evaluations and data;

    vii) recommended completion of a psychoeducational evaluation;

  b)  the Petitioner:

    i)  objected to the development of and did not sign the IEP;

    ii) requested a change of placement for the 2006-2007 SY.

4.  R█████ has not received psychological services from Hamilton Center since April of 2005.

5.  The Petitioner is referring R█████ for admission into several appropriate private placements.

**Proposed resolution:**

1.  DCPS to immediately fund:

  a)  and place R█████ at an appropriate placement of the Petitioner's choosing with transportation;

  b)  independent speech and language and psychoeducational evaluations of R█████.

2.  DCPS to convene an MDT meeting within ten (10) days of R█████ placement at an appropriate private school of the Petitioner's choosing to:

  a)  review all current evaluations of R█████,

  b)  revise his IEP, and

  c)  develop an appropriate compensatory education for its failure to provide R█████ with:

    i)  psychological services since April of 2005;

    ii) an appropriate placement since the summer of 2004.

3.  DCPS to convene an MDT meeting within ten (10) days of receiving R█████ independent psychiatric and speech and language evaluations to:

  a)  review all current evaluations of R█████,

  b)  revise R█████ current IEP, and

  c)  develop a compensatory education plan for its failure to conduct and review these evaluations since June 16, 2004.

4.  DCPS to pay reasonable attorney fees and costs incurred in bringing and pursuing this case.

**Resolution Meeting:**

1.  The Petitioner contends that the entire IEP Team and a representative of the LEA with authority to:

  a.  immediately fund:

    i.  and place R█████ at an appropriate placement of the Petitioner's choosing with transportation;

    ii. independent speech and language and psychoeducational evaluations of R█████;

  b.  convene an MDT meeting within ten (10) days of R█████ placement at an appropriate private school of the Petitioner's choosing;

    c.  convene an MDT meeting within ten (10) days of receiving R██████ independent speech and language and psychoeducational evaluations

is a necessary attendee at any resolution meeting.

2.  If these individuals are not going to be in attendance, Petitioner requests that DCPS provide counsel with a written notice waiving its right to a resolution session 48 hours prior to any scheduled meeting.

3.  The Petitioner contends that any meeting not attended by the identified individuals is not a valid resolution session, but rather an informal settlement discussion.

4.  The Petitioner will be accompanied by his or her attorney at any resolution session convened subsequent to the filing of this complaint and will record any resolution session by analog or digital means.

5.  Any statements by the Petitioner or his or her representative during any resolution meeting or other settlement discussion incident to the filing of this complaint are for the purposes of compromise only.


Respectfully Submitted,


Douglas Tyrka
Tyrka & Houck, LLP
Attorneys for the Petitioner
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20008
(ph) (202) 265-4260
(f) (202) 265-4264

**TYRKA & HOUCK, LLP**
1726 Connecticut Ave., NW, Suite 400
Washington, DC 20009
(202) 265-4260 (ph)
(202) 265-4264 (fax)

### CONFIDENTIALITY NOTICE

This facsimile contains confidential information belonging to Tyrka & Houck or their client(s) that is intended solely for the recipient named below. If you are not the intended recipient named below or the agent or employee thereof, this transmission was sent to you in error, and your review, use, reproduction, publication, or distribution of this transmission or the contents thereof is strictly prohibited. Tyrka & Houck expressly preserves and asserts all privileges applicable to this transmission. If you have received this transmission in error, please read no further than this Confidentiality Notice and call the telephone number above to arrange for the return of this transmission at the cost of Tyrka & Houck. Thank you.

Recipient:        SHO

Fax number:

From:              Douglas Tyrka

Regarding:        R█████ H████ (D.O.B. ███/95)

Number of pages:  4 (including cover sheet)

Notes:       Due Process Complaint

2006 JUL 31 PM 2:21
DC PUBLIC
SCHOOL SYSTEM

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME  : 08/29/2006 14:16
                                        NAME  : STUDENT HEARINGS OFF
                                        FAX   : 2024425556
                                        TEL   : 2024425432
                                        SER.# : BROH3J608601
```

```
        DATE,TIME              08/29  14:16
        FAX NO./NAME           92654264
        DURATION              00:00:28
        PAGE(S)                01
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# District of Columbia Public Schools
### *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:   Parent (or Representative): *D. TYRKA*     Fax No.: *265-4264*

LEA Legal Counsel: *S. RAMJOHN-MOORE*

RE:   H_____, R_____ and (LEA) DOB: ___/__/95
            Student's Name

FROM:   **SHARON NEWSOME**
            Special Education Student Hearing Office Coordinator

DATE SENT: *8/29/06*

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
*7/31/06*. Please be advised that the hearing has been scheduled for:

DATE:   *9/29/06*

TIME:   *11:00 AM*

148

**Complaint Intake Unit**
**825 North Capitol Street, NE- 8th Fl.**
**Washington, DC 20002**
**(202) 724-6556**



# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Principal/Administrator**
                    **Special Education Coordinator**

Telephone Number: **(202) 698-3888**　　　　　Pages: *7*
      Fax Number: **(202) 698-3790**　　　　　　Date: July 31, 2006

---

**Please find attached a copy of a Scheduling Memorandum and a copy of the Due Process Complaint Notice regarding:**

Student: **R██████ H████**

School:  **Hamilton Center**

**The Complaint Intake Unit is responsible for providing parties with information notice that a Due Process Complaint has been filed with the Student Hearing Office.  If you have questions about the attached Notice, please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if you have questions about the content of the compliant you should contact your legal counsel for further advice.**

                                **Thank You**
                                **Pamela M. Brown**
                                **Staff Assistant**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally privileged.  The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

149

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556



# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney: Tyrka Douglas, Esq.**
**Parent: Etta Jalloh**

Telephone Number: **(202) 265-4260**          Pages: **3**
Fax Number: **(202) 265-4264**                Date: **July 31, 2006**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: **R████ H████**
School:  **Hamilton Center**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

                                   **Thank You**
                                   **Pamela Brown**

The document(s) accompanying this telecopy transmission contains confidential information that is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| **H████, R.**                    Petitioner | ) | |
| | ) | **HEARING OFFICER** |
| Vs. | ) | |
| | ) | |
| **DCPS** | ) | |
| **Hamilton Center** | . | |
| | ) | **DISTRICT OF COLUMBIA** |
| Respondent | ) | **PUBLIC SCHOOLS** |

## SCHEDULING MEMORANDUM

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **<u>The Student Hearing Office does not schedule or participate in resolution meetings</u>**.

2. The complaint notice was filed on **July 31, 2006**

3. The deadline for the resolution meeting is **August 15, 2006** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A. ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

   1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
   2. A description of other options that the IEP Team considered and the reasons why those options were rejected;
   3. A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

Rev'd. 7/6/05

4.    A description of the factors that is relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **August 10, 2006**.

C.    ***Deficiency Notice***.    A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is **August 15, 2006**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence.  A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice.  The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law.  The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 07/27/2006 22:12
                                    NAME  : STATE ENFORCEMENT
                                    FAX   : 2024425253
                                    TEL   :
                                    SER.# : 000D6J436181
```

```
DATE,TIME                    07/27  22:11
FAX NO./NAME                 92654264
DURATION                     00:00:56
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney: Tyrka Douglas, Esq.**
**Parent: Etta Jalloh**

Telephone Number: **(202) 265-4260**          Pages: **3**
Fax Number: **(202) 265-4264**          Date: **July 31, 2006**

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: R████ H████
School:  **Hamilton Center**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

**Thank You**

153

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
```

                                    TIME  : 07/27/2006 22:15
                                    NAME  : STATE ENFORCEMENT
                                    FAX   : 2024425253
                                    TEL   :
                                    SER.# : 000D6J436181

```
┌──────────────────────────────────────────────────────────────┐
│   DATE,TIME                  07/27  22:12                       │
│   FAX NO./NAME               96983790                           │
│   DURATION                   00:02:10                           │
│   PAGE(S)                    07                                 │
│   RESULT                     OK                                 │
│   MODE                       STANDARD                          │
│                              ECM                                │
└──────────────────────────────────────────────────────────────┘
```

**Complaint Intake Unit**
**825 North Capitol Street, NE- 8th Fl.**
**Washington, DC 20002**
**(202) 724-6556**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## **Time Sensitive Materials Attached**

**Prompt Attention: Principal/Administrator**
**Special Education Coordinator**

Telephone Number: **(202) 698-3888**                    Pages: 7
   Fax Number: **(202) 698-3790**                       Date: July 31, 2006

---

**Please find attached a copy of a Scheduling Memorandum and a copy of the Due
Process Complaint Notice regarding:**

Student: **R‑‑‑‑‑ H‑‑‑‑**

School:  **Hamilton Center**

**The Complaint Intake Unit is responsible for providing parties with information
notice that a Due Process Complaint has been filed with the Student Hearing**

154

GOVERNMENT OF THE DISTRICT OF COLUMBIA

+ + + + +

DEPARTMENT OF PUBLIC SCHOOLS

+ + + + +

OFFICE OF STUDENT HEARING

+ + + + +


#44444444444444444444444447

In the Matter of          5

R     H              5

#44444444444444444444444448


Washington, D.C.

Friday, September 29, 2006


The above-entitled matter came on
for hearing, pursuant to notice.




BEFORE:

COLES RUFF, Hearing Officer



APPEARANCES:

On Behalf of the Student/Parent:


**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C. 20005-3701     (202) 234-4433

155

DOUGLAS TYRKA, ESQ.


On Behalf of D.C. Public Schools:

STEPHANIE RAMJOHN-MOORE, ESQ.


This transcript was produced from

an audio CD provided by D.C. Public Schools.

I-N-D-E-X

| WITNESS: | DIRECT | CROSS |
| --- | --- | --- |

REDIRECT

| CHARLES HUGOGEY | 73 | -- | -- |
| --- | --- | --- | --- |
| ETTA JALLOW | 108 | 109 | 112 |
| KEITH COYLE | 115 | -- | -- |

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    (202) 234-4433

156

KENDRA HILL            121        --           --


| EXHIBITS | RECEIVED |
|----------|----------|
| Parents Exhibits | 6 |
| DCPS Exhibits | 6 |


| Items | Page |
|-------|------|
| Closing Argument by Mr. Tyrka | 126 |
| Closing Argument by Ms. Ramjohn-Moore | 127 |


P-R-O-C-E-E-D-I-N-G-S

HEARING OFFICER RUFF:   Good

morning.   Today's date is September 29th,

2006.   I'm Coles Ruff, Independent Hearing

Officer.   This is an Administrative Due

Process Hearing conducted under the

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

157

Individuals with Disabilities Education

Improvement Act.

This is in the matter of R██████

H█████.  R███████ date of birth is ██████ ██,

1995.  And is his school of attendance

Hamilton Center?

MS. RAMJOHN-MOORE:  Yes.

MR. TYRKA:  Yes, Hamilton Center.

HEARING OFFICER RUFF:  Could

everyone identify yourselves please.

MS. RAMJOHN-MOORE:  Stephanie

Ramjohn-Moore, attorney advisor District of

Columbia Public Schools.

MR. TYRKA:  Good morning.

Douglas Tyrka, counsel for the parent or

grandparent, parent.  Excuse me.

MS. JALLOW:  Etta Jallow, mother.

HEARING OFFICER RUFF:  Okay.

Good morning.  How do you pronounce your

last name?

MS. JALLOW:  Jallow.

HEARING OFFICER RUFF:  Jallow.

Okay.  Ms. Jallow, when I ask Mr. Tyrka did

he waive -- I haven't done that.

MR. TYRKA:  You haven't done

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433            WASHINGTON, D.C.  20005-3701            (202) 234-4433

158

that.

HEARING OFFICER RUFF:  You waive formal reading of the rights?

MR. TYRKA:  I do.

HEARING OFFICER RUFF:  You do. When I asked him, did he waive formal reading, that meant that I'm going to rely upon him to have inform you of all your rights and the procedures here in this hearing.  Okay.

I'll just add that I am an independent Hearing Officer.  I'm not an employee of the District of Columbia.  And in my role as a Hearing Officer, I'll listen to and consider all the evidence presented and make a fair and impartial decision. Okay.

MS. JALLOW:  Okay.

HEARING OFFICER RUFF:  All right. So we're still with Disclosures.  Mr. Tyrka has submitted a witness list and 21 documents.  Is that right?  20.  I've got --

MR. TYRKA:  21 tabs.

HEARING OFFICER RUFF:  21.

MR. TYRKA:  So there's a two page

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

159

cover letter.  That's why.

HEARING OFFICER RUFF:  Ms.
Ramjohn-Moore has presented a witness list
and five documents.  Any objection to these?

MR. TYRKA:  No objection.

HEARING OFFICER RUFF:  Ms. Moore.

MS. RAMJOHN-MOORE:  No objection.
I'm sorry.

HEARING OFFICER RUFF:  And
they'll be admitted.

(Whereupon, the
aforementioned documents
having been previously
marked for
identification was
received into
evidence.)

Okay.  Any preliminary matters?

MR. TYRKA:  I have a Motion for
Default Judgement.  Obviously we're all
familiar with this issue and we're aware
there has been historically, that is over
the past year, something of a split among
the hearing officers as to availability of
his relief and I've had this Hearing Officer

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

160

who is one who has not officially granted that kind of relief. However we are in a new year and now that the petitioner has the burden of proof. And accordingly I'm going to renew my arguments. I'll be a little more specific.          As the Hearing Officer is aware, 1415 requires that the respondent issue a response to any due process complaint. That response was must contain very specific information including all of the factors considered in making the decisions complained of. All records relied upon to make those decisions. All alternatives considered and why they were rejected. So it's very specific in that information.

There has been the opportunity yet given the -- under the law is for there to be a lot of case law on this. However there is one district court case, Massey DBC (phonetic), which is 400 F 2nd 66, which addresses this issue to a great degree and does away with any argument on the part of DCPS. That they do not have to comply with the strict requirements of 1415. Has very

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

161

strong language to the effect that DCPS has

to do exactly what 1415 requires and provide

all that information.

It also grants, it also found in

that case for the plaintiff that there was

no need to exhaust the administrative relief

and that the entire administrative process

was invalidated because DCPS had failed to

provide that information in their response.

In that context we have DCPS's

response to our complaint which is disclosed

as our number 19. And it is simply a flat

denial of claims. As a matter of fact, it

is not actually address all the claims.  We

argued a bad placement.  Inappropriate

placement, inappropriate IEP, and failure to

do evaluations.  They do not indicate why

they decided not to do the evaluations.

They do not indicate why they developed the

IEP as they did.  What other options they

considered etcetera.  They did not indicate

why they made the placement they did, what

records they relied upon, and what other

options they considered.

This is especially important

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

162

again because we have the burden of proof,
but also in this case I'll note that, this
may become an issue in the hearing as well
if we continue, our document number 21 is a
Hearing Record Request pursuant to the law
and regulations requesting all relevant
documents.  This does not imply that they've
received no reply whatsoever.  Which means
that at the moment, the only documents we
have regarding R███████ time at Hamilton,
other than some IEP notes, are Encounter
Tracking Forms from 2002 through 2005.  So
we do not even have any (inaudible) ones.

But that is only for the related
service of counseling.  We have nothing
regarding grades.  Nothing regarding
standardized test scores.  Nothing showing
performance in any way, shape or form.  No
comments from the teachers.  Nothing like
that.

So DCPS has come in to this case
having denied us all information which we
are entitled under law and which we need to
make our case.  Schafer (phonetic) v Weiss
(phonetic) as we know is the case that put

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

163

the burden firmly on the parent and resulted
in the change of regulation in this
jurisdiction.  But Schafer acknowledged, and
this is quoting from another case
unfortunately titled only USB New York and
HR.  But I'll give you the case citation
which is 35 355 US 253.  Which discusses the
ordinary, this is a quote, "The ordinary
rule based on considerations of fairness
does not place the burden upon the litigant
of establishing facts particularly within
the knowledge of his adversary."

Now the reason Schafer none-the-
less felt comfortable in shifting the burden
on to the petitioner despite the fact that
the petitioner didn't have that information
is because of the very strong protections
written in to the law regarding the
production of records, regarding the
production of a response to complaint would
all give that information to the petitioner.

None of those have been complied
with and documenting the case DCPS has made
it, through their illegal behavior, nearly
impossibly for the petitioner to make her

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

164

case and have a fair Due Process Hearing
here accordingly we are asking for a Default
Judgement.

        MS. RAMJOHN-MOORE:  May I
respond?

        HEARING OFFICER RUFF:  Yes,
certainly.

        MS. RAMJOHN-MOORE:  Mr. Tyrka
misstates 1415.  1415 discusses Prior
Notices and it discusses responses.  Those
are two separate entities.  If the Prior
Notice has to contain all the information
that he speaks of.  In the event that a
Prior Notice was not sent, then a response
is due after the complaint is filed within
15 days.  If you take a look at DCPS's
response, number one, DCPS denies
allegation, it failed to complete a Speech
and Language Evaluation and a Psycho-
educational Evaluation.  Recommendations are
not mandates for the MDT team to follow.
Two years have elapsed since June 16, 2004.
And DCPS has no record of the parent
requesting either of these evaluations.  So
I don't know how much more specific

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

165

plaintiff's counsel would like us to be.

Number two, DCPS denies the allegation that the Hamilton Center is not reasonably calculated. Reasonably calculated is used because that is the term that is given in the IDEA Statute 2004 to determine -- and case law. That is the standard necessary for an IEP to give an appropriate education to the student. And that also addresses the IEP in two.

So I've addressed all these issues raised in his complaint and so DCPS should not be defaulted out as there has been no issues of substance determined at this time. And it has to be on the merits. It can not just be a default on procedural deficits.

In addition, DCPS provided Mr. Tyrka with the records that it had. Under the Individuals With Disabilities Act, DCPS is to provide access to records. Not copy records, but to provide access. There's nothing in the record that shows Mr. Tyrka alerted the school of any appointment that he chose to make to come over to the school,

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

166

review the records in the child's file, and
make the copies himself.  These are the
records that were provided as a courtesy to
Mr. Tyrka.  And if this is what Mr. Tyrka
received, then this is what the school
system had.

And if he chose to challenge that
in any way, there is a process in the
District of Columbia Municipal Regulations
to challenge either the omission, the
deletion, or inaccurate records that a
school may have.  And he did none of those
things.                    HEARING OFFICER RUFF:
You want to make a response to that?

MR. TYRKA:  Yes, sure please.
First off, I'm -- counsel says that I'm
confusing the Prior Notice requirements and
the Response requirements.  That's not the
case.  I'm aware that they're different
things.  However there is also quite a lot
of overlap.  I don't need to rely on that
overlap.  The language of what's required in
Response is very clearly laid out in 1415.
It says exactly what I said.  I can't quote
it verbatim, but it does say to provide

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

167

those pieces of information.

I discussed in my original motion that Massey, as I said, backs that up completely. And walk through and says you have to provide explanation of all reasons. You have to lay out all records you relied upon. You have to talk about all alternatives you considered and why you rejected them. That's in the Response not just in the Prior Notice.

Regarding what record production there was, there was zero. So there's representation that DCPS gave us what they had, is simply false. Our Records Request was on September 5th. And there's been no response what-so-ever to the Records Request. There were records given to us at a meeting on October 31st, given to petitioner's advocate. And those were the Encounter Tracking Forms. And nothing else was given to us despite the fact these very same things were requested. But there's been no response to September 5th letter.

Finally as far as the burden on DCPS in producing those records. In the

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

168

general regulations regarding the production

of records and the parents access to them,

it's true that DCPS can comply with that by

allowing the parent access.  Traditionally,

in our experience, the DCPS proffers just to

send them to us.  There have been times when

we have made appointments to review them

instead.  However we're not talking about

just that basic regulation now.  We're also

talking about, if you'll excuse me, DC Reg

53021.8.

      HEARING OFFICER RUFF:  What is it

again?

      MR. TYRKA:  Excuse me.  I'm

sorry.  Excuse me.  Excuse me.  That was

correct.  DC Reg 5 Section 3021.8.

      MS. RAMJOHN-MOORE:  You're

talking about Title 5.

      MR. TYRKA:  Yes.

      MS. RAMJOHN-MOORE:  It's not code

5.  It's Title 5.

      HEARING OFFICER RUFF:  Okay.  We

understand.

      MR. TYRKA:  I didn't say it was

Code 5.  Okay.  This regulation kicks in,

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

169

once a hearing has been filed or a hearing has been scheduled.  So this isn't the general regulation requiring the production or were availability of records.  This kicks in once a Hearing Request has been filed. And in that case it specifically gives a language and in fact we quoted in our Records Request.  "A person shall the rights to examine all portions of the students records prior to the hearing."  So this kicks in once there's a hearing.  "Including the right to examine and upon request receive copies of any test results, reports, or other data upon which the proposed action is based."

And we specifically set the regulation, we specifically quote it in our Records Request.  And this was completely ignored.

So at a minimum DCPS could have called us or written to us and said, "Hey if you want to, you know, we can't copy these. They're too voluminous.  If you want to come look at them that's fine."  Now we were there in person on two occasions on the last

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

170

few months and they didn't have them for us then even though we requested them.

In any case the records are not the only issue, I mean, if this hearing goes forward, I think there's a records issue as far as what case DCPS may put on. But the default I think is, I mean, that's really unfortunately that was kind of insult to injury. The default, I think is based on the response and DCPS's failure to give one.

HEARING OFFICER RUFF: Okay. All right. I'm not going to grant a default on this. As you indicated at the outset, I'm not inclined that the response that was provided is insufficient and that it warrants a default. They did file a response. And I think what Ms. Ramjohn-Moore has pointed to is sufficient in my mind.

And so if there's some other direction that needs to have all the specifics that are there. I note that their language does mirror the prior notice language, but I haven't seen anything, interpretation of case law that says that

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

171

the response warrants that that, the
response not meeting those requirements
warrants a default.

MR. TYRKA:  There's not a case
directing on point, there's very certainly a
case that says what the response must
contain and that's Massey.  There's no
question about that.  Massey hits that point
head on.  Massey didn't happen to be a
default case instead the issue --

HEARING OFFICER RUFF:  Yes, and
it wasn't even the response to a Due Process
hearing Complaint.

MR. TYRKA:  Yes it was, it was.
In Massey there was a Due Process Complaint
--

HEARING OFFICER RUFF:  Yes, there
was a Due Process Complaint.

MR. TYRKA:  DCPS --

HEARING OFFICER RUFF:  But the
failure was with regard, and it's my
recollection, the failure was with regard to
the Prior Notice.

MR. TYRKA:  No, it was not.  What
had happened was, what had happened was the

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

172

petitioner had filed the complaint.  DCPS
had responded to the complaint with a Prior
Notice which they had not done before.

HEARING OFFICER RUFF:  Right.

MR. TYRKA:  DCPS then argued
before the District Court that the Prior
Notice satisfied the requirement of a
response.  And the court said no, this Prior
Notice does not satisfy the requirement of
the response.

So what they filed was in fact a
Prior Notice, but they tried to say it
constituted a response.  And the court said
no.  You have to approximate the response
and it meets these requirements.

HEARING OFFICER RUFF:  So I mean
in this case there clearly was a response.
It doesn't have the detail that the Prior
Notice would have, but I'm concluding that
the response is sufficient.  I'm not going
to grant a default on it.

MR. TYRKA:  Okay.  I'm just
thinking that Massey does in fact say what
the response has to have.  It's a different
question but that I do not represent that

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

173

Massey said you can grant the default.

       HEARING OFFICER RUFF:  Okay.
Great.  Moving on.  What I'll do with regard
to the records, I mean you acknowledged that
there are some records here.  I'll just deal
with whatever records were requested and
exist.  And deal with those issues
evidentiary as we go through the case.
Okay.  So let's outline the issues that
you're alleging.

       MR. TYRKA:  Sure.  What I'd like
to do since our case will, our case in chief
was (inaudible) entirely on the documents
and some through the lack there of.

       HEARING OFFICER RUFF:  Yes.

       MR. TYRKA:  As I go through each
argument I will just refer the documents.
So instead of us going through a full
opening.

       HEARING OFFICER RUFF:  Okay.

       MR. TYRKA:  Does that work for
you?

       HEARING OFFICER RUFF:  Great.
That works for me.

       MR. TYRKA:  First to address the

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

174

evaluations issue.  We claim that the speech
and language and psycho ed should have been
done and have not been done.

HEARING OFFICER RUFF:  Now let's
deal with, let's -- I have some question
about this Statute of Limitations because --
let me just clarify some factual issues that
may —

MR. TYRKA:  Sure.

HEARING OFFICER RUFF:  -- that
may speed us up here.  It's my understanding
that R██████ was -- is that correct?  R█████.

MS. JALLOW:  Yes.

HEARING OFFICER RUFF:  R██████ was
first found eligible for the ED
Classification, was it October?  Now the
first IEP I see is dated June 16th, '04.

MR. TYRKA:  Yes, that's not the
first IEP though.

HEARING OFFICER RUFF:  Okay.
Because that IEP indicates that he was first
found eligible October 2nd, '02.  What is
that?  Your number 4.

MR. TYRKA:  That makes sense.
Yes, that's our number 4.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

175

HEARING OFFICER RUFF:  See and they indicate this IEP as far as the "initial" IEP box is checked.  That's why I'm wondering whether it's the initial IEP. Do you have an IEP that's dated prior to this?

MR. TYRKA:  I'm afraid I don't recall offhand.  I do know that at the time of the June '04 IEP, R‑‑‑‑‑ was in a private special education school.  He was in CLE, do you remember CLE?

HEARING OFFICER RUFF:  Center for Life Enrichment.

MR. TYRKA:  Center for Life Enrichment.

Had he been there for one year or two years?

MS. JALLOW:  For one year.

MR. TYRKA:  He had been there for one year.  So it's possible.

HEARING OFFICER RUFF:  In June '04 he was concluding at -- oh Center for Life Enrichment.  Okay.

MR. TYRKA:  Correct.  At the June '04 meeting, DCPS moved him to Hamilton.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

176

HEARING OFFICER RUFF:  Okay.  All right.  But you don't have an IEP prior to this one.

MR. TYRKA:  I don't have one disclosed.

HEARING OFFICER RUFF:  Okay.

MR. TYRKA:  I believe --

HEARING OFFICER RUFF:  Yes, I just found it odd the eligibility date was two years prior.  Almost two years prior to this IEP, and this IEP was is, it's indicated it was the initial IEP.

MR. TYRKA:  Yes, I don't know how.

HEARING OFFICER RUFF:  All right.

MR. TYRKA:  I don't know how. That might have been a typo.

MS. RAMJOHN-MOORE:  Well that might have been an eligibility decision.  He might not have been found eligible in 2002. That's just the date of the last eligibility decision.  Do you see what I'm saying?

MR. TYRKA:  That is possible. That is possible.

HEARING OFFICER RUFF:  I hear

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

177

what you're saying, but it doesn't seem logical.

MS. RAMJOHN-MOORE:  In 2002, they might have tested him, and he might not have been found eligible in 2002.  Then in 2004, he was retested and found eligible.

MR. TYRKA:  The question would be why he was in the school since I bet he was in the school placed by HOD, it is, that's correct.  I mean, it's theoretically possible that he could have been found ineligible --

HEARING OFFICER RUFF:  Yes, and I would take that to mean, I've never took that phrase to mean the date of the most recent ineligibility decision versus eligible.  I always took that to mean when he was found eligible.  Right.  But anyway. Okay.  All right.

Well that, so my question is, are any of your claims prior to July 2004?

MR. TYRKA:  No.

HEARING OFFICER RUFF:  Okay. Great.  Now go ahead.

MR. TYRKA:  However some of them

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

178

are based on events in June '04.  And this
evaluation is one of them.  There's a lot of
talk in the notes, what you have here is our
Disclosure 4.  That the need for different
evaluations, going forward.  I'll try to
find the most concise statement for ease.
Yes, we look at the last page of the notes
in the first handwriting which are DCPS's
notes.  So we have the IEP.  I'm sorry.  I'm
on number 5.  I'm on number 5.  Excuse me.
Let me see.  One, two, three, four, five.
Six.  Six pages of notes, sixth page of
notes.  On the top right it says, page 3.
The narrative in between notes.

   MS. RAMJOHN-MOORE:  So are we in
6, because I don't have 6 pages of notes.

   MR. TYRKA:  Excuse me.  My bad
again.  Excuse me.  We are on 6.  We're now
on number 6 page 3.

   HEARING OFFICER RUFF:  Page 3.

   MR. TYRKA:  And at the top we
have DCPS will do a new psycho-ed and a
speech eval to get present levels.  These
are the notes from I believe Martin Cherry
(phonetic), but in any case, these are the

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

179

DCPS notes.  Earlier in those notes --

HEARING OFFICER RUFF:  So what's
the claim that those evals were never done.

MR. TYRKA:  Those evals were
never done.

HEARING OFFICER RUFF:  So a
psycho-ed and a speech eval.

MR. TYRKA:  Yes.  Earlier in the
notes there's several, yes, there's a lot
more discussion about the need for the
evaluations, but I just picked out the most
concise thing about it.

HEARING OFFICER RUFF:  Psycho-ed
and speech evaluation.

MR. TYRKA:  As we already
discussed, DCPS's response, in response to
that claim appears to argue that well to the
recommendation alone does not put on DCPS an
obligation to do those evaluations.  But
it's not a recommendation.  This is in fact
is a promise by DCPS in their
representatives own handwriting to do this
evaluation.  So I think that alone is
sufficient to establish a --

HEARING OFFICER RUFF:  Question.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

180

Did I see somewhere that there was a 2004,
there was a 2004?  Maybe it was because in
your complaint you say, speech language.
Did they do a speech language and psycho-ed
in '04?  And the reason I'm asking that
question is because the way this is drafted.

MR. TYRKA:  No, June 16th, '04 was
the date of this meeting.

HEARING OFFICER RUFF:  Okay.

MR. TYRKA:  So the complaint says
the meeting of June 16th, '04 is when they
said they will do the evals.  They haven't
done it since June 16th, '04.

HEARING OFFICER RUFF:  Okay.

MR. TYRKA:  So regarding the
statute issue, well it goes back to June
it's an ongoing violation --

HEARING OFFICER RUFF:  Yes.

MR. TYRKA:  -- (inaudible) eval
therefore, consider.

Regarding the IEP's.

HEARING OFFICER RUFF:  Yes.

MR. TYRKA:  Well all over the
notes that we were just flipping through
this June 16th, '04 IEP, DCPS acknowledges

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

181

that this is only a draft and that this
needs to be redone.

      And I'm on the first page of RH
5.  Says, "Draft of IEP submitted by DCPS
because of the lack of current information.
Goals are not so accurate as we would hope.
Therefore I'm recommending a 30-60 day
review of the IEP to review goals."

      HEARING OFFICER RUFF:  Yes.

      MR. TYRKA:  The next page very
similar statements by Martin Cherry.  "We
mentioned we had this limited.  None of us
can be more accurate at this time.  We have
asked for a psycho-ed eval on the 30 to 60
day review.  At that time we can be more
accurate and make any changes necessary."
That review never occurred.  Further more
the IEP was never updated at all until July
19th, '06.

      HEARING OFFICER RUFF:  So he did
not have an '05 update?

      MR. TYRKA:  He did not have an
update from June '04 to July 19th, '06.  And
actually RH 11 is the July 19th, '06 IEP.
And indicates right there date of the last

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

182

meeting June 16th, '04.  Unfortunately this
IEP has not be adequately developed.  Well
for one thing it's not --

HEARING OFFICER RUFF:  The '06
IEP.

MR. TYRKA:  Correct.

HEARING OFFICER RUFF:  Okay.

MR. TYRKA:  For one thing it's
not based on the evaluations that were
necessary.  Mainly they psycho-ed and the
speech and language.

HEARING OFFICER RUFF:  Those
still weren't conducted.

MR. TYRKA:  They still weren't
conducted and the fact, those missing
evaluations were exactly why the team in '04
felt that it could not do a complete and
accurate IEP, at that time.  So it still had
not been done at the time of this July 19th
meeting.  Furthermore, the only attendees of
the July 19th meeting -- and I'm now at HR 12
and the notes from that meeting.

HEARING OFFICER RUFF:  Yes.

MR. TYRKA:  There's no
psychologist present despite the fact that

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C.  20005-3701     (202) 234-4433

183

R███████has always been classified as ED.

And none of R███████ teachers were present.

There was somebody who signed in as acting

teacher, but it indicates in the notes that

she was not in fact his teacher.  Or he,

she.  Was not in fact his teacher.

       HEARING OFFICER RUFF:  Okay.

       MR. TYRKA:  Finally the most

recent meeting, August 31st.  No IEP was

developed at all, but there are notes of

that meeting at our Disclosures 14 and 15.

       HEARING OFFICER RUFF:  Okay.  I

have four violations.  I have four alleged

violations.

       MR. TYRKA:  Sure.  I'm still

going on.

       HEARING OFFICER RUFF:  Okay.

       MR. TYRKA:  The -- now regarding

the placement --

       HEARING OFFICER RUFF:  So even,

so even at the August meeting they didn't

complete an IEP?

       MR. TYRKA:  Correct.

       HEARING OFFICER RUFF:  They're

just more notes.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

184

MR. TYRKA:  There's more notes. They talk about what I believe is the -- it's a little confusing because it talks about reviewing a psycho educational evaluation.  It's unclear to me because I've never seen this evaluation.  I think they may have been talking about the Clinical Evaluation.  But there was a recent Clinical Evaluation which is our number 3.  So it may have been what they were talking about.  But it's not clear to me.

But they do conclude the meeting, this is on the second page of our number 14. They conclude the meeting recommending an Educational Evaluation, and FBA, Behavior Intervention Plan and a Social History.

HEARING OFFICER RUFF:  No meetings since?

MR. TYRKA:  No meetings since. That's all regarding the evaluations and the IEP's.

Now as far as the placement goes --

HEARING OFFICER RUFF:  I'm not asking as a fact.  I'm just asking what is -

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

185

MS. RAMJOHN-MOORE:  No, no, no.
I'm biding my time.

HEARING OFFICER RUFF:  All right.

MS. RAMJOHN-MOORE:  Just waiting
until it's my turn.

HEARING OFFICER RUFF:  So what
additional violations are after the four I
have?

MR. TYRKA:  Well now we have to
talk about the placement at Hamilton --

HEARING OFFICER RUFF:  Yes.

MR. TYRKA:  -- and whether the
services had been provided.  And we are now
back again at the issue regarding documents.
The first the only group of documents, the
only documents period, we've been provided
regarding provision of services or
instruction and performance are the
Encounter Tracking Forms which is our number
16.

HEARING OFFICER RUFF:  You only
have one related service, right?

MR. TYRKA:  Correct.  Counseling.
Those documents --

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

186

HEARING OFFICER RUFF:  And you weren't provided any kind of report card?

MR. TYRKA:  Correct.

HEARING OFFICER RUFF:  The parent didn't provide you any?

MR. TYRKA:  Correct.

HEARING OFFICER RUFF:  Okay.

MR. TYRKA:  The -- those documents run only until May 23rd, '05.  And also within those documents themselves they show as is often the case of Encounter Tracking Forms, sessions missed, do no fault of the students, that were never made up. In fact the very first one I'm looking at our Disclosure number 16.  The very first one is somewhat typical.  "Student unavailable for group counseling, school activity."  There's another one on the same page.  "Student unavailable for scheduled group counseling/ school activity."  No indication that those sessions were ever made up.

So even within that time period, it is clear that he did not receive all the counseling he was supposed to receive.  But

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

187

as I said there's no indication that he

received any counseling what so ever after

May '05.  Now --

        HEARING OFFICER RUFF:  So they --

the tracking forms were how did you obtain

those?

        MR. TYRKA:  Those were provided

to the petitioners advocate in either the

July or August meeting.  I believe it was

the August meeting.  At both meetings, give

me a second, I'll make a fuller

representation about that.  I guess they

were provided right after the August 31st

meeting.  Our number 15, "The advocates

notes and Encounter Tracking Forms needed to

be printed out for review.  Hamilton states

it will provide this."  As I recall they

provided them actually at the meeting.

        HEARING OFFICER RUFF:  Yes.

        MR. TYRKA:  It was right after.

Now that's despite the fact that in both

July and August, the advocate specifically

complained about the absence of records, the

absence of a teacher who could talk about

what his progress was.  The absence of any

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

188

evidence whatsoever what his education levels were. And the concurring inability to develop an IEP to determine the appropriate placement.

So now we are squarely on back on this issue where even if we don't have a default, we have a question of what the appropriate remedy is for DCPS's failure to do this. And if I may, since this is new ground again, I'll review some arguments that, I know, the Hearing Officer has heard from me before but as applied to this case.

Spegler (phonetic) DDC which is 866 F 2nd 461, is the case in this circuit that establishes that where the IDEA is silent as to how to address a particular procedural issue, the most closely analogous rules are applied instead. In Spegler that was the case that established the Statute of Limitation before there was, for an appeal before there was one written in to the law.

Now the IDEA has these requirement production of records. Both the general requirement and also the one that kicks in once a hearing has been filed, as

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

189

we discussed earlier.  The -- it does not
say anything about what happens if those
records are not in fact produced.  Now there
have been times where I have brought a
hearing specifically to produce records, but
when we have a situation where we already
have indication that a child is not doing
well and we're talking about something as
substantial as the nature of the placement
itself, it is not fair to say to the parent
that you have to go through what can be,
given the time lines six months or a year,
of fighting over getting records just so you
can see whether the placement is appropriate
or not.

Instead I think it's very
appropriate to require DCPS to produce them.
So I think those rules are very closely
analogous to the Discovery Rules.  There's
plenty and plenty of case law regarding what
happens when the Discovery Rules have been
violated.  As a basic idea, any case law you
ever see will say that, "A judge is
permitted to grant extensive sanctions even
as extensive as default.  But certainly less

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

190

extensive sanctions including inferences against the party who violated the rules. Inferences in favor of the complaining party. Things like attorney's fees etcetera were shown to apply as well to this context. And you can craft the sanctions as the judge likes."

In the one thing they're universally clear about is that the party who denies the discovery can not sit back and profit from that denial when it does not have the burden on the point. And there's a good quote here from Webb v DC which is 189 FRD 180 District Court Case. "As the plaintiff should not be forced to reconstruct through circumstantial evidence what he was entitled to receive from the defendant in discovery." That's exactly the situation that we're in now.

Now also in this district, excuse me, this jurisdiction, our circuit takes a much stronger stance on discovery violations. And in Dellems (phonetic) v Powell it's 566 F 2nd 231. A circuit court held that not only did the trial court have

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

191

discretion to craft sanction or discovery
when there were discovery violations.  The -
- they held it was abuse of discretion not
to grant the most severe sanction available.

In Dellems, a plaintiff had been,
a defendant had sent the plaintiff a
Discovery Request just simple
Interrogatories and Document Production
Request.  There was no Motion to Compel.
There was nothing.  Just a basic Discovery
they sent out.  Plaintiff did not respond.
The judge allowed the plaintiff to go on
with the case and to respond late.  It got
it appealed.  Went up to the circuit and the
circuit said, "It was abuse of discretion to
even allow that plaintiff to continue in the
case because they had violated Discovery
Rules."

And that is, you know, in that
situation that was one plaintiff in a Class
Action lawsuit.  It was, you know, there was
many things that made it a far more
sympathetic case.  Here we have DCPS obliged
to provide these records.  These records are
virtually the entirety of our case.  And

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

192

given as I said that quote from Webb and the universal agreement that someone can not profit from their own discovery violations. I think that the Hearing Officer to make an inference on the parent's behalf that the school records that have not been provided indicate that R███████ has not provided, been provided adequate education and services at Hamilton.  And that they can not provide an educational benefit, going forward.

HEARING OFFICER RUFF:  Now what is your specific claim with regard to the inappropriateness of the placement?

MR. TYRKA:  That is not educating him adequately either under his IEP or by any standards.  I mean right now his IEP's are clearly invalid.  So I think on that basis alone, DCPS can't defend it's placement.  But our general allegation is simply that the petitioner does not believe that R█████ has been progressing adequately will at Hamilton.  And this is from her personal judgement of his abilities.

HEARING OFFICER RUFF:  Okay.  You a -- who are you calling as a witness?

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

193

MR. TYRKA:  I'm not.  I'm asking for those inferences.

HEARING OFFICER RUFF:  Even if I give those inferences, I'm not going to give you a judgement at this moment.  You're asking me for inferences and then you're asking me to make conclusions, Findings of Fact, Conclusions of Law based upon inferences.  And I've got a whole record here decide.  I'm not going to decide that now.             So if -- here's your opportunity to put on your case.  If you want to with, withhold any of the evidence and go with that, I'm still going to allow her to move forward.

MR. TYRKA:  I understand that.

HEARING OFFICER RUFF:  In defense.

MR. TYRKA:  I understand that. I'm asking for a rule on the inferences. It's possible that if the Hearing Officer were to say --

HEARING OFFICER RUFF:  I mean you're asking me for to infer because you have no more tracking forms then what you

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

194

were provided.  You were not provided any

report cards, any academic progress reports,

by the parent.

        MR. TYRKA:  Teacher reports.

Test scores.

        HEARING OFFICER RUFF:  And not

from the school based upon the request you

made with (inaudible) on September 5th.  That

I, from that, I infer that the student

wasn't receiving all the services that were,

at least, in the IEP.  And that's separate

from your allegations the IEP's weren't

appropriate.

        MR. TYRKA:  Right.  I mean that's

close.

        HEARING OFFICER RUFF:  And he

wasn't making academic progress.

        MR. TYRKA:  Request were made in

July and in August and then by letter in

September.

        HEARING OFFICER RUFF:  By

meetings by Ms. Millis (phonetic).

        MR. TYRKA:  At the meetings by

Ms. Millis.  And then in a letter in

September following the scheduling of the

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

195

BY MS. RAMJOHN-MOORE:

A     The IEP --

MS. RAMJOHN-MOORE:  Hold up.
Hold up.  Hold up.

MR. TYRKA:  I'm only saying it
now because last time you told me I was to
late after I had objected after the fact,
so.

HEARING OFFICER RUFF:  You mean
on his testimony.

MR. TYRKA:  Yes.

HEARING OFFICER RUFF:  Well he
only testified that they had been done.  We
weren't going any further than that in the
evaluations.

MS. RAMJOHN-MOORE:  Can I?

HEARING OFFICER RUFF:  Yes, go
ahead.

BY MS. RAMJOHN-MOORE:

Q     Sir.

A     Yes.

Q     Can you hear me?

A     Yes, it was -- we did this year.
There are numerous invitations that were
sent to the --

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

236

MR. TYRKA:  It's also in the documents that are not presented.

THE WITNESS:  No, no, no.

HEARING OFFICER RUFF:  What I'll do --

MS. RAMJOHN-MOORE:  Excuse me. Hold on.

THE WITNESS:  Yes.

HEARING OFFICER RUFF:  I'm going to allow him to testify about a document. The fact that they haven't produced the documents is a credibility issue, okay.  You can argue that to me.  Okay.

MR. TYRKA:  Okay.

HEARING OFFICER RUFF:  And as to why they haven't been produced when you've requested them and that is still an argument that you will be allowed to make.

MR. TYRKA:  Okay.  Then for simplicity can we just have a running objection to any testimony regarding any documents not in evidence.

HEARING OFFICER RUFF:  Exactly.

MS. RAMJOHN-MOORE:  Great.

MR. TYRKA:  Okay.  That works for

237

me.

BY MS. RAMJOHN-MOORE:

Q    Mr. Hugogey.

A    Yes.

Q    You may continue.

A    Okay.  We had the numerous invitations that we sent to the office of the advocate.  You know, for a meeting, the confirmation at the end of our meets.  So consequently we called, we called the office of Hart (phonetic).  You know, then they told the name changed to Tacker (phonetic) and Hart.  I know that information is on file.  It was also documented and given to Ms. Millis where she had written us initially stating that the IEP was late.  And I presented that in the meeting, the numerous times that we tried to contact them and they name changed from Hart to Tacker and Hart.  I say it doesn't matter who, but the invitation was sent.

We contacted Ms. Etta Jallow, the parent of the student for our IEP Meeting.  She declined.  It was until I contacted Child and Family Services for a (inaudible)

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

238

and neglect, that the social worker Ms.

Williams decided to contact Ms. Jallow

saying that she was going to charge her with

(inaudible) and neglect.  It was at that

point that Ms. Millis also contacted us to

schedule this meeting.

       That's why the IEP has not been

done for the time that he has been here.

Made numerous effort to contact the family.

They had told me to (inaudible) and they

declined.

      Q    Mr. Hugogey.

      A    Yes.

      Q    Did you ever send this

information to the attorney when they made

their Records Request?

      A    Yes, they were all sent to the

attorney.

      Q    Did you receive a Records Request

dated September 5th, 2006 from a Mike

Tishorni (phonetic)?

      A    What was the date?

      Q    September 5th, 2006.

      A    I know I received, yes, yes, we

did.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433   WASHINGTON, D.C. 20005-3701   (202) 234-4433

239

Q    And were those documents that you
just referred to sent to?

A    Everything was copied including
the letter that was sent to Child and Family
Services.  They were all copied and sent to
the Office of Tacker and Hart.

HEARING OFFICER RUFF:  Do you, do
you have, do you have a copy, in other
words, everything that you produced and
sent, did you retain a copy of that package
that you sent?

THE WITNESS:   Yes, what we sent
the objectives that were on file.  Yes.  I
sent also the letter explaining why the IEP
because, at that point I knew from what she
said, that she was taking the case to the
hearing.  I said, "Well that is fine."  You
know, and you have the fact that you have
noticed one date to schedule meetings.  It
was nothing we can do regarding the meeting.
Until I called at the Child and Family
Services who then told them to come in for
the meeting that we just had.

HEARING OFFICER RUFF:  Just a
minute.  When did when did you send those

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

240

documents?

THE WITNESS:    It was sent after, I believe, last month.

HEARING OFFICER RUFF:  Do you have a copy of the letter that you sent with the document?

THE WITNESS:  One minute.  Yes, I have a copy of the letter that I sent with the document that them is not.  I have it here.  I can fax it right away.

BY MS. RAMJOHN-MOORE:

Q    Could you fax it to me right away?

A    But of course.

HEARING OFFICER RUFF:  And how did you send it, by fax?

THE WITNESS:    It was sent the, my office staff sent it, I believe it was either by fax or by mail.  I know she was in receipt of it because she brought some of the copies of the IEP.  I said it was not clear.  The day before yesterday which I gave her a different copy.  And she can testify to that.  She's there at this time.

BY MS. RAMJOHN-MOORE:

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C.  20005-3701        (202) 234-4433

241

Q    Who did you say that?

A    Sharon Millis.

Q    She said the copy of the IEP was
--

A    She said a copy, one of the
copies of the information pieces of the
information that I had sent to her did not
come out unclearly.  And I had to make
another copy for her right there in the
office.  This was just two days ago.

MR. TYRKA:  I want to renew my
objection about all of this testimony --

HEARING OFFICER RUFF:  Just a
moment.

MR. TYRKA:  I just want to point
out, here's a copy of the IEP under
(inaudible).  It's perfectly clear.  There's
also no fax line on it.  You know.

MS. RAMJOHN-MOORE:  Well why
don't --

MR. TYRKA:  I mean this is just
such a terrible terrible abuse to allow a
witness to come testify about a bunch of
documents that have never been submitted in
to evidence.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

242

DCPS counsel has an obligation to this Hearing Officer, this entire process, and to the parent's of the children they are trying to educate, supposedly, to come up here and give this parent a true Due Process Hearing. And they have been violating this across the board. And I don't think it can be permitted.

We have the copy of the documents that we have. We now have this witness saying that Ms. Millis came and said to him, "The copy you sent to me was not clear." Well our copies are perfectly clear. They had the fax line back from July 18th. It's not since September. I mean it's just ludicrous for them to come in here. They can say whatever they want and there's absolutely no way for me to do anything to contest any of this. Because he just makes it all up. He's sitting looking at a desk full of papers.

MS. RAMJOHN-MOORE: I want to object to him characterizing my witness that way. I'll object to that.

MR. TYRKA: I'm not

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

243

characterizing him anyway.  I'm saying, you could do that.  I'm saying you could do that.

HEARING OFFICER RUFF:  You make ramification to me.  As a member of the bar, as far as you know, that Mr. Hugogey did not send you any documents in response to that September 5th request.

MR. TYRKA:  Absolutely I am.  And I'll be more specific.  Before yesterday I was preparing for this hearing and again today before I went in to here, I checked and I can have him testify.  I checked and no this is word product so I'm not getting to far in to, but I checked with my staff and said and we never got any response of September 5th Records Request.  And I was told yes.

The one thing that I knew about was the Encounter Tracking Form.  Which I've already said they gave those.  We disclosed those.

HEARING OFFICER RUFF:  Well Mr. Tyrka, let me just explain to you that, me as an impartial Hearing Officer, I take your

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

244

representations, I take his testimony.

First of all I take your representations

that nothing was provided to.

       MR. TYRKA:  Understood.

Understood.

       HEARING OFFICER RUFF:  Okay.  I'm

-- I have to give DCPS a right to put

forward the witness. And if he's alleging

that he did in fact send some, I judge his

credibility on that.  But you also, if you

know and you have witnesses that include Ms.

Millis who had communication with him, and

if you don't have any documents, then that's

another issue of fact that will have to be

determined.

       MR. TYRKA:  I understand.  And

that's what I'm objecting to.  I don't think

that should be an issue of fact because

there's a couple things going on.  First

off, we file a complaint, DCPS files a

response.  The response did not contain any

of this.

       By the way an objection I'm about

to make is that it does not, it does not say

the reason we didn't change the IEP's

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

245

because we sent you fifty invitations and
you never responded.  It didn't say that in
their response.  An the entire point of the
response is to provide exactly that kind of
information so that we don't end up in these
huge fights over unnecessary disputes.

The point is to, one, give the
parent due process by allowing the parent to
prepare for this hearing.  Two, to avoid
inefficiencies that are caused when you can
easily narrow the issues.  All right.  DCPS
can either easily say one way or the other
it's our fault or it's your fault.  If they
said it's your fault, then who knows.  Maybe
there could have been some big check in the
records.  Maybe we would have been agreeing
with them.  I don't know.  But that's why
you have that kind of exchange.  So it's
unfair for that reason.

But the other reason it's unfair
is because we opened this hearing with, you
know, akin to opening, with some arguments
on a number of issues.  One of the things I
said was that we sent this Records Request
which is here disclosed.  And we never had

246

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

any response.  DCPS counsel did not say
that's not true.  We responded on such and
such a date.  They didn't say I would have
to check that and see if that's true.  You
know, etcetera, etcetera.  So again I just
say they waive it.  I mean why should we
always be in the situation of, you know,
poking around and guessing and DCPS can
consistently gets to change on the fly.  I
mean they're constantly changing there
arguments based on  information that is
given to us two seconds ago.

      And in this case the reason I
object at this moment was DCPS counsel was
actually asking this man to fax something
here.  In complete violation of the --

      HEARING OFFICER RUFF:  But that
doesn't mean, I'm going to --

      MR. TYRKA:  I understand.  I
understand.

      HEARING OFFICER RUFF:  She may
want him to have it fax for her purposes.

      MR. TYRKA:  But I just want to, I
want to make the objection again beyond my
running objection.  But, you know, now we're

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

247

looking at a case which is just what I was
concerned about in the beginning when I
asked for the default which is based
entirely on representations of witnesses.
Talking extensively about documents that
could have been on the record and are not.
And I think it's just a fundamental
unfairness.

I understand it's a question of
fact and that's the Hearing Officer's job.
But I think for there even to be a question
is unfair because the point is I'm left
incapable of establishing my side of the
question.  And that's what's fundamentally
unfair about it.  That's why that quote from
Webb says that, "I should not be forced to
reconstruct through circumstantial evidence
what they should have already given me."

MS. RAMJOHN-MOORE:  But my
response to that Hearing Officer is that
DCPS then --

(Audio file provided ends.)

(Audio file provided begins.)

HEARING OFFICER RUFF:  Okay.
We're back on the record.  And Mr. Tyrka

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

248

you're calling, who are you calling?

    MR. TYRKA:  Keith Coyle.

        HEARING OFFICER RUFF:  Keith who?

        MR. TYRKA:  Coyle.

        HEARING OFFICER RUFF:  Coyle.

        MR. TYRKA:  C-O-Y-L-E.  Sorry.

Hi, Mike.  It's Doug.  Can I have Keith

please?  He's -- and can you tell him to be,

you know, have quiet.  He's going to be

testifying.  Okay.  Yes.  Okay.  That's

fine.  No, that's fine.  I'll call him back

in about five or ten minutes.  Okay.

Thanks.

        We'll go with Ms. Jallow.

        HEARING OFFICER RUFF:  Ms.

Jallow.  Can you state your name please?

        MS. JALLOW:  Etta Jallow.

        HEARING OFFICER RUFF:  And raise

your right hand please.

Whereupon,

            ETTA JALLOW

was called as a witness by counsel and,

having been first duly sworn, was examined

and testified as follows:        HEARING

OFFICER RUFF:  Did you check to see if he

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

249

had a --

        MS. RAMJOHN-MOORE:  No.

        HEARING OFFICER RUFF:  Do you
want to check?  I'm sorry.  Just hold on
just a minute.

        (Audio file provided ends.)

        (Audio file provided begins.)

        HEARING OFFICER RUFF:  Okay.
You're under oath.

        MR. TYRKA:  Ms. Jallow is sworn
in.

        HEARING OFFICER RUFF:  Yes.

      DIRECT EXAMINATION

        BY MR. TYRKA:

    Q    Hi, Ms. Jallow.  What's your
relationship to R██████?

    A    I'm the mother.

    Q    And is it your understanding as
you've heard us discuss here that R██████ has
been in Hamilton for the past two years?

    A    Yes.

    Q    And he's there now.

    A    Yes.

    Q    Do you think he's progressing
well academically since he's been there?

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C.  20005-3701    (202) 234-4433

250

A    No.

Q    Do you have the opportunity to do basic math with R███████?

A    Yes.

Q    Do you think his math skills have improved since he's been there?

A    No.

Q    What about his reading?  What can you say about his reading improvement since he's been there?

A    His reading is still the same as it was when he went there.  He was reading before he went there.  So, it's no different.

Q    Okay.

MR TYRKA:  I have no further questions.

HEARING OFFICER RUFF:  Anything Ms. Moore, Mrs. Moore.

CROSS EXAMINATION

BY MS. RAMJOHN-MOORE:

Q    What is your educational background, Ms. Jallow?

A    Me?

Q    Yes.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433              WASHINGTON, D.C. 20005-3701              (202) 234-4433

251

A    I graduated.

Q    From what?

A    From high school.

Q    Okay.  Do you have any college degree or?

A    No, but I attend, I work in the government building so I attend some training.

Q    Okay.  Are you a reading specialist?

A    No.

Q    Or math specialist.

A    No.

MS. RAMJOHN-MOORE:  I have no further questions.

HEARING OFFICER RUFF:  Okay.  Did you get any report cards from, from Hamilton since he's been attending?

THE WITNESS:    Yes.

HEARING OFFICER RUFF:  Okay.  Do you recall what, what the report cards indicated?

THE WITNESS:    It indicates that he's doing good.  But when he, when you ask him those simple questions like math and

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

252

stuff at home, and he can't do it.

        HEARING OFFICER RUFF:  Have you had any conversations with his teachers since he's been there?

        THE WITNESS:  Well his teachers and all, say that's he doing, he's doing good in class.  But when he get home it's totally different and all of us can see the difference.

        HEARING OFFICER RUFF:  So what do you have him do at home that would that would indicate his, his academic progress?

        THE WITNESS:  Give him the math problems to do that he should have, he should know because he's in the fifth grade. And give him the reading sentence and he asks me, he said, well I don't know this. He tell me I don't know this.  And then those things like putting on the articles for school.  I have to help him do that. And I have to tell him what to write.  I tell him read the, read and get the rest of the important information of it.  He can't do that.  I have to tell him what to write.

        HEARING OFFICER RUFF:  How often

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C.  20005-3701     (202) 234-4433

253

have you had conversations with his
teachers?

THE WITNESS:   I haven't been up
there this year, but I did have a lot of
consultations with them.

HEARING OFFICER RUFF:   How many?
And how often, how frequently?

THE WITNESS:   Well they would
call me and when they had problems with him.
Or I would go over to the night, pick up his
report card.   This year I haven't been up
there to pick up his report card yet so.

HEARING OFFICER RUFF:   Okay.
Anything else for her.

MR. TYRKA:   I have a follow up to
Ms. Ramjohn's questions.

REDIRECT EXAMINATION        BY MR.
TYRKA:

Q    How many children have you
raised?

A    I raised five of my own.   I raise
four grand kids.   And I'm still and actually
I'm still raising them.   And I still have
the three other kids that I'm taking care
of.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

254

MR. TYRKA:  No further questions.

HEARING OFFICER RUFF:  Okay.  And Mark Creek.

MR. TYRKA:  Yes.  Well I think Ms. Jallow is hoping to leave to get her kids to.

HEARING OFFICER RUFF:  Yes.

MR. TYRKA:  Can I go off the record for just one second.

HEARING OFFICER RUFF:  No problem.

(Audio file provided ends.)

(Audio file provided begins.)

HEARING OFFICER RUFF:  Okay.  Mr. Coyle.

MR. COYLE:  Good afternoon.  How are you doing?

HEARING OFFICER RUFF:  I'm doing fine.  Can you identify yourself for us please.

MR. COYLE:  Sure.  My name is Keith Coyle.  I'm an associate with Tearka (phonetic)and Associates.

HEARING OFFICER RUFF:  Okay. Just a minute.  Okay.  Hold on one moment.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C. 20005-3701        (202) 234-4433

255

MR. COYLE:  Sure.

(Audio file provided ends.)

(Audio file provided begins.)

HEARING OFFICER RUFF:  Okay.  Mr. Coyle.  We're back with you.

MR. COYLE:  Okay.

HEARING OFFICER RUFF:  Okay.  You stated your name.

MR. COYLE:  Sure.

HEARING OFFICER RUFF:  And we need to put you under oath.

Whereupon,

KEITH COYLE

was called as a witness by counsel and, having been first duly sworn, was examined and testified as follows:    HEARING OFFICER RUFF:  Okay.  Great.

MR. TYRKA:  Please.

HEARING OFFICER RUFF:  Yes.

DIRECT EXAMINATION

BY MR. TYRKA:

Q     Mr. Coyle, you're an employee of Tearka and Associates.  Correct?

A     That's correct.

Q     Are you familiar with R███████

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

256

H█████?

A     Yes, I am.  He is a child of one
of our clients.  Etta Jallow.

Q     Okay.  And are you aware of any
form of Records Request going out to DCPS
regarding R█████ recently?

A     That's correct.  We sent an
official student Records Request I believe
on September 5th.

Q     And have we received any response
to that request?

A     No, we have not.

MR. TYRKA:  I have no further
question.  Except, excuse me.  I do.

BY MR. TYRKA:

Q     Is it part of duties normally to
deal with Records Requests and responses?

A     Yes, we send out Records Requests
often when we first meet the clients.  And
we also send them out in preparation for all
of our Due Process Hearings.

Q     And what is the office procedure
for dealing with responses to Records
Requests that we do receive from DCPS?

A     I review the records and I place

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
WASHINGTON, D.C.  20005-3701
(202) 234-4433                                    (202) 234-4433

257

the records in the file.

Q    How do you get them in the first place?

A    I'm sorry.

Q    How do they get to your hands in the first place?

A    DCPS will fax us their records request following receipt.  They'll fax us the records that they have.

Q    Okay.  Well I'm sorry.  I'm still looking for, how do they end up getting from faxed to the office to in to your hands?

A    When something comes in off the fax, Camille McKenzie, our office assistant, will bring it to my attention.  Will bring the records to my attention.

Q    Okay.  Is that the regular procedure?

A    Yes, it is.

Q    Is there, you know, step in between that or just brings them to you?

A    I mean she'll review whatever comes in.  If she thinks that it's something pertinent to a case that's been filed, she'll bring them over to me and I'll review

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

258

the records.

Q    Okay.

MR. TYRKA:   I have no further questions.

HEARING OFFICER RUFF:   Anything Ms. Moore?

MS. RAMJOHN-MOORE:   Nope.

HEARING OFFICER RUFF:   For him.

Mr. Coyle, I have a question though.   Do -- Ms. Millis works with you? Is that correct?

THE WITNESS:   Yes, she's an advocate that works with our office.

HEARING OFFICER RUFF:   She's independent of your office though?   Or is she an employee?

THE WITNESS:   I'm sorry.

HEARING OFFICER RUFF:   Is she independent or is she an employee?   You may not know that.   Okay.   If any documents were addressed to her that came to office, would you get them or would she?

THE WITNESS:   With documents, if documents come in for Ms. Millis, Ms. McKenzie will retrieve those documents.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

259

She'll bring them by me, especially if it's

a if it's a case that I'm working on, and

it's something that is addressed to Ms.

Millis I will review the documents and then

notify Ms. Millis if she needs, if it

believe it's something that she needs to

review.

        HEARING OFFICER RUFF:  Does

anything come to you regarding R▓▓▓ that

was addressed to Ms. Millis?

        THE WITNESS:    No.

        HEARING OFFICER RUFF:  Okay.

Anything else?

        MR. TYRKA:  Nothing further.

        HEARING OFFICER RUFF:  Nothing.

Okay.

        Thank you, Mr. Coyle.

        THE WITNESS:    Thank you.

        HEARING OFFICER RUFF:  Bye, bye.

        MR. TYRKA:  Ms. Hill of Rock

Creek.

        Hi Kendra.  This is Doug Tyrka.

How are you?  Is this a good line?  Okay.

And you're all set to testify.  Okay.

        I will alert the Hearing Officer.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    (202) 234-4433

260

I'm going to put you on speaker phone in a second. And then he will swear you in after I give it over.

Ms. Hill has informed me that her, that she is at her home, and she has her two year old in her care so she apologizes for any background noise you may hear as a result, in her testimony.

HEARING OFFICER RUFF: That's okay. Is she calling us back? Or she is on the line?

MR. TYRKA: No, she's on right now. I just wanted to inform you of that. She just told me that.

HEARING OFFICER RUFF: Hello.

MS. HILL: Hello.

HEARING OFFICER RUFF: How are you?

MS. HILL: I'm good. How are you?

HEARING OFFICER RUFF: Mr. Ruff, the Hearing Officer. Could you state your name for us please?

MS. HILL: Kendra Hill.

HEARING OFFICER RUFF: Spell it

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
WASHINGTON, D.C. 20005-3701
(202) 234-4433                    (202) 234-4433

261

please.

       MS. HILL:   K-E-N-D-R-A, is the
first name.  And Hill, H-I-L-L.

       HEARING OFFICER RUFF:  And what's
your position there?

       MS. HILL:  I am coordinator for
student services.

       HEARING OFFICER RUFF:  And this
is Rock Creek Academy?

       MS. HILL:  It is.

       HEARING OFFICER RUFF:

Whereupon,

          KENDRA HILL

was called as a witness by counsel and,
having been first duly sworn, was examined
and testified as follows:

       HEARING OFFICER RUFF:  Okay.
Great.

       Go ahead Mr. Tyrka.

     DIRECT EXAMINATION

       BY MR. TYRKA:

   Q   Ms. Hill, are you familiar with
the student R███████ H█████?

   A   Yes, I am.

   Q   Has Rock Creek accepted R█████

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C.  20005-3701     (202) 234-4433

262

for admission pending funding?

A    We have.

Q    And is it part of your responsibilities to be familiar with Rock Creek's programs and services?

A    Yes, it is.

Q    Have you reviewed R████████ last IEP from July '06?

A    I have.

Q    Okay.  I'm not asking for expert opinion or anything, but what is your understanding of R███████ needs generally?

A    That he needs an environment that is therapeutic and structured and small student to teacher ratio.

Q    Okay.  What's your understanding of his disability?

A    That he has emotional, I'm not looking for the front page now  for the exact, he has Emotional Disability, Emotional Behavioral Disability.

Q    Okay.  And as far as related services what is your understanding of what he requires?

A    And I'm --

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

263

Q     You may refresh.  It's your
house, you're allowed to.

A     Yes.  Well he, I don't have the
front page here with me.  I have that he
does need a full time therapeutic ED
Program, and that he should receive one -- a
half hour of counseling per week.

Q     Okay.  And has Rock Creek
determined a classroom for R██████ if he's
placed there?

A     Yes.  He will be placed with Mr.
Herbert Williams.

Q     Okay.  Can you tell us about Mr.
Williams qualifications?

A     He has Masters Degree in
Elementary Education and he has a, let's see
here and he has a Certification for Maryland
for Elementary Ed and for Special Ed.  He is
currently enrolled in CW.  And for their
Masters Program.  And he's already applied
for the Special Education Provisional
License.  And is eligible for that so he's
just waiting for their response.

Q     Okay.  And how many children are
in that class?

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          (202) 234-4433

264

A     Currently there are five students in that class.  He would be the sixth student.

Q     Okay.  And are there other children with emotional disturbance, disabilities there?

A     There are.

Q     Okay.  And is the age range comparable to R██████?

A     Yes.  All the students are placed by age.  So everyone will be the exact same age as him in the classroom.

Q     Okay.  And do you have certified counselors on staff there at Rock Creek?

A     We do.

Q     And can they provide R██████ with one and half hours of counseling per week?

A     Yes, they are available for that.

Q     And can Mr. Williams, you said it was?

A     Yes, Mr. Williams.

Q     Can Mr. Williams and his class meet the goals and objectives in this latest IEP?

A     Yes, he can.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433     WASHINGTON, D.C.  20005-3701     (202) 234-4433

265

Q    And is Rock Creek capable of holding an IEP Meeting sometime within 30 days of admission to revise the IEP as necessary?

A    Yes, we can.

Q    If you could speak up a little bit please.

A    Yes, we can.

Q    Based on your understanding of R▬▬▬ needs as you expressed them and your understanding of Rock Creek's Programs, is there any reason that you know of that R▬▬▬ could not receive educational benefit at Rock Creek?

A    No.

MR. TYRKA:  I have no further questions.

HEARING OFFICER RUFF:  Anything Ms. Moore?

MS. RAMJOHN-MOORE:  Nope.

HEARING OFFICER RUFF:  Nothing. Okay.  Thank you.

THE WITNESS:    You're welcome.

HEARING OFFICER RUFF:  Bye bye.

THE WITNESS:    Bye bye.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
WASHINGTON, D.C.  20005-3701
(202) 234-4433                                    (202) 234-4433

266

HEARING OFFICER RUFF:  Make a closing?

MR. TYRKA:  Sure.  I'll be very brief.  I think I already got most of the issues here.  I will reemphasis, and I know this Hearing Officer always listens closely to the record, I don't believe there's been any testimony whatsoever, any evidence from DCPS that Hamilton ever was or is currently an appropriate placement.

The Hearing Officer has already indicated that there will be some inference that it has not been providing educational benefit based on the absence of the records and Ms. Jallow has testified she did not understand to be progressing adequately despite what some of the teachers may have said.

Regarding DCPS's impeachment of Ms. Jallow, of course we did not submit her as an expert.  However she is a very experienced mother and grandmother as she expressed.  And you don't need to be an expert to be able to identify whether a child has made any progress over a two year

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

267

span.   That's it.

            HEARING OFFICER RUFF:   Ms. Moore.

            MS. RAMJOHN-MOORE:   Hearing

Officer, there's been no evidence presented

by Mr. Tyrka that's stating that Hamilton

Center is not an appropriate placement.

There's been no witness testimony to the

inappropriateness of Hamilton.   There's been

no witness testimony to the lack of progress

made by R████ by any person that has an

educational background or field.   While I

have pets in my home, that does not make me

a veterinarian nor does it make me an expert

on pets.   I have a dog, I have a cockatiel,

and I have fish.   It does not make me an

expert in any of their species or any

specific item as it comes to their health,

safety.   That's why I have a veterinarian.

            Hearing Officer, we would ask

that you dismiss this action as I think the

testimony of Mr. Hugogey, although there was

no documentation to back up a lot of his

testimony, I think that his testimony was

very honest and very credible.   That this is

a child in which Hamilton Center has tried

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          (202) 234-4433

268

to be compliant with the law, have met the request of the parent and the advocate.  And we would ask that this matter be dismissed.

HEARING OFFICER RUFF:  Okay.  Well thank you.  We're adjourned.

MS. RAMJOHN-MOORE:  Thank you.

MR. TYRKA:  Thank you.

(Audio file provided ends.)

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433    WASHINGTON, D.C. 20005-3701    (202) 234-4433

269