THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETTA JALLOH,<br>　　　　Plaintiff,<br>v.<br>DISTRICT OF COLUMBIA,<br>　　　　Defendant. | Civil Action No. 07-63 RMC |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION

Plaintiff Etta Jalloh respectfully moves for extension of the Court's current filing deadlines, for the reasons presented in the attached Memorandum. The Defendant, through counsel, has consented to the filing of this Motion.

Wherefore, the Plaintiff respectfully requests that the Court extend the deadline for the filing of her opposition to the Defendant's Motion for Summary Judgment and her reply to the Defendant's Opposition until August 10, 2007, and extent the deadline for the filing of the Defendant's reply to the opposition until August 31, 2007.

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ETTA JALLOH, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-63 |
| v. ) | RMC |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## CONSENT MOTION FOR EXTENSION

Plaintiff Etta Jalloh respectfully moves for extension of the Court's current filing deadlines. Specifically, she requests that her opposition and reply be due no later than August 10, 2007, and that the Defendant's reply be due no later than August 31, 2007.

Plaintiff's counsel has recently discovered that he requires surgery, which will occur within the month of July, 2007.[1] As the current schedule calls for the Plaintiff's opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to be filed no later than July 27, 2007, the Plaintiff respectfully requests an extension of the filing deadlines to allow for adequate preparation. The parties have agreed on proposed scheduled deadlines of August 10, 2007 for the Plaintiff's opposition and reply and August 31, 2007 for the Defendant's reply. The Defendant, through counsel, has consented to the filing of this Motion.

/s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

---

[1] The exact date and time of Plaintiff's counsel's surgery has not been finalized, although it will occur before the end of July, 2007.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ETTA JALLOH,                    )<br>                    Plaintiff,    )<br>                                          )<br>v.                                     )<br>                                          )<br>DISTRICT OF COLUMBIA,     )<br>                    Defendant.    )<br>                                          ) | Civil Action No. 07-63<br>RMC |

**ORDER**

On consideration of the Plaintiff's Consent Motion for Extension, it is hereby:

**ORDERED** that Plaintiff's Consent Motion for Extension is granted; and further

**ORDERED** that Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment are due no later than **AUGUST 10, 2007**, and Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due no later than **AUGUST 31, 2007.**

_____
Rosemary M. Collyer
United States District Judge