UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ETTA JALLOH, on behalf of her minor child, R.H., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-63 (RMC) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's motion for summary judgment [Dkt. #10] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's cross motion for summary judgment [Dkt. #12] is **GRANTED**; and it is

**FURTHER ORDERED** that the Hearing Officer Decision is **AFFIRMED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: February 12, 2008          _____/s/_____
ROSEMARY M. COLLYER
United States District Judge